**10-40525** IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | Criminal Number 1:09-CR-15 |
| MARK ISAAC SNARR | § | |

## NOTICE OF APPEAL

MARK ISAAC SNARR, does hereby give written notice of appeal to the U.S. Court of Appeals, Fifth Circuit, in the captioned cause regarding all pre-trial, trial, and post-trial matters, judgment and conviction and sentence of death and all matters appurtenant thereto. Said defendant further attests that he is still indigent and cannot afford the services of counsel regarding this appeal, and requests that the Court appoint counsel for purposes of this appeal.

Defendant has requested that trial counsel Douglas M. Barlow be appointed as lead counsel and that G. Patrick Black be appointed as second counsel for purposes of direct appeal.

DATED: June 3, 2010

Respectfully submitted,
/s/Douglas M. Barlow
Douglas M. Barlow
485 Milam St
Beaumont, TX 77701-3518
Bar No. 01753700
409-838-4259

/s/G. Patrick Black
G. Patrick Black
350 Magnolia Street Ste. 117
Beaumont, TX 77701
Bar No. 02371200
409-839-2608
409-839-2610 (fax)

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV(a)(3) on this the 3rd day of June, 2010.

Respectfully submitted,
/s/Douglas M. Barlow
Douglas M. Barlow
485 Milam St
Beaumont, TX 77701-3518
Bar No. 01753700
409-838-4259

/s/G. Patrick Black
G. Patrick Black
350 Magnolia Street Ste. 117
Beaumont, TX 77701
Bar No. 02371200
409-839-2608
409-839-2610 (fax)

**10-40525**

# U.S. District Court [LIVE]
## Eastern District of TEXAS (Beaumont)
## CRIMINAL DOCKET FOR CASE #: 1:09-cr-00015-MAC-KFG-1

**Case Title:** USA vs. Snarr                          **Date Filed:** 1/21/2009
**Other court case number(s):** None
**Magistrate judge case number(s):** 1:08-mj-00045-ESH

**Assigned to:** Judge Marcia A. Crone
**Referred to:** Magistrate Judge Keith F. Giblin

**Defendant**
----------------------

**Mark Isaac Snarr (1)**                 represented by **George Patrick Black**
*TERMINATED: 5/25/2010*                               Federal Public Defender
                                                      110 North College
                                                      Suite 1122
                                                      Tyler, TX 75702
                                                      903/531-9233
                                                      Fax: 9035319625
                                                      Email: g._patrick_black@fd.org
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Public Defender or*
                                                      *Community Defender Appointment*

                                                      **Douglas Milton Barlow**
                                                      Attorney At Law
                                                      485 Milam
                                                      Beaumont, TX 77701
                                                      409/838-4259
                                                      Fax: 14098325611
                                                      Email: dmbfed@gtbizclass.com
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: CJA Appointment*

**Pending Counts**                                   **Disposition**
----------------------                               ----------------

FIRST DEGREE MURDER, AID &
ABET
(1 )

Death; $100 special
assessmentAMENDED JUDGMENT
due to clerical error

## Highest Offense Level (Opening)
-----------------------------------------

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| ------------------------ | ---------------- |
| None | |

## Highest Offense Level (Terminated)
-------------------------------------------

Felony

| **Complaints** | **Disposition** |
|---|---|
| ------------------------ | ---------------- |
| None | |

## Plaintiff
------------------------

| USA | represented by | **Joseph Robert Batte**<br>U S Attorney's Office - Beaumont<br>350 Magnolia<br>Suite 150<br>Beaumont, TX 77701<br>409/839-2538<br>Fax: 14098392550<br>Email: joe.batte@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 4/2/2008 | | Attorney update in case as to Mark Snarr. Attorney George Patrick Black for |

| | | |
|---|---|---|
| | | Mark Snarr, Douglas Milton Barlow for Mark Snarr added. (ttp, )[1:08-mj-00045-ESH] (Entered: 4/3/2008) |
| 4/2/2008 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Mark Snarr. Signed by Judge Earl S. Hines on 04/02/08. (ttp, )[1:08-mj-00045-ESH] (Entered: 4/3/2008) |
| 4/2/2008 | 4 | CJA 30: Appointment of Attorney Douglas Milton Barlow for Mark Snarr in Death Penalty Proceedings as to Mark Snarr.. Signed by Judge Earl S. Hines on 04/02/08. (ttp, )[1:08-mj-00045-ESH] (Entered: 4/3/2008) |
| 1/21/2009 | 7 | INDICTMENT as to Mark Isaac Snarr (1) count 1, Edgar Baltazar Garcia (2) count 1. (tkd, ) (Entered: 1/22/2009) |
| 1/21/2009 | 8 | E-GOV SEALED Form AO 257 filed as to Mark Isaac Snarr (tkd, ) (Entered: 1/22/2009) |
| 1/23/2009 | 12 12 | MOTION to Transfer Case by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia. (Attachments: # (1) Text of Proposed Order)(Batte, Joseph) Modified on 1/27/2009 (tkd, ). (Entered: 1/23/2009) |
| 1/27/2009 | 14 | NOTICE OF HEARING setting Initial Appearance and Arraignment as to Mark Isaac Snarr for 2/24/2009 10:00 AM in Ctrm 5 (Beaumont) before Magistrate Judge Keith F. Giblin.(ksd) (Entered: 1/27/2009) |
| 1/28/2009 | 15 | NOTICE OF HEARING RESETTING Initial Appearance and Arraignment as to Mark Isaac Snarr for 3/3/2009 10:00 AM in Ctrm 5 (Beaumont) before Magistrate Judge Keith F. Giblin. (ksd) (Entered: 1/28/2009) |
| 2/2/2009 | 17 | Oral ORDER granting [12] Motion as to Mark Isaac Snarr (1), Edgar Baltazar Garcia (2)transferring case to the Hon. Thad Heartfield. Signed by Judge Ron Clark on February 2, 2009. (vjw, ) (Entered: 2/2/2009) |
| 2/2/2009 | | ***Judge update in case as to Mark Isaac Snarr, Edgar Baltazar Garcia. Judge Thad Heartfield added. Judge Ron Clark and Magistrate Judge Earl S. Hines no longer assigned to case. (tkd, ) (Entered: 2/3/2009) |
| 2/4/2009 | 18 | NOTICE *of Intent to Seek the Death Penalty* by USA as to Mark Isaac Snarr (Batte, Joseph) (Entered: 2/4/2009) |
| 2/19/2009 | 20 | NOTICE OF HEARING as to Mark Isaac Snarr, Edgar Baltazar Garcia Status Conference set for 3/3/2009 10:00 AM in Ctrm 1 (Beaumont) before Judge Thad Heartfield. (jmv, ) (Entered: 2/19/2009) |
| 2/19/2009 | 21 | ORDER as to Mark Isaac Snarr, Edgar Baltazar Garcia transferring this criminal action to the docket of the Honorable Marcia A Crone for all further |

