10-40525

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

UNITED STATES,
              Appellee,

v.

MARK SNARR,
              Appellant,

CAPITAL CASE

Case No. 1:09CR00015-001
Appeal from the United
States District Court
For the Eastern District
Of Texas,
Case No. 1:09-CR-00015-001

APPELLANT'S MOTION FOR REPLACEMENT COUNSEL

FOR PURPOSES OF THIS APPEAL

Comes Now, Mark Snarr Appellant Pro Se, and moves this Court for the appointment of counsel to represent him on appeal in this case. In support thereof the following is respectfully submitted:

1. The Appellant was convicted and sentenced to death in the United States District Court for the Eastern District of Texas.

2. Mr. Snarr was represented at trial by two court-appointed attorney. They are Douglas M. Barlow and G. Patrick Black.

3. Appellant would submit to this court that these court-appointed attorneys should not be allowed to represent him on appeal because of a conflict of interest which was not previously known to Mr. Snarr.

4. The conflict of interest and the ineffectiveness of counsel are issues which must be raised on direct appeal in this case. These attorneys cannot raise these issues against themselves.

5. Mr. Snarr requests that attorneys other than the Federal Public Defender for the Eastern Diatrict of Texas be appointed. That office has previously represented individuals involved in this case and that creates a conflict for them.

6. Appellant has been in contact with the Federal Death Penalty Resource Counsel about this issue. Thay regularly assist the courts with locating qualified attorneys with capital case experience to represent federal defendants on appeal.

7. Appellant understands that he is not entitled to his choice of appellate counsel. It is the purpose of this motion to provide the Court with information as to why his trial counsel cannot ethically represent him on appeal in this matter.

Wherefore, the Appellant respectfully submitts that this motion for the Replacement of Counsel for the Purpose of This Appeal should be granted.

Respectfully Submitted,

June 21, 2010

Mark Snarr #11093-081
Federal Correctional Complex
Special Confinement Unit
Post Office Box 33
Terre Haute, IN 47808-0033

## DECLARATION

I, Mark Snarr do hereby state, certify, and declare under the pealty of perjury pursuant to 28 U.S.C. § 1746 that the facts contained in this motion are true and correct.

Executed on this 21st day of June, 2010 at Terre Haute, Indiana.

Mark Snarr

## CERTIFICATE OF MAILING

On this 21st day of June, 210 a true and correct copy of the foregoing motion was sent by First Class Pepaid Mail to each of the following:

(2)

Joe Battle, Assistant U.S. Attorney
350 Magnolia Avenue, Suite 150
Beaumont, Texas   77701-2237

Douglas M. Barlow, Attorney
485 Milam
Beaumont, Texas   77721

G. Patrick Black, Attorney
7409 Bedshire Court
Tyler, Texas   75703

Mark Snarr, Appellant

(3)