# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 28, 2010


Mr. Douglas Milton Barlow
Barlow Law Firm
485 Milam
Beaumont, TX 77701-0000


Mr. George Patrick Black
Federal Defender's Office
Eastern District of Texas
110 N. College Avenue
Suite 1122
Tyler, TX 75702-0000


     No. 10-40525, USA v. Mark Snarr, et al
        USDC No. 1:09-CR-15-1


The appellant has moved to relieve you as court-appointed counsel, and moved for appointment of new counsel. Your response is due within 14 days from the above date and may be in letter form. You should set forth any pertinent facts which might assist the court in ruling on the motion. You are reminded that your obligation to represent the appellant continues until relieved of your appointment by formal court order.


        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Jann M. Wynne, Deputy Clerk
        504-310-7688

cc:
     Mr. Joseph Robert Batte Jr.
     Mr. Gerald E Bourque
     Mr. Robert A Morrow
     Mr. Mark Isaac Snarr

*Response Request - APP2*