## TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| 1:09 CR 15 EDTX | 1:09 CR 15 |

Short Case Title _USA v. Marc Swaar_  Court Reporter _Tonya Jackson_

Date Notice of Appeal Filed by Clerk of District Court _6/03/10_  Court of Appeals # _10-40525_
(If Available)

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*
A. Complete one of the following:
☐ No hearings
☐ Transcript is unnecessary for appeal purposes
☐ Transcript is already on file in Clerk's office
☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
    Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
    Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
    Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 3/3/09; 4/2/09, 7/17/09, 10/30/09, 2/1/10, 3/29/10, 4/2/10 | Stat. | Marcia Crone |
| 4/6/10 - 4/7/10; 4/12/10 - 4/23/10 ✓ 4/16; 4/19- | Jury Selection | Marcia Crone |
| 5/3/10 -5/7/10 | Trial | Marcia Crone |
| 5/10-5/14/10 ; 5/17- 5/21/10 ; 5/24/10 | | |

<span style="color:red">**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**</span>

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
    ☐ Private funds; ☑ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
    ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
    ☐ Other _____

Signature _Doyle M. Bol_  Date Transcript Ordered _6/25/10_

Print Name _Douglas M. Barlow_  Counsel for _Marc Swaar_

Address _485 Milam, Bmt Tx 77701_  Telephone _409 338-4259_

<span style="color:red">**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**</span>

U.S. COURT OF APPEALS RECEIVED JUL 01 2010 NEW ORLEANS, LA

**PART II.**  COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

Address of Court Reporter: _____
*** Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.**  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages   _____ Actual Number of Volumes

| Date | Signature of Court Reporter |
|---|---|

DKT-13 (5/96)