## TRANSCRIPT ORDER

District Court
Eastern District of Texas (Beaumont)

District Court Docket Number
1:09-cr-00015-MAC-KFG-2

Short Case Title U.S.A v. Garcia

Court Reporter Kyla Dean

Date Notice of Appeal Filed by Clerk of District Court ~~06/30/2010~~ 06/03/10

Court of Appeals # 10-40525
(If Available)

PART I. (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: (check appropriate box)
  Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

*U.S. COURT OF APPEALS RECEIVED JUL 02 2010 NEW ORLEANS, LA*

| | HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|---|
| ✓ | 03/03/2009 | Initial Appearance & Arraignment | Keith F. Giblin |
| | | | |
| | | | |
| | | | |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☒ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature G Bourque by jm f

Date Transcript Ordered 06/30/2010

Print Name Gerald E. Bourque

Counsel for Edgar Garcia

Address 24 Waterway Ave. Suite 660, The Woodlands, TX 77380 Telephone 713-862-7766

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

PART II.    COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other (Specify) _____

_____    _____    _____
Date      Signature of Court Reporter      Telephone

Address of Court Reporter: _____
**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

PART III.    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages      _____ Actual Number of Volumes

_____      _____
Date      Signature of Court Reporter

DKT-13 (5/96)

## TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Eastern District of Texas (Beaumont) | 1:09-cr-00015-MAC-KFG-2 |

Short Case Title USA v. Garcia     Court Reporter Tonya Jackson

Date Notice of Appeal Filed by Clerk of District Court 06/03/2010    Court of Appeals # 10-40525
*(If Available)*

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:

   ☐ No hearings

   ☐ Transcript is unnecessary for appeal purposes

   ☐ Transcript is already on file in Clerk's office

   ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*

       Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;

       Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;

       Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

*(U.S. COURT OF APPEALS RECEIVED JUL 02 2010 NEW ORLEANS, LA — stamp)*

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 03/03/2009 | Chambers Conference | Marcia A. Crone |
| 27/03/2009 | Status Conference | Marcia A. Crone |
| 04/09/2009 | Chambers Conference | Marcia A. Crone |
| 29/10/2009 | Telephone Conference | Marcia A. Crone |
| ✓ 10/30/2009 | Status Conference | Marcia A. Crone |
| ✓ 02/01/2010 | Status Conference | Marcia A. Crone |
| ✓ 03/29/2010 | Status Conference | Marcia A. Crone |
| ✓ 04/06/2010 | 1st Day Jury Selection | Marcia A. Crone |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

   ☐ Private funds; ☑ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;

   ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;

   ☐ Other _____

Signature *Gerald Bourque by permission*    Date Transcript Ordered 06/30/2010

Print Name Gerald E. Bourque    Counsel for Edgar Garcia

Address 24 Waterway Ave. Suite 660, The Woodlands, TX. 77380 Telephone 713-862-7766

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.**    COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____

☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

Address of Court Reporter: _____

**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.**    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages      _____ Actual Number of Volumes

| Date | Signature of Court Reporter |
|---|---|

DKT-13 (5/96)

## TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Eastern District of Texas (Beaumont) | 1:09-cr-00015-MAC-KFG-2 |

Short Case Title USA v. Garcia          Court Reporter Tonya Jackson

Date Notice of Appeal Filed by Clerk of District Court 06/03/2010    Court of Appeals # 10-40525
(If Available)

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*
A. Complete one of the following:
  ☐ No hearings
  ☐ Transcript is unnecessary for appeal purposes
  ☐ Transcript is already on file in Clerk's office
  ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
    Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
    Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
    Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

*U.S. COURT OF APPEALS RECEIVED JUL 02 2010 NEW ORLEANS*

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| ✓ 04/09/2010 | 2nd Day Jury Selection | Marcia A. Crone |
| ✓ 04/12/2010 | 3rd Day Jury Selection | Marcia A. Crone |
| ✓ 04/13/2010 | 4th Day Jury Selection | Marcia A. Crone |
| ✓ 04/14/2010 | 5th Day Jury Selection | Marcia A. Crone |
| ✓ 04/15/2010 | 6th Day Jury Selection | Marcia A. Crone |
| ✓ 04/16/2010 | 7th Day Jury Selection | Marcia A. Crone |
| ✓ 04/19/2010 | 8th Day Jury Selection | Marcia A. Crone |
| ✓ 04/20/2010 | 9th Day Jury Selection | Marcia A. Crone |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
  ☐ Private funds; ☑ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
  ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
  ☐ Other _____

