**TRANSCRIPT ORDER**

| District Court | District Court Docket Number |
|---|---|
| Eastern District of Texas (Beaumont) | 1:09-cr-00015-MAC-KFG-2 |

Short Case Title U.S.A. v. Garcia          Court Reporter Kyla Dean

Date Notice of Appeal Filed by Clerk of District Court ~~02/21/2004~~ 06/03/10    Court of Appeals # 10-40525    (If Available)

---

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:

☐ No hearings

☐ Transcript is unnecessary for appeal purposes

☐ Transcript is already on file in Clerk's office                JUL 12 2010

☐ This is to order a transcript of the following proceedings: *(check appropriate box)*

Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;

Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;

Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 03/03/2009 | Initial Appearance & Arraignment | Keith F. Giblin |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

☐ Private funds; ☑ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;

☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;

☐ Other _____

Signature _Co Bourque by pm f_          Date Transcript Ordered 06/30/2010

Print Name Gerald E. Bourque          Counsel for Edgar Garcia

Address 24 Waterway Ave. Suite 660, The Woodlands, TX 77380 Telephone 713-862-7766

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II.**    COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| 7-7-10 | | 8-6-10 | 10 |

☑ Satisfactory Arrangements for payment were made on: 7-7-10

☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

7-7-10               _signature_               361-949-2988
Date          Signature of Court Reporter          Telephone

Address of Court Reporter: 14493 S Padre Island Dr # A400, Corpus Christi, TX 78418

\* *Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.*

---

**PART III.**    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages          _____ Actual Number of Volumes

_____          _____
Date                    Signature of Court Reporter

DKT-13 (5/96)