CORRECTED **TRANSCRIPT ORDER**

| District Court | District Court Docket Number |
|---|---|
| Eastern District of Texas (Beaumont) | 1:09-cr-00015-MAC-KFG |

Short Case Title _USA v. Garcia_    Court Reporter __ECRO Kaylen Dean__

Date Notice of Appeal Filed by Clerk of District Court _06/03/10_   Court of Appeals # _10-40935_ _(If Available)_

---

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
  Voir dire ☐;  Opening statement of plaintiff ☐  defendant ☐;
  Closing argument of plaintiff ☐  defendant ☐;  Opinion of court ☐;
  Jury instructions ☐;  Sentencing ☐;  Bail hearing ☐;

U.S. COURT OF APPEALS
RECEIVED
JUL 1 4 2010
NEW ORLEANS, LA

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| ✓ 03/3/09 | Initial Apperance, Arraignment | Keith F. Giblin |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds;  ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*;  ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter;  ☐ U.S. Government Funds;
- ☐ Other _____

Signature _N Bourque_    Date Transcript Ordered _07/12/10_

Print Name _Gerald E. Bourque_    Counsel for _Edgar Garcia_

Address _24 Waterway Ave Suite 660, Woodlands TX 77380_ Telephone _713-862-7766_

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II.**    COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt.  Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made.  Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_____    _____    _____
Date        Signature of Court Reporter       Telephone

Address of Court Reporter: _____
**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

---

**PART III.**    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages      _____ Actual Number of Volumes

_____       _____
Date             Signature of Court Reporter

DKT-13 (5/96)

[CORRECTED]

## TRANSCRIPT ORDER

**District Court** Eastern District of Texas (Beaumont)

**District Court Docket Number** 1:09-cr-00015-MAC-KFG-2

Short Case Title USA v Garcia

Court Reporter Chris Bickham

Date Notice of Appeal Filed by Clerk of District Court 06/03/10

Court of Appeals # 10-40525
*(If Available)*

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*

  Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| ✓ 05/21/2010 | 15th Day Jury Trial | Marcia A. Crone |
| | | |
| | | |
| | | |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

U.S. COURT OF APPEALS
RECEIVED
JUL 14 2010
NEW ORLEANS, LA

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature *GBourque*

Date Transcript Ordered 07/12/10

Print Name Gerald E. Bourque

Counsel for Edgar Garcia

Address 24 Waterway Ave. Suite 660, Woodlands, TX 77380 Telephone 713-862-7706

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

Address of Court Reporter: _____

*** Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages

_____ Actual Number of Volumes

| Date | Signature of Court Reporter |
|---|---|

DKT-13 (5/96)