## TRANSCRIPT ORDER

District Court
Eastern District of Texas (Beaumont)

District Court Docket Number
1:09-cr-00015-MAC-KFG-2

Short Case Title USA v. Garcia          Court Reporter Tonya Jackson

Date Notice of Appeal Filed by Clerk of District Court 06/03/2010    Court of Appeals # 10-40525
(If Available)

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*
A. Complete one of the following:
☐ No hearings
☐ Transcript is unnecessary for appeal purposes
☐ Transcript is already on file in Clerk's office
☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 03/03/2009 | Chambers Conference | Marcia A. Crone |
| 03/03/2009 | Status Conference | Marcia A. Crone |
| 04/24/2009 | Chambers Conference | Marcia A. Crone |
| 09/10/2009 | Telephone Conference | Marcia A. Crone |
| 10/30/2009 | Status Conference | Marcia A. Crone |
| 02/01/2010 | Status Conference | Marcia A. Crone |
| 03/24/2010 | Status Conference | Marcia A. Crone |
| 04/06/2010 | 1st Day Jury Selection | Marcia A. Crone |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
☐ Private funds; ☑ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
☐ Other _____

Signature *Gerald Bourque by perm.* ___ Date Transcript Ordered 06/30/2010

Print Name Gerald E. Bourque          Counsel for Edgar Garcia

Address 24 Waterway Ave. Suite 660, The Woodlands, TX. 77380 Telephone 713-862-7766

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.**     COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| 7.9.10 | | 8.19.10 | 1250 |

☑ Satisfactory Arrangements for payment were made on 7.19.10
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

7.19.10 _____ *Tonya B. Jackson* _____ 409.654.2833
Date              Signature of Court Reporter              Telephone

Address of Court Reporter: 300 Willow, Ste. 239, Beaumont TX 77101

**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.**     NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages          _____ Actual Number of Volumes

_____          _____
Date          Signature of Court Reporter

DKT-13 (5/96)

## TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Eastern District of Texas (Beaumont) | 1:09-cr-00015-MAC-KFG-2 |

Short Case Title USA v. Garcia     Court Reporter Tonya Jackson

Date Notice of Appeal Filed by Clerk of District Court 06/03/2010    Court of Appeals # 10-40525

*(If Available)*

JUL 21 2010
NEW ORLEANS, LA.

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:

☐ No hearings

☐ Transcript is unnecessary for appeal purposes

☐ Transcript is already on file in Clerk's office

☐ This is to order a transcript of the following proceedings: *(check appropriate box)*

Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;

Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;

Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 04/09/2010 | 2nd Day Jury Selection | Marcia A. Crone |
| 04/12/2010 | 3rd Day Jury Selection | Marcia A. Crone |
| 04/13/2010 | 4th Day Jury Selection | Marcia A. Crone |
| 04/14/2010 | 5th Day Jury Selection | Marcia A. Crone |
| 04/15/2010 | 6th Day Jury Selection | Marcia A. Crone |
| 04/16/2010 | 7th Day Jury Selection | Marcia A. Crone |
| 04/19/2010 | 8th Day Jury Selection | Marcia A. Crone |
| 04/20/2010 | 9th Day Jury Selection | Marcia A. Crone |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

☐ Private funds; ☑ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;

☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;

☐ Other _____

Signature *Gerald Bourque by per.*    Date Transcript Ordered 06/30/2010

Print Name Gerald E. Bourque    Counsel for Edgar Garcia

Address 24 Waterway Ave. Suite 660, The Woodlands, TX 77380   Telephone 713-862-7766

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.**    COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| 7.9.10 | | 8.19.10 | 1250 |

☑ Satisfactory Arrangements for payment were made on 7.19.10

☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

| Date 7.19.10 | Signature of Court Reporter *Tonya B. Jack* | Telephone 409.654.2833 |
|---|---|---|

Address of Court Reporter: 300 Willow St. Beaumont TX 77701

**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.**    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages     _____ Actual Number of Volumes

_____ Date     _____ Signature of Court Reporter

DKT-13 (5/96)

## TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Eastern District of Texas (Beaumont) | 1:09-cr-00015-MAC-KFG-2 |

Short Case Title __USA v. Garcia__   Court Reporter __Tonya Jackson__

Date Notice of Appeal Filed by Clerk of District Court __06/03/2010__   Court of Appeals # __10-40525__
(If Available)

JUL 2 _ 2010
NEW ORLEANS, LA.

