## TRANSCRIPT ORDER

District Court _____ 1:09 CR 15 EDTX

District Court Docket Number _____ 1:09 CR 15

Short Case Title ____ USA v. Mark Snarr ____ Court Reporter ____ Tonya Jackson

Date Notice of Appeal Filed by Clerk of District Court __ 6/03/10 __ Court of Appeals # __ 10-40525 __
(If Available)

PART I. *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*
A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*

  Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

*(U.S. COURT OF APPEALS RECEIVED JUL 21 2010 NEW ORLEANS, LA.)*

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 3/3/09; 4/2/09, 4/10/09, 10/30/09, 2/1/10, 3/29/10, 4/29/10 | Status Conferences | Marcia Crone |
| 4/6/10 - 4/7/10; 4/12/10 - 4/23/10 | Jury Selection | Marcia Crone |
| 5/3/10 - 5/24/10, | Trial | Marcia Crone |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☑ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature ____ Dale M. Bal ____ Date Transcript Ordered __ 6/25/10

Print Name __ DOUGLAS M. BARLOW __ Counsel for __ Mark Snarr

Address __ 485 Milam, Bmt, TX 77701 __ Telephone __ 409 838-4259

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

PART II. COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| 7.09.2010 | | 8.19.10 | 1,500 (1,500) |

☑ Satisfactory Arrangements for payment were made on __ 7.19.2010
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

| 7.19.2010 | Tonya B. Jackson | 409.654.2833 |
|---|---|---|
| Date | Signature of Court Reporter | Telephone |

Address of Court Reporter: __ 300 Willow, Ste. 239, Beaumont TX 77701

**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages        _____ Actual Number of Volumes

_____ Date        _____ Signature of Court Reporter

DKT-13 (5/96)