## TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Eastern District of Texas (Beaumont) | 1:09-cr-0005-MAC-KFG-2 |

Short Case Title _USA v. Garcia_     Court Reporter _Chris Bickham_

Date Notice of Appeal Filed by Clerk of District Court _06/3/10_     Court of Appeals # _10-40525_
(If Available)

PART I. *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*
A. Complete one of the following:
   ☐ No hearings
   ☐ Transcript is unnecessary for appeal purposes
   ☐ Transcript is already on file in Clerk's office
   ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
      Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
      Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
      Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| ✓ 05/21/2010 | 1st Day Jury Trial | Marcia A. Crone |

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED
OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT
ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
   ☐ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
   ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
   ☐ Other _____

*[Stamp: RECEIVED JUL 14 2010 NEW ORLEANS, LA]*

Signature _____     Date Transcript Ordered _07/12/10_

Print Name _Gerald E. Bourque_     Counsel for _Edgar Garcia_

Address _24 Waterway Ave. Suite 660, Woodlands, TX 77380_ Telephone _713-862-7766_

ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL
DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

PART II.     COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

Address of Court Reporter: _____
**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

PART III.     NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages     _____ Actual Number of Volumes

| Date | Signature of Court Reporter |
|---|---|

DKT-13 (5/96)
Copy 5 - Appellant's Copy to be transmitted to the U.S. Court of Appeals (5th Circuit), 600 Camp St., New Orleans, LA 70130, upon completion of Part I