# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 30, 2010

Ms. Christina L Bickham
US District Court
Eastern District of Texas
300 Willow Street
Suite 221
Beaumont, TX 77701-0000

No. 10-40525,   USA v. Mark Snarr, et al
      USDC No. 1:09-CR-15-1

We have not received your acknowledgment of the enclosed purchase order for the transcript in this case. We assume that the appellant has made the necessary financial arrangements for preparing the transcript. You have 30 days from the date we received the purchase order to file the transcript with the district court clerk. We will adjust this time only in the event financial arrangements are not complete.

If you do not file the transcript within the 30 day period, a 10% discount will be invoked. **If you require any additional time to file the transcript, you must file a motion setting out the reasons for the extension prior to the expiration of the discount date. A request for extension to file the transcript does not waive the mandatory fee reduction. You must separately request and justify your need to obtain a fee reduction waiver.**

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jann M. Wynne, Deputy Clerk
504-310-7688

Enclosures

cc:
     Mr. Douglas Milton Barlow
     Mr. Joseph Robert Batte Jr.
     Mr. George Patrick Black
     Mr. Gerald E Bourque
     Ms. Traci Lynne Kenner

Ms. Kerry M. Klintworth
Mr. David Maland
Mr. Robert A Morrow
Mr. Mark Isaac Snarr

*Ack of purchase order not recd-REPTR1*