CORRECTED **TRANSCRIPT ORDER**

District Court **Eastern District of Texas (Beaumont)**

District Court Docket Number **1:09-cr-00015-MAC-KFG-2**

Short Case Title **USA v. Garcia**

Court Reporter **Chris Bickham**

Date Notice of Appeal Filed by Clerk of District Court **04/03/10**

Court of Appeals # **10-40525** *(If Available)*

*U.S. COURT OF APPEALS RECEIVED AUG 02 2010 NEW ORLEANS, LA*

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
  Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 05/21/2010 | 15th Day Jury Trial | Marcia A. Crone |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☒ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy);* ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature _____ *[signature]* _____ Date Transcript Ordered **07/12/10**

Print Name **Gerald E. Bourque** Counsel for **Edgar Garcia**

Address **24 Waterway Ave. Suite 660, Woodlands, TX 77380** Telephone **713-862-7706**

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing)*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| 7/19/10 | | | 170 |

☒ Satisfactory Arrangements for payment were made on **7/26/10**
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

**7/23/10** Date | *[signature]* Chris Bickham Signature of Court Reporter | **409-654-2891** Telephone

Address of Court Reporter: _____
**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages   _____ Actual Number of Volumes

_____ Date   _____ Signature of Court Reporter

DKT-13 (5/96)