**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION
E-mail address: bharper@txed.uscourts.gov
(409) 654-7004
(409) 654-6201 (fax)

DAVID J. MALAND
Clerk

JOHNETTE COCO
Deputy-In-Charge

Jack Brooks Federal Building
300 Willow, Room 104
Beaumont, Texas 77701

August 16, 2010

Ms. Jann Heisser Wynne
US COURT of Appeals for the 5th Circuit
600 S. Maestri Place
New Orleans, LA 70130

RE: TONYA JACKSON
APPEALS DOCKET NO. 10-40525
Bmt Docket No. 1:09cr15
Extension of Time to File Transcript

**Dear Jann:**

Enclosed please find the following:

1. Request for Extension of Time to File Transcript on the above reference case.

2. Request for Waiver of Mandatory Fee Reduction.

The above case was a death penalty capital murder case. The extension is being requested because of the voluminous nature of the record. The record will be about 30 volumes with 7,500 to 8,000 pages. She has already sent portions to the attorneys which total about 3,300 pages. The case was very lengthy to try, and then afterwards they had several trials on their docket.

If you need anything further, please contact me.

Sincerely,

Beth L. Harper
JURY ADMINISTRATOR
COURT REPORTER SUPERVISOR

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

Court of Appeals Docket Number(s):_____10-40525_____

Short Title:__USA vs. Snarr/Garcia_____

District Court Docket Number(s):___1:09CR15_____

## REQUEST FOR EXTENSION OF TIME TO FILE TRANSCRIPT

I __Tonya B. Jackson_____ request an extension of time to file the transcript in the above referenced case(s) until__10/19/2010

__(60 days)__. The extension is necessary because _of the voluminous_
_nature of the record from this capital murder case._
_(I am waiting to file the transcripts until I complete the entire_
_trial; however, the attorneys are receiving emailed transcripts_
_upon completion)_____.

The status (such as number of outstanding transcripts and page

backlog volume) of pending transcripts is/are__7,500-8,000_____
_____(approx. 30 volumes)_____

_____.

Signature:___Tonya B. Jackson_____

Official Court Reporter Date     8.13.10

Signature:___Maria G. Cum_____

United States District Judge Date

8-13-10

Attach a supportive letter from the Court Reporter Coordinator or designated management official.

**Granting of an extension does not waive the mandatory reduction.**

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

Court of Appeals Docket Number(s): __10-40525__

Short Title: __USA vs. Snarr/Garcia__

District Court Docket Number(s): __1:09CR15__

## REQUEST FOR WAIVER OF MANDATORY FEE REDUCTION

I __Tonya B. Jackson__ request a waiver of the mandatory fee reduction based upon:

_____ Illness or other incapacity. The required certification is attached.

_____ Planned vacation. The required certification is attached.

__X__ Lengthy or complex litigation or excessive pages ordered. The required certification is attached.

Signature _Tonya B. Jackson_

Official Court Reporter Date _8.13.10_

Signature _Marcia A Crone_

United States District Judge Date _8-13-10_

Attach proof of service on all counsel as appropriate.