# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 18, 2010

Ms. Tonya Jackson
9001 Warbler Lane
Orange, TX 77630-0000

          No. 10-40525,  USA v. Mark Snarr, et al
               USDC No. 1:09-CR-15-1

Dear Ms. Jackson:

Your request for an extension of time until 10/19/10, for filing the transcript and waiver of discount date has been granted. This extends the Judicial Council's discount date accordingly. Please note for future use, you can now find the following suggested forms, "Request for Extension of Time to File Transcript" and "Request for Waiver of Mandatory Fee Reduction", on our Website at www.ca5.uscourts.gov in the "Clerks Office" section.

                              Sincerely,
                              LYLE W. CAYCE, Clerk

                              By: ___/s/Lyle W. Cayce___
                              Lyle W. Cayce,

cc:
     Mr. Douglas Milton Barlow
     Mr. Joseph Robert Batte Jr.
     Mr. George Patrick Black
     Mr. Gerald E Bourque
     Ms. Traci Lynne Kenner
     Ms. Kerry M. Klintworth
     Mr. David Maland, Clerk
     Mr. Robert A Morrow
     Mr. Mark Isaac Snarr

*Court reporter discount extension - CRD3*