| | | |
|---|---|---|
| | | proceedings. Signed by Judge Thad Heartfield on 2/19/09. (bjc, ) (Entered: 2/20/2009) |
| 2/19/2009 | | Case as to Mark Isaac Snarr, Edgar Baltazar Garcia assigned to Judge Marcia A. Crone and Magistrate Judge Keith F. Giblin. Judge Thad Heartfield no longer assigned to the case. (bjc, ) (Entered: 2/20/2009) |
| 2/23/2009 | 22 | NOTICE OF HEARING as to Mark Isaac Snarr, Edgar Baltazar Garcia Status Conference rescheduled for 3/3/2009 11:00 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. (psl, ) (Entered: 2/23/2009) |
| 2/23/2009 | 23 | NOTICE OF HEARING RESETTING Initial Appearance and Arraignment as to Mark Isaac Snarr for 3/3/2009 09:30 AM in Ctrm 5 (Beaumont) before Magistrate Judge Keith F. Giblin.(ksd ) (Entered: 2/24/2009) |
| 2/26/2009 | 26 | E-GOV SEALED Arrest Warrant Returned Executed on 2/26/09 as to Mark Isaac Snarr. (tkd, ) (Entered: 3/3/2009) |
| 3/2/2009 | 25 | NOTICE OF HEARING as to Mark Isaac Snarr, Edgar Baltazar Garcia Status Conference rescheduled for 3/3/2009 10:00 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. (psl, ) (Entered: 3/2/2009) |
| 3/3/2009 | | Minute Entry for proceedings held before Judge Marcia A. Crone:In Chambers Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 3/3/2009 (psl, ) (Entered: 3/4/2009) |
| 3/3/2009 | | Arrest of Mark Isaac Snarr. (mrp, ) (Entered: 3/4/2009) |
| 3/3/2009 | 32 | Minute Entry for proceedings held before Magistrate Judge Keith F. Giblin: Initial Appearance & Arraignment as to Mark Isaac Snarr (1) Count 1 held on 3/3/2009. Deft appeared w/cnsl and informed of rights and charge. Deft entered a plea of not guilty to the Indictment. Deft remanded to custody of USM. (Court Reporter ECRO Kyla Dean.) (mrp, ) (Entered: 3/4/2009) |
| 3/3/2009 | 33 | ORDER - PRETRIAL DISCOVERY & INSPECTION as to Mark Isaac Snarr. Signed by Magistrate Judge Keith F. Giblin on 3/3/09. (mrp, ) (Entered: 3/4/2009) |
| 3/3/2009 | 34 | PRE-TRIAL ORDER as to Mark Isaac Snarr. Pretrial Conference is set for 4/20/2009 10:00 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. Signed by Magistrate Judge Keith F. Giblin on 3/3/09. (mrp, ) (Entered: 3/4/2009) |
| 3/3/2009 | 35 | ORDER OF DETENTION PENDING TRIAL as to Mark Isaac Snarr. Signed by Magistrate Judge Keith F. Giblin on 3/3/09. (mrp, ) (Entered: 3/4/2009) |

| 3/3/2009 | 41 | Minute Entry for proceedings held before Judge Marcia A. Crone:Status Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 3/3/2009. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 3/5/2009) |
|---|---|---|
| 3/4/2009 | 40 | SCHEDULING ORDER as to Mark Isaac Snarr, Edgar Baltazar Garcia. Pretrial Conference is set for 3/29/2010 10:00 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. Signed by Judge Marcia A. Crone on 3/4/09. (mrp, ) (Entered: 3/4/2009) |
| 3/5/2009 | 44 | ORDER TO CONTINUE - Ends of Justice as to Mark Isaac Snarr, Edgar Baltazar Garcia. Time excluded from 3/5/09 until 4/7/10. Jury Trial set for 4/7/2010 10:00 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. Signed by Judge Marcia A. Crone on 3/5/09. (mrp, ) (Entered: 3/6/2009) |
| 4/14/2009 | 48 | NOTICE OF HEARING as to Mark Isaac Snarr, Edgar Baltazar Garcia Defense Budget Meeting set for 4/24/2009 01:45 PM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. (psl, ) (Entered: 4/14/2009) |
| 4/17/2009 | 49 | NOTICE OF HEARING as to Mark Isaac Snarr, Edgar Baltazar GarciaDefense Budget Meeting rescheduled for 4/24/2009 03:00 PM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. (psl, ) (Entered: 4/17/2009) |
| 4/24/2009 | | Minute Entry for proceedings held before Judge Marcia A. Crone:In Chambers Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 4/24/2009 (psl, ) (Entered: 4/27/2009) |
| 6/12/2009 | | CJA30 authorizing compensation to Douglas M. Barlow for representation as to Mark Snarr signed by Judge Crone and forwarded to Tyler for payment. (psl, ) (Entered: 6/12/2009) |
| 6/25/2009 | | SEALED CJA30: Authorization to Pay Douglas Barlow in Death Penalty Proceedings as to Mark Isaac Snarr. Voucher #090625000011. Signed by Judge Marcia A. Crone on 06/02/09. (bsp) (Entered: 7/9/2009) |
| 9/10/2009 | | Minute Entry for proceedings held before Judge Marcia A. Crone:Telephone Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 9/10/2009 (psl, ) (Entered: 9/10/2009) |
| 9/10/2009 | 57 | AMENDED SCHEDULING ORDER as to Mark Isaac Snarr, Edgar Baltazar Garcia. Pretrial Conference is set for 3/29/2010 10:00 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. Signed by Judge Marcia A. Crone on 9/10/09. (mrp, ) (Entered: 9/10/2009) |
| 10/30/2009 | 68 | Minute Entry for proceedings held before Judge Marcia A. Crone:Status Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 10/30/2009. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 11/2/2009) |

| 11/3/2009 | 73 | SECOND AMENDED SCHEDULING ORDER as to Mark Isaac Snarr and Edgar Baltazar Garcia. Signed by Judge Marcia A. Crone on 11/3/09. (mrp, ) (Entered: 11/4/2009) |
|---|---|---|
| 11/4/2009 | 76 | JOINT ORDER regarding [74] Motion to Order Disclosure of Evidence Concerning Prison Officers Disciplined as to Edgar Baltazar Garcia (2) and Mark Snarr (1). Signed by Judge Marcia A. Crone on 11/4/09. (mrp, ) (Entered: 11/5/2009) |
| 11/9/2009 | 80 | Sealed Transcript Ex Parte Hearing Continued (tj, ) (Entered: 11/9/2009) |
| 11/10/2009 | | SEALED CJA24 as to Mark Isaac Snarr: Authorization to Pay Tonya Jackson $480.15 for Transcript, Voucher #091110000048. Signed by Judge Marcia A. Crone on 11/04/09.(bsp) (Entered: 12/9/2009) |
| 11/13/2009 | | SEALED CJA24 as to Mark Isaac Snarr: Authorization re Pay Tonya Jackson $45.90 for Transcript, Voucher #0911130000035. Signed by Judge Marcia A. Crone on 11/06/09.(bsp) (Entered: 12/10/2009) |
| 11/20/2009 | 81 81 | Unopposed MOTION for Extension of Time to File *Notice of Mental Health Evidence* by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order) (Barlow, Douglas) (Entered: 11/20/2009) |
| 11/20/2009 | 82 82 82 | MOTION GOVERNMENTS MOTION TO USE ELECTRONIC RESTRAINING DEVICE by USA as to Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Batte, Joseph) (Additional attachment(s) added on 11/24/2009: # (2) certificate of conference) (mrp, ). (Entered: 11/20/2009) |
| 11/23/2009 | | SEALED CJA31: Authorization to Pay Gina Vitale in Death Penalty Proceedings regarding Mark Snarr for services rendered. Signed by Judge Marcia A. Crone on 11/20/09. (psl, ) (Entered: 11/23/2009) |
| 11/23/2009 | 86 86 | MOTION to Sever Defendant by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 11/23/2009) |
| 11/30/2009 | 90 | ORDER granting [81] Motion for Extension of Time to Provide Notice of Mental Health Evidence as to Mark Isaac Snarr (1). Defendant shall give written notice to the Government of mental health evidence on or before 12/7/09. Signed by Judge Marcia A.Crone on 11/24/09. (mrp, ) (Entered: 11/30/2009) |
| 11/30/2009 | | CJA30 authorizing compensation to Douglas M. Barlow for representation as to Mark Snarr signed by Judge Crone and forwarded to the 5th Circuit for approval. (psl, ) (Entered: 11/30/2009) |
| 11/30/2009 | 93 | RESPONSE to Motion by USA as to Mark Isaac Snarr re [86] MOTION to |