Signature _____ Date Transcript Ordered 06/30/2010

Print Name Gerald E. Bourque          Counsel for Edgar Garcia

Address 24 Waterway Ave. Suite 660, The Woodlands, TX 77380 Telephone 713-862-7766

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.**   COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

Address of Court Reporter: _____
**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.**   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages          _____ Actual Number of Volumes

_____ Date          Signature of Court Reporter

DKT-13 (5/96)

## TRANSCRIPT ORDER

District Court
Eastern District of Texas (Beaumont)

District Court Docket Number
1:09-cr-00015-MAC-KFG-2

Short Case Title USA v. Garcia

Court Reporter Tonya Jackson

Date Notice of Appeal Filed by Clerk of District Court 04/03/2010

Court of Appeals # 10-40525
(If Available)

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:

☐ No hearings

☐ Transcript is unnecessary for appeal purposes

☐ Transcript is already on file in Clerk's office

☐ This is to order a transcript of the following proceedings: *(check appropriate box)*

Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;

Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;

Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

*U.S. COURT OF APPEALS RECEIVED JUL 02 2010 NEW ORLEANS, LA*

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
| --- | --- | --- |
| 04/21/2010 | 10th Day Jury Selection | Marcia A. Crone |
| 04/22/2010 | 11th Day Jury Selection | Marcia A. Crone |
| 04/23/2010 | 12th Day Jury Selection | Marcia A. Crone |
| 04/23/2010 | 13th Day Jury Selection | Marcia A. Crone |
| | Telephone Conference | Marcia A. Crone |
| 05/03/2010 | 1st Day Jury Trial | Marcia A. Crone |
| | Chambers Conference | Marcia A. Crone |
| 05/04/2010 | 2nd Day Jury Trial | Marcia A. Crone |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

☐ Private funds; ☑ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;

☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;

☐ Other _____

Signature _____

Date Transcript Ordered 06/30/2010

Print Name Gerald E. Bourque

Counsel for Edgar Garcia

Address 24 Waterway Ave. Suite 660, The Woodlands, TX, 77380

Telephone 713-862-7766

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date ∗ | Estimated number of pages |
| --- | --- | --- | --- |
| | | | |

☐ Satisfactory Arrangements for payment were made on _____

☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

Date _____ Signature of Court Reporter _____ Telephone _____

Address of Court Reporter: _____

∗ **Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages

_____ Actual Number of Volumes

_____ Date

_____ Signature of Court Reporter

DKT-13 (5/96)

## TRANSCRIPT ORDER

**District Court** Eastern District of Texas (Beaumont)

**District Court Docket Number** 1:09-cr-00015-MAC-KFG-2

Short Case Title USA v. Garcia

Court Reporter Tonya Jackson

Date Notice of Appeal Filed by Clerk of District Court 04/03/2010

Court of Appeals # 10-40525

*(If Available)*

---

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
   Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
   Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
   Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

U.S. COURT OF APPEALS
RECEIVED
JUL 02 2010
NEW ORLEANS, LA

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 05/05/2010 | 3rd Day Jury Trial | Marcia A. Crone |
| 05/06/2010 | 4th Day Jury Trial | Marcia A. Crone |
| 05/07/2010 | 5th Day Jury Trial | Marcia A. Crone |
| 05/ /2010 | Chambers Conference | Marcia A. Crone |
| 05/10/2010 | 6th Day Jury Trial | Marcia A. Crone |
| 05/ /2010 | Chambers Conference | Marcia A. Crone |
| 05/11/2010 | 7th Day Jury Trial | Marcia A. Crone |
| 05/ /2010 | Chambers Conference | Marcia A. Crone |

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED,
OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT,
ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☑ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature _____ Date Transcript Ordered 06/20/2010

Print Name Gerald E. Bourque    Counsel for Edgar Garcia

Address 24 Waterway Ave. Suite 660, The Woodlands TX 77380 Telephone 713-862-7766

ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL
DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

---

**PART II.** COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date ∗ | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_____    _____    _____
Date    Signature of Court Reporter    Telephone

Address of Court Reporter: _____
∗ *Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.*

---

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages          _____ Actual Number of Volumes

_____    _____
Date    Signature of Court Reporter

DKT-13 (5/96)

## TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Texas<br>Eastern District of ~~Beaumont~~ (Beaumont) | 1:09-cr-00015-MAC-KFG-2 |