PART I. *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*
A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
  Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 04/21/2010 | 10th Day Jury Selection | Marcia A. Crone |
| 04/22/2010 | 11th Day Jury Selection | Marcia A. Crone |
| 04/23/2010 | 12th Day Jury Selection | Marcia A. Crone |
| 04/23/2010 | 13th Day Jury Selection | Marcia A. Crone |
| 04/29/2010 | Telephone Conference | Marcia A. Crone |
| 05/03/2010 | 1st Day Jury Trial | Marcia A. Crone |
| 05/04/2010 | Chambers Conference | Marcia A. Crone |
| 05/04/2010 | 2nd Day Jury Trial | Marcia A. Crone |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☑ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature __Y Bourque by php__   Date Transcript Ordered __06/30/2010__

Print Name __Gerald E. Bourque__   Counsel for __Edgar Garcia__

Address __24 Waterway Ave. Suite 660, The Woodlands, TX, 77380__ Telephone __713-862-7766__

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

PART II.   COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| 7.9.10 | | 8.19.10 | 1250 |

☐ Satisfactory Arrangements for payment were made on __7.19.10__
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

| 7.19.10 | Tonya Jackson | 409.654.2133 |
|---|---|---|
| Date | Signature of Court Reporter | Telephone |

Address of Court Reporter: __300 Willow, Ste. 239, Beaumont, TX 77701__

***Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages   _____ Actual Number of Volumes

_____   _____
Date   Signature of Court Reporter

DKT-13 (5/96)

## TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Eastern District of Texas (Beaumont) | 1:09-cr-00015-MAC-KFG-2 |

Short Case Title _USA v. Garcia_  Court Reporter _Tonya Jackson_

Date Notice of Appeal Filed by Clerk of District Court _06/03/2010_  Court of Appeals # _10-40525_
(If Available)

PART I. *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*
A. Complete one of the following:
☐ No hearings
☐ Transcript is unnecessary for appeal purposes
☐ Transcript is already on file in Clerk's office
☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
Voir dire ☐;  Opening statement of plaintiff ☐  defendant ☐;
Closing argument of plaintiff ☐  defendant ☐;  Opinion of court ☐;
Jury instructions ☐;  Sentencing ☐;  Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 05/05/2010 | 3rd Day Jury Trial | Marcia A. Crone |
| 05/06/2010 | 4th Day Jury Trial | Marcia A. Crone |
| 05/07/2010 | 5th Day Jury Trial | Marcia A. Crone |
| 05/10/2010 | Chambers Conference | Marcia A. Crone |
| 05/10/2010 | 6th Day Jury Trial | Marcia A. Crone |
| 05/11/2010 | Chambers Conference | Marcia A. Crone |
| 05/11/2010 | 7th Day Jury Trial | Marcia A. Crone |
| 05/12/2010 | Chambers Conference | Marcia A. Crone |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
☐ Private funds;  ☑ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*;  ☐ Other IFP Funds;
☐ Advance Payment waived by reporter;  ☐ U.S. Government Funds;

☐ Other _____

Signature _G Bourque by _____  Date Transcript Ordered _06/30/2010_

Print Name _Gerald E. Bourque_  Counsel for _Edgar Garcia_

Address _24 Waterway Ave. Suite 660, The Woodlands, TX 77380_  Telephone _713-862-7766_

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

PART II.  COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| 7.9.10 | | 8.19.10 | 1250 |

☑ Satisfactory Arrangements for payment were made on _7.19.10_
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_7.19.10_ _____ _409.654.2833_

Date  Signature of Court Reporter  Telephone

Address of Court Reporter: _300 Willow, Ste 239, Beaumont, TX 77701_
* **Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

PART III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages  _____ Actual Number of Volumes

_____  _____
Date  Signature of Court Reporter

DKT-13 (5/96)

## TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Eastern District of Texas (Beaumont) | 1:09-cr-00015-MAC-KFG-2 |

Short Case Title USA v. Garcia          Court Reporter Tonya Jackson

Date Notice of Appeal Filed by Clerk of District Court 06/03/2010     Court of Appeals # 10-40525
(If Available)

PART I. *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*
A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
   Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
   Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
   Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 05/18/2010 | 12th Day Jury Trial | Marcia A. Crone |
| 05/19/2010 | 13th Day Jury Trial | Marcia A. Crone |
| 05/20/2010 | Chambers Conference | Marcia A. Crone |
| 05/20/2010 | Chambers Conference | Marcia A. Crone |
| 05/20/2010 | Chambers Conference | Marcia A. Crone |
| 05/20/2010 | 14th Day Jury Trial | Marcia A. Crone |
| 05/21/2010 | 15th Day Jury Trial | Marcia A. Crone |
| 05/24/2010 | 16th Day Jury Trial | Marcia A. Crone |
| 05/24/2010 | Sentencing | Marcia A. Crone |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☒ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature _D. Bourne by perry f__     Date Transcript Ordered 06/30/2010

Print Name Gerald E. Bourque     Counsel for Edgar Garcia

Address 24 Waterway Ave. Suite 660, The Woodlands, TX 77380     Telephone 713-862-7766

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

PART II.     COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| 7.9.10 | | 8.19.10 | 1250 |

☒ Satisfactory Arrangements for payment were made on 7.19.10
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

| 7.19.10 | Tonya B. Jackson | 409.654.2833 |
|---|---|---|
| Date | Signature of Court Reporter | Telephone |

Address of Court Reporter: Tonya B. Jackson
*** Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

PART III.     NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages          _____ Actual Number of Volumes

_____          _____
Date          Signature of Court Reporter

DKT-13 (5/96)