| | 93 | Sever Defendant (Attachments: # (1) Text of Proposed Order)(Batte, Joseph) (Entered: 11/30/2009) |
|---|---|---|
| 12/9/2009 | 102 | ORDER as to Mark Isaac Snarr, Edgar Baltazar Garcia. The status conference set for 2/16/10 is rescheduled for Monday, February 1, 2010 at 10:00 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. Signed by Judge Marcia A. Crone on 12/9/09. (mrp, ) (Entered: 12/9/2009) |
| 12/9/2009 | 110 110 | MOTION *to Require Government to List Witnesses* by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 12/9/2009) |
| 12/9/2009 | 111 111 | MOTION *in Limine* by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 12/9/2009) |
| 12/9/2009 | 112 112 | MOTION *for Separate Exam of Panel* by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 12/9/2009) |
| 12/9/2009 | 113 113 | MOTION *for the Court to Direct Court Reporter* by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 12/9/2009) |
| 12/9/2009 | 114 114 | MOTION *for Leave to File Additional Motions* by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 12/9/2009) |
| 12/9/2009 | 115 115 | MOTION *to Exercise Peremptory Challenges After Conclusion* by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 12/9/2009) |
| 12/9/2009 | 116 116 | MOTION *to Appear in Civilian Clothes* by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 12/9/2009) |
| 12/9/2009 | 117 117 | MOTION *to Prevent Defendant from Being Shackled in Public* by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 12/9/2009) |
| 12/9/2009 | 118 118 118 | MOTION *for Instruction to Jury Panel* by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order, # (2) Exhibit)(Barlow, Douglas) (Entered: 12/9/2009) |
| 12/9/2009 | 119 119 | MOTION *to Preclude Uniformed Police Officers* by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 12/9/2009) |
| 12/9/2009 | 120 | MOTION for Release of Brady Materials by Mark Isaac Snarr. (Attachments: |

| | 120 | # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 12/9/2009) |
|---|---|---|
| 12/9/2009 | 121 121 | MOTION *to Allow Access to Prison Grounds* by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 12/9/2009) |
| 12/9/2009 | 122 122 | MOTION *to Note Rule 404(b) Request* by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 12/9/2009) |
| 12/9/2009 | 123 123 | MOTION *to Require the Government to Disclose Immunity* by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 12/9/2009) |
| 12/9/2009 | 124 124 | MOTION to Continue by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 12/9/2009) |
| 12/15/2009 | 127 | ORDER denying [124] Motion to Continue as to Mark Isaac Snarr (1). Signed by Judge Marcia A. Crone on 12/15/09. (mrp, ) (Entered: 12/16/2009) |
| 12/15/2009 | 128 | ORDER as to Mark Isaac Snarr, Edgar Baltazar Garcia. Jury Trial is set for 5/3/2010 09:00 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. All other proceedings shall be governed by the Second Amended Scheduling Order signed on 11/3/09. Signed by Judge Marcia A. Crone on 12/15/09. (mrp, ) (Entered: 12/16/2009) |
| 12/17/2009 | 132 | ORDER granting [121] Motion to Allow Defense Team Access to Inspect and Photograph Prison Grounds as to Mark Isaac Snarr (1). Signed by Judge Marcia A. Crone on 12/17/09. (mrp, ) (Entered: 12/17/2009) |
| 12/17/2009 | 133 | ORDER granting [116] Motion to Allow Defendant to Appear at Trial in Civilian Clothes and for Funds for Such Suitable Courtroom Attire as to Mark Isaac Snarr (1). The court approves the expenditure of $500.00 for counsel to secure such clothing. Signed by Judge Marcia A. Crone on 12/17/09. (mrp, ) (Entered: 12/17/2009) |
| 12/17/2009 | 134 | ORDER granting [114] Motion for Leave to File Additional Pre-Trial and Trial Motions as to Mark Isaac Snarr (1). Upon a showing of good cause, Defendant is permitted to file additional pre-trial motions as necessary to protect his right to a fair trial. Signed by Judge Marcia A. Crone on 12/17/09. (mrp, ) (Entered: 12/17/2009) |
| 12/17/2009 | 135 | ORDER granting [117] Motion to Prevent Defendant from Being Shackled in Public as to Mark Isaac Snarr (1). It is ordered that Defendant shall not be shackled during court proceedings before the jury. Signed by Judge Marcia A. Crone on 12/17/09. (mrp, ) (Entered: 12/17/2009) |

| 12/17/2009 | 144 | ORDER granting [122] Motion to Note Rule 404(b) Request as to Mark Isaac Snarr (1). Signed by Judge Marcia A. Crone on 12/17/09. (mrp, ) (Entered: 12/21/2009) |
|---|---|---|
| 12/17/2009 | 145 | ORDER granting [113] Motion for the Court to Direct the Court Reporter to Record Proceedings as to Mark Isaac Snarr (1). Signed by Judge Marcia A. Crone on 12/17/09. (mrp, ) (Entered: 12/21/2009) |
| 12/17/2009 | 146 | ORDER granting [115] Motion to Exercise the Peremptory Challenges After Conclusion of Juror Qualification as to Mark Isaac Snarr (1). Signed by Judge Marcia A. Crone on 12/17/09. (mrp, ) (Entered: 12/21/2009) |
| 12/17/2009 | 147 | ORDER granting [112] Motion for Separate Examination of Panel as to Mark Isaac Snarr (1). In accordance with the Second Amended Scheduling Order, an individual voir dire is set to commence on Monday, 4/12/10. Signed by Judge Marcia A. Crone on 12/17/09. (mrp, ) (Entered: 12/21/2009) |
| 12/18/2009 | 148 | MEMORANDUM AND ORDER granting [82] Motion to Use Electronic Restraining Device as to Mark Isaac Snarr (1). It is ordered that Snarr shall wear an electronic restraining device during any appearance in court and while being transported to and from the courtroom and the cellblock. Signed by Judge Marcia A. Crone on 12/18/09. (mrp, ) (Entered: 12/21/2009) |
| 12/22/2009 | 151 | MEMORANDUM AND ORDER denying [86] & [84] Motions to Sever Defendant as to Mark Isaac Snarr (1) and Edgar Baltazar Garcia (2). The court finds that Defendants have failed to demonstrate that they will suffer compelling prejudice or that there is a serious risk that a specific trial right will be compromised by the continued joinder of the defendants. The court is of the opinion that several of Defendants' concerns can be addressed by providing appropriate cautionary instructions to the jury. Signed by Judge Marcia A. Crone on 12/22/09. (mrp, ) (Entered: 12/23/2009) |
| 12/23/2009 | 153 | ORDER granting in part [118] Motion to Submit Requested Instruction to Jury Panel by Court as to Mark Isaac Snarr (1). The court will orally instruct the jury panel during general voir dire as to the appropriate conduct of the jury in the instant matter, conveying the general substance as that proposed, but not utilizing the identical language as that suggested by Defendant. The court will repeat these instructions to the jury ultimately empaneled during its preliminary instructions. Signed by Judge Marcia A. Crone on 12/23/09. (mrp, ) (Entered: 12/23/2009) |
| 12/29/2009 | 154 154 | MOTION *to Extend Deadlines for Responses to Guilt/Innocence Pre-Trial Motions* by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia. (Attachments: # (1) Text of Proposed Order)(Batte, Joseph) (Entered: 12/29/2009) |
| 12/31/2009 | 155 155 | RESPONSE to Motion by USA as to Mark Isaac Snarr re [120] MOTION for Release of Brady Materials (Attachments: # (1) Text of Proposed Order) |