Short Case Title  USA v. Garcia                           Court Reporter  Tonya Jackson

Date Notice of Appeal Filed by Clerk of District Court  06/03/2010     Court of Appeals #  10-40525
                                                                        (If Available)

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*
A. Complete one of the following:
- [ ] No hearings
- [ ] Transcript is unnecessary for appeal purposes
- [ ] Transcript is already on file in Clerk's office
- [ ] This is to order a transcript of the following proceedings: *(check appropriate box)*

    Voir dire ☐;  Opening statement of plaintiff ☐ defendant ☐;
    Closing argument of plaintiff ☐ defendant ☐;  Opinion of court ☐;
    Jury instructions ☐;  Sentencing ☐;  Bail hearing ☐;

*U.S. COURT OF APPEALS RECEIVED JUL 02 2010 NEW ORLEANS, LA*

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| ✓ 05/12/2010 | 8th Day Jury Trial | Marcia A. Crone |
| ~~05/13/2010~~ mtr. trt. no tyes | Chambers Conference | Marcia A. Crone |
| ✓ 05/13/2010 | 9th Day Jury Trial | Marcia A. Crone |
| ~~05/14/2010~~ | Chambers Conference | Marcia A. Crone |
| ✓ 05/14/2010 | 10th Day Jury Trial | Marcia A. Crone |
| ~~05/17/2010~~ | Chambers Conference | Marcia A. Crone |
| ~~05/17/2010~~ | Chambers Conference | Marcia A. Crone |
| ✓ 05/17/2010 | 11th Day Jury Trial | Marcia A. Crone |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- [ ] Private funds;  [x] Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*;  [ ] Other IFP Funds;
- [ ] Advance Payment waived by reporter;  [ ] U.S. Government Funds;
- [ ] Other _____

Signature _____   Date Transcript Ordered  06/30/2010

Print Name  Gerald E. Bourque                 Counsel for  Edgar Garcia

Address  24 Waterway Ave. Suite 660, The Woodlands, TX 77380     Telephone  713-862-7766

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.**   COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

- [ ] Satisfactory Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made. Reason: [ ] Deposit not received [ ] Unable to contact ordering party [ ] Other *(Specify)* _____

_____        _____        _____
     Date           Signature of Court Reporter        Telephone

Address of Court Reporter: _____
* *Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.*

**PART III.**   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages                    _____ Actual Number of Volumes

_____                              _____
     Date                                Signature of Court Reporter

DKT-13 (5/96)

## TRANSCRIPT ORDER

**District Court**
Eastern District of Texas (Beaumont)

**District Court Docket Number**
1:09-cr-00015-MAC-KFG-2

Short Case Title USA v. Garcia        Court Reporter Tonya Jackson

Date Notice of Appeal Filed by Clerk of District Court 06/03/2010   Court of Appeals # 10-40525
*(If Available)*

U.S. COURT OF APPEALS
RECEIVED
JUL 02 2010
NEW ORLEANS, LA

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
  Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| ✓ 05/18/2010 | 12th Day Jury Trial | Marcia A. Crone |
| ✓ 05/19/2010 | 13th Day Jury Trial | Marcia A. Crone |
| 05/20/2010 | Chambers Conference | Marcia A. Crone |
| 05/20/2010 | Chambers Conference | Marcia A. Crone |
| 05/20/2010 | Chambers Conference | Marcia A. Crone |
| ✓ 05/20/2010 | 14th Day Jury Trial | Marcia A. Crone |
| ✓ 05/21/2010 | 15th Day Jury Trial | Marcia A. Crone |
| ✓ 05/24/2010 | 16th Day Jury Trial | Marcia A. Crone |
| ✓ 05/24/2010 | Sentencing | Marcia A. Crone |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
  ☐ Private funds; ☑ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
  ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
  ☐ Other _____

Signature _____   Date Transcript Ordered 06/30/2010

Print Name Gerald E. Bourque   Counsel for Edgar Garcia

Address 24 Waterway Ave. Suite 660, The Woodlands, TX 77380   Telephone 713-862-7766

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** **COURT REPORTER ACKNOWLEDGEMENT** *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_____   _____   _____
Date                Signature of Court Reporter                Telephone

Address of Court Reporter: _____
**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages        _____ Actual Number of Volumes

_____   _____
Date                Signature of Court Reporter

DKT-13 (5/96)