| | | |
|---|---|---|
| | | (Batte, Joseph) (Entered: 12/31/2009) |
| 12/31/2009 | 156 156 | RESPONSE to Motion by USA as to Mark Isaac Snarr re [119] MOTION *to Preclude Uniformed Police Officers* (Attachments: # (1) Text of Proposed Order)(Batte, Joseph) (Entered: 12/31/2009) |
| 12/31/2009 | 157 157 | RESPONSE to Motion by USA as to Mark Isaac Snarr re [123] MOTION *to Require the Government to Disclose Immunity* (Attachments: # (1) Text of Proposed Order)(Batte, Joseph) (Entered: 12/31/2009) |
| 12/31/2009 | 158 158 | RESPONSE to Motion by USA as to Mark Isaac Snarr re [110] MOTION *to Require Government to List Witnesses* (Attachments: # (1) Text of Proposed Order)(Batte, Joseph) (Entered: 12/31/2009) |
| 12/31/2009 | 159 159 | RESPONSE to Motion by USA as to Mark Isaac Snarr re [111] MOTION *in Limine* (Attachments: # (1) Text of Proposed Order)(Batte, Joseph) (Entered: 12/31/2009) |
| 1/4/2010 | 165 | ORDER granting [154] Motion to Extend Deadlines for Responses to Guilt/Innocence Pre-Trial Motions as to Mark Isaac Snarr (1), Edgar Baltazar Garcia (2). The Government shall file its responses with the court on or before 1/4/10. Signed by Judge Marcia A. Crone on 12/31/09. (mrp, ) (Entered: 1/4/2010) |
| 1/4/2010 | 167 | ORDER denying [123] Motion to Require Government to Disclose Immunity as to Mark Isaac Snarr (1). The Second Amended Scheduling Order sets an appropriate deadline of 3/26/10, for the Government to disclose Giglio and Jencks Act materials. Signed byJudge Marcia A. Crone on 1/4/10. (mrp, ) (Entered: 1/4/2010) |
| 1/5/2010 | 169 | ORDER granting in part and denying in part [110] Motion to Require the Government to List Witnesses and Provide Criminal Histories as to Mark Isaac Snarr (1). Defendant's request for the Government to produce witness lists is granted to the extent that it is in compliance with the court's previous scheduling order, and denied to the extent that the Government provide a criminal history for each witness. Signed by Judge Marcia A. Crone on 1/5/10. (mrp, ) (Entered: 1/6/2010) |
| 1/10/2010 | | SEALED CJA30: Authorization to Pay Douglas Barlow in Death Penalty Proceedings as to Mark Isaac Snarr. Voucher #100114000011. Signed by Judge Marcia A. Crone on 12/21/09.(bsp) (Entered: 2/11/2010) |
| 1/12/2010 | | NOTICE OF HEARING as to Mark Isaac Snarr, Edgar Baltazar Garcia Status Conference set for 2/1/2010 10:00 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. (psl, ) (Entered: 1/12/2010) |

| | | |
|---|---|---|
| 1/19/2010 | 170 | ORDER Directing Availability of Counsel as to Mark Isaac Snarr, Edgar Baltazar Garcia. Defense counsel are directed to make every reasonable effort not to begin the trial of any other case or contested matter during this time of pretrial preparation and the beginning of trial herein and are directed to seek any reasonable continuance of other contested matters to comply with this directive. Signed by Judge Marcia A. Crone on 1/15/10. (mrp, ) (Entered: 1/19/2010) |
| 1/29/2010 | 171 171 171 | MOTION for Discovery by Mark Isaac Snarr, Edgar Baltazar Garcia. (Attachments: # (1) Affidavit, # (2) Text of Proposed Order)(Barlow, Douglas) (Entered: 1/29/2010) |
| 1/31/2010 | 172 172 | MOTION for Discovery of PSR by Mark Isaac Snarr, Edgar Baltazar Garcia. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 1/31/2010) |
| 2/1/2010 | 173 | Order Clarifying Prior Order Regarding Disclosure of Evidence Concerning Prison Officers as to Mark Isaac Snarr, Edgar Baltazar Garcia. Signed by Judge Marcia A. Crone on 2/1/10. (mrp, ) (Entered: 2/1/2010) |
| 2/1/2010 | 176 | SCHEDULING ORDER as to Mark Isaac Snarr, Edgar Baltazar Garcia. Status Conference is set for 3/5/2010 10:00 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. Jury Trial set for 5/3/10 at 9:00 a.m. before Judge Marcia A. Crone. Signed by Judge Marcia A. Crone on 2/1/10. (mrp, ) (Entered: 2/1/2010) |
| 2/1/2010 | 177 | ORDER denying [111] Motion to Preclude Uniformed Officers from Attending Proceedings Against Defendant as to Mark Isaac Snarr (1). Signed by Judge Marcia A. Crone on 2/1/10. (mrp, ) (Entered: 2/1/2010) |
| 2/1/2010 | 178 | ORDER denying [119] Motion in Limine as to Mark Isaac Snarr (1). Signed by Judge Marcia A. Crone on 2/1/10. (mrp, ) (Entered: 2/1/2010) |
| 2/1/2010 | 179 | Minute Entry for proceedings held before Judge Marcia A. Crone:Status Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 2/1/2010. Counsel for all parties present. Motions presented. Judge announced that parties agreed to work out arrangements regarding the motions and report back to court on 3/5/10. Judge indicated that Mental Health Reports are due 2/26/10. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 2/4/2010) |
| 2/9/2010 | 180 180 | RESPONSE to Motion by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia re [172] MOTION for Discovery of PSR (Attachments: # (1) Text of Proposed Order)(Batte, Joseph) (Entered: 2/9/2010) |
| 2/9/2010 | 181 181 | RESPONSE to Motion by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia re [171] MOTION for Discovery (Attachments: # (1) Text of Proposed Order) |

| | | |
|---|---|---|
| | | (Batte, Joseph) (Entered: 2/9/2010) |
| 2/16/2010 | 182 182 | MOTION in Limine by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia. (Attachments: # (1) Text of Proposed Order)(Batte, Joseph) (Entered: 2/16/2010) |
| 2/16/2010 | 183 183 | MOTION to Introduce Testimony of Family by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 2/16/2010) |
| 2/16/2010 | 184 184 | MOTION to Declare DP Unconstitutional by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 2/16/2010) |
| 2/16/2010 | 185 185 | MOTION to Exercise Right of Allocution by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 2/16/2010) |
| 2/16/2010 | 189 | ORDER as to Mark Isaac Snarr, Edgar Baltazar Garcia. Status Conference currently set for 3/5/10 is rescheduled for 3/4/2010 09:00 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. Signed by Judge Marcia A. Crone on 2/16/10. (mrp, ) (Entered: 2/16/2010) |
| 2/17/2010 | | NOTICE OF HEARING as to Mark Isaac Snarr, Edgar Baltazar Garcia Status Conference set for 3/4/2010 09:00 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. (psl, ) (Entered: 2/17/2010) |
| 2/22/2010 | | CJA30 authorizing compensation to Douglas Barlow for representation as to Mark Snarr signed by Judge Crone and forwarded to Tyler for payment. (psl, ) (Entered: 2/22/2010) |
| 2/23/2010 | 199 199 | RESPONSE to Motion by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia re [188] MOTION to Exercise Right of Allocution, [185] MOTION to Exercise Right of Allocution (Attachments: # (1) Text of Proposed Order) (Batte, Joseph) (Entered: 2/23/2010) |
| 2/24/2010 | 204 | ORDER denying [185] Motion to Introduce the Defendant's Statement of Allocution, Free From Cross-Examination by the Government as to Mark Isaac Snarr (1). Signed by Judge Marcia A. Crone on 2/24/10. (mrp, ) (Entered: 2/24/2010) |
| 2/25/2010 | 205 205 | Unopposed MOTION for Extension of Time to File *Mental Health Reports* by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 2/25/2010) |
| 2/26/2010 | 206 | ORDER granting [205] Motion for Extension of Time to Provide Report of Mental Health Experts as to Mark Isaac Snarr (1). Defendant shall provide any mental health expert reports to the Government no later than 3/5/10. Signed by |

| | | |
|---|---|---|
| | | Judge Marcia A. Crone on 2/26/10. (mrp, ) (Entered: 2/26/2010) |
| 3/2/2010 | 207 207 | RESPONSE to Motion by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia re [184] MOTION to Declare DP Unconstitutional, [187] MOTION to Declare DP Unconstitutional (Attachments: # (1) Text of Proposed Order)(Batte, Joseph) (Entered: 3/2/2010) |
| 3/2/2010 | | SEALED CJA30: Authorization to Pay Douglas Barlow in Death Penalty Proceedings as to Mark Isaac Snarr. Amount: $22,347.50, Voucher #100302000022. Signed by Judge Marcia A. Crone on 02/22/10. (bsp) (Entered: 4/14/2010) |
| 3/3/2010 | 208 208 | MOTION for Discovery *(Additional)* by Mark Isaac Snarr as to Mark Isaac Snarr, Edgar Baltazar Garcia. (Attachments: # (1) Text of Proposed Order) (Barlow, Douglas) (Entered: 3/3/2010) |
| 3/3/2010 | 209 209 | First MOTION *To Maintain Confidentiality* by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia. (Attachments: # (1) Text of Proposed Order)(Batte, Joseph) (Entered: 3/3/2010) |
| 3/3/2010 | 210 210 | RESPONSE to Motion by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia re [183] MOTION to Introduce Testimony of Family, [186] MOTION *to Introduce Testimony of Family* (Attachments: # (1) Text of Proposed Order) (Batte, Joseph) (Entered: 3/3/2010) |
| 3/4/2010 | 212 | MEMORANDUM AND ORDER denying [184] Motion for Declaration that Federal Death Penalty Act is Unconstitutional as to Mark Isaac Snarr (1). Signed by Judge Marcia A. Crone on 3/4/10. (mrp, ) (Entered: 3/4/2010) |
| 3/5/2010 | 213 213 | Unopposed MOTION for Extension of Time to File Response/Reply *to Motion in Limine* by Mark Isaac Snarr, Edgar Baltazar Garcia. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 3/5/2010) |
| 3/8/2010 | 216 | ORDER granting [209] Motion to Maintain Confidentiality of Federal Bureau of Prisons' Files Produced for Discovery as to Mark Isaac Snarr (1), Edgar Baltazar Garcia (2). The parties shall submit an agreed order for the court's approval. Signed by Judge Marcia A. Crone on 3/8/10. (mrp, ) (Entered: 3/8/2010) |
| 3/8/2010 | 217 | ORDER denying as moot [172] Motion for the Release of Gabriel Rhone's PSR as to Mark Isaac Snarr (1), Edgar Baltazar Garcia (2). Signed by Judge Marcia A. Crone on 3/8/10. (mrp, ) (Entered: 3/9/2010) |
| 3/8/2010 | 218 | ORDER granting [213] Motion for Extension of Time to File Response to Motion in Limine as to Mark Isaac Snarr (1), Edgar Baltazar Garcia (2). Defendants shall file their responses with the court on or before 3/12/10. Signed by Judge Marcia A. Croneon 3/8/10. (mrp, ) (Entered: 3/9/2010) |

| 3/8/2010 | 219 | ORDER granting in part and denying in part [120] Motion for Release of Brady Materials as to Mark Isaac Snarr and (1); granting in part and denying in part [106] Motion for Production of Exculpatory Evidence as to Edgar Baltazar Garcia (2). Signed by Judge Marcia A. Crone on 3/8/10. (mrp, ) (Entered: 3/9/2010) |
|---|---|---|
| 3/9/2010 | 221 | FOURTH AMENDED SCHEDULING ORDER as to Mark Isaac Snarr, Edgar Baltazar Garcia. Jury Trial set for 5/3/2010 09:00 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. Pretrial Conference set for 3/29/2010 10:00 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone.Signed by Judge Marcia A. Crone on 3/9/10. (mrp, ) (Entered: 3/10/2010) |
| 3/9/2010 | 222 | ORDER on Trial Procedure and Revised Scheduling as to Mark Isaac Snarr, Edgar Baltazar Garcia. Jury Selection set for 4/6/2010 10:00 AM in Ctrm 1 (Beaumont) before Judge Marcia A. Crone. Signed by Judge Marcia A. Crone on 3/9/10. (mrp, ) (Entered: 3/10/2010) |
| 3/11/2010 | 223 | Proposed Jury Instructions by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia (Batte, Joseph) (Entered: 3/11/2010) |
| 3/12/2010 | 224 224 | RESPONSE to Motion by Mark Isaac Snarr, Edgar Baltazar Garcia re [182] MOTION in Limine (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 3/12/2010) |
| 3/15/2010 | 225 | PROTECTIVE ORDER as to Mark Isaac Snarr, Edgar Baltazar Garcia. Signed by Judge Marcia A. Crone on 3/15/2010. (bjc, ) (Entered: 3/15/2010) |
| 3/15/2010 | 226 | ORDER denying [183] and [186] Motions to introduce the testimony of defendant's family and friends. Defendants are not permitted to elicit mitigating testimony by family or friends as to whether they think Defendants should be executed and whatthe impact would be on them if Defendants were convicted and ultimately executed. Signed by Judge Marcia A. Crone on 3/15/2010. (bjc, ) (Entered: 3/15/2010) |
| 3/23/2010 | | CJA30 authorizing compensation to Douglas M. Barlow for representation as to Mark Snarr signed by Judge Crone and forwarded to the 5th Circuit for approval. (psl, ) (Entered: 3/23/2010) |
| 3/23/2010 | 227 | WITNESS LIST by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia (Batte, Joseph) (Entered: 3/23/2010) |
| 3/23/2010 | 228 228 228 | ***FILED IN ERROR. PLEASE IGNORE.*** MOTION to Note Filing of Witness List by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order, # (2) Exhibit Witness List)(Barlow, Douglas) Modified on 3/24/2010 (bjc, ). (Entered: 3/23/2010) |

| | | |
|---|---|---|
| 3/23/2010 | | ***FILED IN ERROR. Document # 228, motion to note filing of witness. Document is not a motion. PLEASE IGNORE.*** (bjc, ) (Entered: 3/24/2010) |
| 3/24/2010 | 230 | WITNESS LIST by Mark Isaac Snarr (Barlow, Douglas) (Entered: 3/24/2010) |
| 3/25/2010 | 231 | WITNESS LIST by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia (Batte, Joseph) (Entered: 3/25/2010) |
| 3/29/2010 | 232 | Proposed Jury Instructions by Mark Isaac Snarr, Edgar Baltazar Garcia (Barlow, Douglas) (Entered: 3/29/2010) |
| 3/29/2010 | 233 233 | MOTION Objection to Filing Witness List by Mark Isaac Snarr, Edgar Baltazar Garcia. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 3/29/2010) |
| 3/29/2010 | 234 | Minute Entry for proceedings held before Judge Marcia A. Crone: Status Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 3/29/2010. Counsel for both sides addressed the court regarding times for general and individual voir dire, juror excuses and the questionnaire. Judge addressed counsel re Defendant's Motion for Additional Discovery and denied it. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 3/31/2010) |
| 3/31/2010 | 239 | ORDER granting [233] Motion as to Mark Isaac Snarr (1), Edgar Baltazar Garcia (2). Accordingly, at the close of the government's case in chief, Defendants shall submit to the court an exhibit list and two copies of all exhibits expected to be introduced. Signed by Judge Marcia A. Crone on 3/31/10. (mrp, ) (Entered: 4/1/2010) |
| 4/1/2010 | 238 | ORDER denying [171] & [208] Motions for Additional Discovery Concerning the Federal Bureau of Prisons as to Mark Isaac Snarr (1), Edgar Baltazar Garcia (2). Signed by Judge Marcia A. Crone on 3/31/10. (mrp, ) (Entered: 4/1/2010) |
| 4/1/2010 | 240 | ORDER as to Mark Isaac Snarr, Edgar Baltazar Garcia. Attorneys for both the Government and the Defendants stated to the court that they have reviewed the Jury Questionnnaire and have no objections to its form or content. Accordingly, the court orders this Jury Questionnaire be entered into the docket of the instant criminal action. Signed by Judge Marcia A. Crone on 4/1/10. (mrp, ) (Entered: 4/2/2010) |
| 4/1/2010 | 241 | ORDER granting [182] Motion in Limine as to Mark Isaac Snarr (1), Edgar Baltazar Garcia (2). Accordingly, Defense counsel is ordered to approach the bench before attempting to introduce any evidence on the matters listed in the Government's motion so that a ruling as to admissability may be made at that |

| | | |
|---|---|---|
| | | time. Signed by Judge Marcia A. Crone on 4/1/10. (mrp, ) (Entered: 4/2/2010) |
| 4/1/2010 | 245 | PROCEDURE OF GENERAL VOIR DIRE AND QUESTIONNAIRES ORDER as to Mark Isaac Snarr, Edgar Baltazar Garcia. Signed by Judge Marcia A. Crone on 4/1/10. (mrp, ) (Entered: 4/5/2010) |
| 4/5/2010 | 246 246 | Second MOTION to Continue by Mark Isaac Snarr, Edgar Baltazar Garcia. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 4/5/2010) |
| 4/5/2010 | 247 | ORDER denying [246] Motion to Continue as to Mark Isaac Snarr (1), Edgar Baltazar Garcia (2). Trial shall commence on 5/3/10. Signed by Judge Marcia A. Crone on 4/5/10. (mrp, ) (Entered: 4/6/2010) |
| 4/6/2010 | 248 | Minute Entry for proceedings held before Judge Marcia A. Crone: FIRST day jury selection. General Voir Dire held on 4/6/2010 for Mark Isaac Snarr and Edgar Baltazar Garcia on Count 1. Defts and counsel present. Court addressed jury panel and gave opening remarks. Questioning of prospective jurors commenced. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 4/7/2010) |
| 4/7/2010 | 250 | Minute Entry for proceedings held before Judge Marcia A. Crone: SECOND DAY General Voir Dire held on 4/7/2010 as to Mark Isaac Snarr, Edgar Baltazar Garcia. All parties present w/cnsl. Court gives opening remarks and counsel for defts addressed the jurors. Questionnaires completed and court began questioning jurors. Court adjourned and defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 4/9/2010) |
| 4/9/2010 | 251 | WITNESS LIST by Mark Isaac Snarr (Barlow, Douglas) (Entered: 4/9/2010) |
| 4/9/2010 | | CJA30 authorizing compensation to Douglas M. Barlow for representation as to Mark Snarr signed by Judge Crone and forwarded to the 5th Circuit for approval. (psl, ) (Entered: 4/9/2010) |
| 4/10/2010 | 254 | TRIAL BRIEF by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia (Batte, Joseph) (Entered: 4/10/2010) |
| 4/12/2010 | | Authorization to Pay Gina Vitale in Death Penalty Proceedings as to Mark Isaac Snarr. Signed by Judge Marcia A. Crone on 4/12/10. (psl, ) (Entered: 4/12/2010) |
| 4/12/2010 | 255 | Minute Entry for proceedings held before Judge Marcia A. Crone: Individual Voir Dire THIRD day Jury Selection held on 4/12/2010 as to Mark Isaac Snarr, Edgar Baltazar Garcia. Jurors questioned by counsel. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 4/15/2010) |

| | | |
|---|---|---|
| 4/13/2010 | 256 | Minute Entry for proceedings held before Judge Marcia A. Crone: Individual Voir Dire FOURTH day Jury Selection held on 4/13/2010 as to Mark Isaac Snarr, Edgar Baltazar Garcia. Defts and counsel present, jurors questioned. Defts remanded to custodyof USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 4/15/2010) |
| 4/14/2010 | 257 | Minute Entry for proceedings held before Judge Marcia A. Crone: FIFTH day of Individual Voir Dire held on 4/14/2010 as to Mark Isaac Snarr, Edgar Baltazar Garcia. Deft appeared w/cnsl. Questioning of jurors by counsel continued. Deft remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 4/15/2010) |
| 4/15/2010 | 258 | Minute Entry for proceedings held before Judge Marcia A. Crone: SIXTH day Individual Voir Dire held on 4/15/2010 as to Mark Isaac Snarr, Edgar Baltazar Garcia. Counsel for all parties present. Jurors questioned. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 4/16/2010) |
| 4/16/2010 | 261 | Minute Entry for proceedings held before Judge Marcia A. Crone: SEVENTH day Individual Voir Dire held on 4/16/2010 as to Mark Isaac Snarr, Edgar Baltazar Garcia. Counsel for both sides present, questioning of potential jurors continued. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 4/20/2010) |
| 4/19/2010 | 264 | Minute Entry for proceedings held before Judge Marcia A. Crone: EIGHTH day Individual Voir Dire held on 4/19/2010 as to Mark Isaac Snarr, Edgar Baltazar Garcia. Defts and all counsel present. Jurors questioned. Deft remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 4/23/2010) |
| 4/20/2010 | 265 | Minute Entry for proceedings held before Judge Marcia A. Crone: NINTH day Individual Voir Dire held on 4/20/2010 as to Mark Isaac Snarr, Edgar Baltazar Garcia. Defts and all counsel present. Jurors questioned. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 4/23/2010) |
| 4/21/2010 | 266 | Minute Entry for proceedings held before Judge Marcia A. Crone: TENTH day Individual Voir Dire held on 4/21/2010 as to Mark Isaac Snarr, Edgar Baltazar Garcia. Defts and all counsel present. Jurors questioned. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 4/23/2010) |
| 4/22/2010 | 268 | Minute Entry for proceedings held before Judge Marcia A. Crone: ELEVENTH day Individual Voir Dire held on 4/22/2010 as to Mark Isaac Snarr, Edgar Baltazar Garcia. Counsel for all parties and defts present. Court gave opening remarks and jurors questioned. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 4/26/2010) |

| | | |
|---|---|---|
| 4/23/2010 | 263 263 | Third MOTION to Continue *(Joint)* by Mark Isaac Snarr, Edgar Baltazar Garcia. (Attachments: # (1) Text of Proposed Order)(Black, George) (Entered: 4/23/2010) |
| 4/23/2010 | 267 | Minute Entry for proceedings held before Judge Marcia A. Crone: TWELFTH day Individual Voir Dire held on 4/23/2010 as to Mark Isaac Snarr, Edgar Baltazar Garcia. Counsel for all parties presents, defts present. Jurors questioned. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 4/26/2010) |
| 4/23/2010 | 272 | Minute Entry for proceedings held before Judge Marcia A. Crone: THIRTEENTH day Individual Voir Dire held on 4/23/2010 as to Mark Isaac Snarr, Edgar Baltazar Garcia. Counsel and all parties present. Jurors questioned. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 4/27/2010) |
| 4/26/2010 | | SEALED CJA31: Authorization to Pay Gina Vitale in Death Penalty Proceedings as to Mark Isaac Snarr. Signed by Judge Marcia A. Crone on 4/12/10. (psl, ) (Entered: 4/26/2010) |
| 4/27/2010 | 269 269 | RESPONSE to Motion by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia re [259] MOTION *to Dismiss Death Penalty Due to Inadequate Funding* (Attachments: # (1) Text of Proposed Order)(Batte, Joseph) (Entered: 4/27/2010) |
| 4/27/2010 | 270 270 | RESPONSE to Motion by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia re [263] Third MOTION to Continue *(Joint)* (Attachments: # (1) Text of Proposed Order)(Batte, Joseph) (Entered: 4/27/2010) |
| 4/27/2010 | 271 | MOTION to Appoint Counsel by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia. (Attachments: # (1) Text of Proposed Order)(Batte, Joseph) (Entered: 4/27/2010) |
| 4/27/2010 | 274 | ORDER denying [263] Third Motion to Continue as to Mark Isaac Snarr (1), Edgar Baltazar Garcia (2). Signed by Judge Marcia A. Crone on 4/27/10. (mrp, ) (Entered: 4/28/2010) |
| 4/27/2010 | 275 | ORDER denying [259] Motion to Dismiss the Death Penalty Notice Due to Inadequate Funding of the Defense and a Violation of Defendant's Right to Present Mitigating Evidence as to Edgar Baltazar Garcia (2). Accordingly, Defendant shall proceed to trial as scheduled on 5/3/10. Signed by Judge Marcia A. Crone on 4/27/10. (mrp, ) (Entered: 4/28/2010) |
| 4/27/2010 | 288 | CJA 20 appointment as to witness. Signed by Magistrate Judge Keith F. Giblin on 4/27/10. (mrp, ) (mrp, ). (Entered: 4/30/2010) |

| 4/28/2010 | 276 276 | MOTION by Mark Isaac Snarr, Edgar Baltazar Garcia. (Attachments: # (1) Text of Proposed Order)(Barlow, Douglas) (Entered: 4/28/2010) |
|---|---|---|
| 4/28/2010 | 277 | ORDER denying [276] Motion to Reurge Peremptory Challenges and Request for One or More Additional Peremptory Challenges as to Mark Isaac Snarr (1), Edgar Baltazar Garcia (2). Signed by Judge Marcia A. Crone on 4/28/10. (mrp, ) (Entered: 4/28/2010) |
| 4/29/2010 | 281 | EXHIBIT LIST by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia (Batte, Joseph) (Entered: 4/29/2010) |
| 4/29/2010 | 282 | WITNESS LIST by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia (Batte, Joseph) (Entered: 4/29/2010) |
| 4/29/2010 | | Minute Entry for proceedings held before Judge Marcia A. Crone:Telephone Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 4/29/2010 (psl, ) (Entered: 5/3/2010) |
| 5/1/2010 | | NOTICE OF HEARING in case as to Mark Isaac Snarr, Edgar Baltazar Garcia Hearing set for 5/3/2010 08:30 AM in Ctrm 3 (Beaumont) before Judge Marcia A. Crone. (psl, ) (Entered: 5/1/2010) |
| 5/3/2010 | 287 287 | MOTION *to Invoke Witness Rule* by Mark Isaac Snarr. (Attachments: # (1) Text of Proposed Order Invoke Witness Rule)(Black, George) (Entered: 5/3/2010) |
| 5/3/2010 | 290 | ORDER granting [287] Motion to Invoke Witness Rule as to Mark Isaac Snarr (1). Signed by Judge Marcia A. Crone on 5/3/10. (mrp, ) (Entered: 5/5/2010) |
| 5/3/2010 | 292 | Minute Entry for proceedings held before Judge Marcia A. Crone: FIRST DAY Jury Trial as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/3/2010. All counsel present, Jury Panel sworn and rule invoked. Opening statements given by both sides. Gov't presented evidence. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 5/6/2010) |
| 5/4/2010 | | Minute Entry for proceedings held before Judge Marcia A. Crone:In Chambers Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/4/2010 (psl, ) (Entered: 5/4/2010) |
| 5/4/2010 | 293 | Minute Entry for proceedings held before Judge Marcia A. Crone: SECOND DAY Jury Trial as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/4/2010. Gov't presented evidence and witnesses. Witnesses examined and cross-examined. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 5/6/2010) |
| 5/5/2010 | 289 | EXHIBIT LIST by Mark Isaac Snarr, Edgar Baltazar Garcia (Bourque, Gerald) |

| | | |
|---|---|---|
| | | (Entered: 5/5/2010) |
| 5/5/2010 | 298 | Minute Entry for proceedings held before Judge Marcia A. Crone: THIRD DAY Jury Trial as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/5/2010. Counsel for all parties and defts present. Witnesses examined and cross examined. Counsel for deft Garcia filed motions for mistrial and for acquittal, court orally denied these motions. Counsel for deft Snarr filed motion for acquittal, court orally denied this motion. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 5/10/2010) |
| 5/5/2010 | 299 | MOTION for Acquittal by Mark Isaac Snarr. (mrp, ) (Entered: 5/10/2010) |
| 5/6/2010 | 301 | Minute Entry for proceedings held before Judge Marcia A. Crone: FOURTH DAY Jury Trial as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/6/2010. Counsel for all parties present. Oral motions for acquittal filed by both defts; motions orally denied. Witnesses examined and cross examined. Evidence concluded and defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 5/10/2010) |
| 5/7/2010 | 294 | WITNESS LIST by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia (Batte, Joseph) (Entered: 5/7/2010) |
| 5/7/2010 | 303 | Minute Entry for proceedings held before Judge Marcia A. Crone: FIFTH DAY Jury Trial as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/7/2010. Counsel for all parties and defts present. Judge read jury instructions to the jury. Closing arguments given by both sides. Jury reached a verdict and defendants found guilty on Count 1. Jury excused; Phase II Eligibility to begin 5/10/10. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 5/11/2010) |
| 5/7/2010 | 304 | EXHIBIT LIST by USA as to Mark Isaac Snarr. (mrp, ) (Entered: 5/11/2010) |
| 5/7/2010 | 306 | EXHIBIT LIST by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia. (mrp, ) (Entered: 5/11/2010) |
| 5/7/2010 | 307 | EXHIBIT LIST by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia. (mrp, ) (Entered: 5/11/2010) |
| 5/7/2010 | 308 | EXHIBIT LIST by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia. (mrp, ) (Entered: 5/11/2010) |
| 5/7/2010 | 309 | WITNESS LIST by Mark Isaac Snarr. (mrp, ) (Entered: 5/11/2010) |
| 5/7/2010 | 311 | E-GOV SEALED Jury Notes as to Mark Isaac Snarr, Edgar Baltazar Garcia. (mrp, ) (Entered: 5/11/2010) |

| 5/7/2010 | 312 | JURY VERDICT as to Mark Isaac Snarr (1) Guilty on Count 1 and Edgar Baltazar Garcia (2) Guilty on Count 1. (mrp, ) (Entered: 5/11/2010) |
|---|---|---|
| 5/7/2010 | 360 | Court's Instructions to the Jury as to Mark Isaac Snarr, Edgar Baltazar Garcia. (mrp, ) (Entered: 5/27/2010) |
| 5/9/2010 | 295 | EXHIBIT LIST by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia (Batte, Joseph) (Entered: 5/9/2010) |
| 5/10/2010 | 296 | EXHIBIT LIST by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia (Batte, Joseph) (Entered: 5/10/2010) |
| 5/10/2010 | | Minute Entry for proceedings held before Judge Marcia A. Crone:In Chambers Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/10/2010 (psl, ) (Entered: 5/10/2010) |
| 5/10/2010 | 313 | Minute Entry for proceedings held before Judge Marcia A. Crone: SIXTH DAY Phase II Eligibility re Jury Trial as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/10/2010. Counsel for all parties and defts present. Mr. Morrow orally motioned to make statute unconstitutional. Court orally denied motion. Mr. Morrow orally motioned for severance and court orally denied the motion. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 5/11/2010) |
| 5/11/2010 | | Minute Entry for proceedings held before Judge Marcia A. Crone:In Chambers Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/11/2010 (psl, ) (Entered: 5/12/2010) |
| 5/11/2010 | 315 | Minute Entry for proceedings held before Judge Marcia A. Crone: SEVENTH DAY Jury Trial - Phase II Eligibility as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/11/2010. Counsel for all parties present. Witnesses examined and cross examined.Jury read charges and closing arguments given by both sides. Jury will resume deliberations 5/12/10. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 5/13/2010) |
| 5/11/2010 | 316 | E-GOV SEALED Jury Notes #3 as to Mark Isaac Snarr, Edgar Baltazar Garcia. (mrp, ) (Entered: 5/13/2010) |
| 5/11/2010 | 361 | Court's Instructions to the Jury Phase Two as to Mark Isaac Snarr. (mrp, ) (Entered: 5/27/2010) |
| 5/12/2010 | 314 | EXHIBIT LIST by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia (Batte, Joseph) (Entered: 5/12/2010) |
| 5/12/2010 | | Minute Entry for proceedings held before Judge Marcia A. Crone:In Chambers Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/12/2010 |

| | | |
|---|---|---|
| | | (psl, ) (Entered: 5/12/2010) |
| 5/12/2010 | 317 | Minute Entry for proceedings held before Judge Marcia A. Crone: EIGHTH DAY Jury Trial - Phase II Eligibility as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/12/2010. Counsel for all parties present. Jury deliberated and reached a verdict. Verdict published. Phase III Punishment commenced. Witnesses examined and cross-examined. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 5/13/2010) |
| 5/12/2010 | 318 | WITNESS LIST by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia. (mrp, ) (Entered: 5/13/2010) |
| 5/12/2010 | 319 | EXHIBIT LIST by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia. (mrp, ) (Entered: 5/13/2010) |
| 5/12/2010 | 321 | Verdict of the Jury - Phase II as to Mark Isaac Snarr. (Sealed) (mrp, ) (Entered: 5/13/2010) |
| 5/12/2010 | 323 | E-GOV SEALED Jury Notes as to Mark Isaac Snarr, Edgar Baltazar Garcia. (mrp, ) (Entered: 5/13/2010) |
| 5/13/2010 | | Minute Entry for proceedings held before Judge Marcia A. Crone:In Chambers Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/13/2010 (psl, ) (Entered: 5/13/2010) |
| 5/13/2010 | 324 | Minute Entry for proceedings held before Judge Marcia A. Crone: NINTH DAY Phase III Punishment Jury Trial as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/13/2010. Counsel for all parties present. Witnesses examined and cross-examined. Exhibits entered into the record. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 5/14/2010) |
| 5/14/2010 | | Minute Entry for proceedings held before Judge Marcia A. Crone:In Chambers Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/14/2010 (psl, ) (Entered: 5/14/2010) |
| 5/14/2010 | 325 | Minute Entry for proceedings held before Judge Marcia A. Crone: TENTH DAY Jury Trial - Phase III Punishment as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/14/2010. Counsel for all parties present. Witnesses examined and cross-examined, exhibits entered into the record. Deft remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 5/17/2010) |
| 5/14/2010 | 330 | E-GOV SEALED Jury Note as to Mark Isaac Snarr, Edgar Baltazar Garcia. (mrp, ) (Entered: 5/19/2010) |

| 5/17/2010 | | Minute Entry for proceedings held before Judge Marcia A. Crone:In Chambers Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/17/2010 (psl, ) (Entered: 5/17/2010) |
|---|---|---|
| 5/17/2010 | 327 | WITNESS LIST by Mark Isaac Snarr as to Mark Isaac Snarr, Edgar Baltazar Garcia (Barlow, Douglas) (Entered: 5/17/2010) |
| 5/17/2010 | | Minute Entry for proceedings held before Judge Marcia A. Crone:In Chambers Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/17/2010 (psl, ) (Entered: 5/18/2010) |
| 5/17/2010 | 331 | Minute Entry for proceedings held before Judge Marcia A. Crone: ELEVENTH DAY Phase III Punishment Jury Trial as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/17/2010. Counsel for all parties present. Witnesses examined and cross-examined and exhibits entered. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 5/19/2010) |
| 5/18/2010 | 329 | TRIAL BRIEF by Mark Isaac Snarr as to Mark Isaac Snarr, Edgar Baltazar Garcia (Black, George) (Entered: 5/18/2010) |
| 5/18/2010 | 332 | Minute Entry for proceedings held before Judge Marcia A. Crone: TWELFTH DAY Phase III Punishment Jury Trial as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/18/2010. Counsel for all parties present. Exhibits entered. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 5/19/2010) |
| 5/19/2010 | | CJA30 authorizing compensation to Douglas M. Barlow for representation as to Mark Snarr signed by Judge Crone and forwarded to the 5th Circuit for approval. (psl, ) (Entered: 5/19/2010) |
| 5/19/2010 | 335 | Minute Entry for proceedings held before Judge Marcia A. Crone: THIRTEENTH DAY Phase III Punishment Phase as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/19/2010. Counsel for all parties present. Witnesses questioned and exhibits entered.Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 5/25/2010) |
| 5/20/2010 | | Minute Entry for proceedings held before Judge Marcia A. Crone:In Chambers Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/20/2010 (psl, ) (Entered: 5/20/2010) |
| 5/20/2010 | | Minute Entry for proceedings held before Judge Marcia A. Crone:In Chambers Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/20/2010 (psl, ) (Entered: 5/21/2010) |
| 5/20/2010 | | Minute Entry for proceedings held before Judge Marcia A. Crone:In Chambers Conference as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/20/2010 |

| | | |
|---|---|---|
| | | (psl, ) (Entered: 5/21/2010) |
| 5/20/2010 | 336 | Minute Entry for proceedings held before Judge Marcia A. Crone: FOURTEENTH DAY Phase III Punishment Phase as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/20/2010. Counsel for all parties present. Witnesses examined and exhibits entered. Evidence concluded. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 5/25/2010) |
| 5/21/2010 | 334 | Proposed Jury Instructions by Mark Isaac Snarr (Barlow, Douglas) (Entered: 5/21/2010) |
| 5/21/2010 | 337 | Minute Entry for proceedings held before Judge Marcia A. Crone: FIFTEENTH DAY Phase III Punishment as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/21/2010. Evidence concluded, final arguments given and jury read instructions. Jury began deliberations. Defts remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 5/25/2010) |
| 5/21/2010 | 364 | Court's Instructions to the Jury Phase Three as to Mark Isaac Snarr. (mrp, ) (Entered: 5/27/2010) |
| 5/24/2010 | 339 | Minute Entry for proceedings held before Judge Marcia A. Crone: SIXTEENTH DAY Phase III Punishment as to Mark Isaac Snarr, Edgar Baltazar Garcia held on 5/24/2010. Counsel for all parties present. Evidence concluded, jury deliberated and reached averdict of guilty on special findings. Trial concluded. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 5/26/2010) |
| 5/24/2010 | 340 | E-GOV SEALED Jury Notes 6-8 as to Mark Isaac Snarr, Edgar Baltazar Garcia. (mrp, ) (Entered: 5/26/2010) |
| 5/24/2010 | 343 | WITNESS LIST by Mark Isaac Snarr. (mrp, ) (Entered: 5/26/2010) |
| 5/24/2010 | 344 | EXHIBIT LIST by Mark Isaac Snarr. (mrp, ) (Entered: 5/26/2010) |
| 5/24/2010 | 345 | EXHIBIT LIST by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia. (mrp, ) (Additional attachment(s) added on 5/26/2010: # (1) Exhibit) (mrp, ). (Entered: 5/26/2010) |
| 5/24/2010 | 346 | WITNESS LIST by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia. (mrp, ) (Entered: 5/26/2010) |
| 5/24/2010 | 347 | EXHIBIT LIST for record purposes only by Court as to Mark Isaac Snarr, Edgar Baltazar Garcia. Not admitted in Trial. (mrp, ) (Entered: 5/26/2010) |
| 5/24/2010 | 348 | Defendants' Bill Exhibits by Mark Isaac Snarr, Edgar Baltazar Garcia. (mrp, ) |

| | | (Entered: 5/26/2010) |
|---|---|---|
| 5/24/2010 | 351 | Minute Entry for proceedings held before Judge Marcia A. Crone: Sentencing held on 5/24/2010 for Mark Isaac Snarr (1), Count 1: Death; $100 special assessment. Deft remanded to custody of USM. (Court Reporter Tonya Jackson.) (mrp, ) (Entered: 5/26/2010) |
| 5/25/2010 | 338 338 | MOTION Withdraw Trial Exhibits by USA as to Mark Isaac Snarr, Edgar Baltazar Garcia. (Attachments: # (1) Text of Proposed Order)(Batte, Joseph) (Entered: 5/25/2010) |
| 5/25/2010 | 353 | JUDGMENT as to Mark Isaac Snarr (1), Count 1: Death; $100 special assessment. Terminated Mark Isaac Snarr. Signed by Judge Marcia A. Crone on 5/25/10. (mrp, ) (Entered: 5/26/2010) |
| 5/25/2010 | 354 | SEALED Statement of Reasons re [353] Judgment as to Mark Isaac Snarr. cc: USA, Black, Barlow 5/26/10 (mrp, ) (Entered: 5/26/2010) |
| 5/26/2010 | 357 | ORDER granting [338] Motion to Withdraw Trial Exhibits as to Mark Isaac Snarr (1), Edgar Baltazar Garcia (2). Signed by Judge Marcia A. Crone on 5/26/10. (mrp, ) (Entered: 5/27/2010) |
| 5/27/2010 | 359 | AMENDED JUDGMENT due to clerical error as to Mark Isaac Snarr (1), Count(s) 1, Death; $100 special assessment. No change in sentence. Signed by Judge Marcia A. Crone on 5/27/10. (mrp, ) (Entered: 5/27/2010) |
| 6/3/2010 | 365 | NOTICE OF APPEAL. (Barlow, Douglas) (Entered: 6/3/2010) |