## TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| 1:09 CR 15 EDTX | |

Short Case Title __USA v. Mark Snarr__ Court Reporter __Chris Bickham__

Date Notice of Appeal Filed by Clerk of District Court __6/03/10__ Court of Appeals # __10-40525__
(If Available)

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)
A. Complete one of the following:
☐ No hearings
☐ Transcript is unnecessary for appeal purposes
☐ Transcript is already on file in Clerk's office
☒ This is to order a transcript of the following proceedings: (check appropriate box)
Voir dire ☒; Opening statement of plaintiff ☒ defendant ☐;
Closing argument of plaintiff ☐ defendant ☒; Opinion of court ☐;
Jury instructions ☒, Sentencing ☐; Bail hearing ☐;

U.S. COURT OF APPEALS
RECEIVED
AUG 20 2010
NEW ORLEANS, LA

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 5/21/2010 | Trial | Marcia Crone |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
☐ Private funds; ☒ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); ☐ Other IFP Funds;
☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
☐ Other

Signature _____ Date Transcript Ordered __7/26/10__
(Originally 6/25/10)
Print Name __DOUGLAS M. BARLOW__ Counsel for __Mark Snarr__
Address __485 Milam, Bmt, TX 77701__ Telephone __409 838-4259__

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).

| Date transcript order placed | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| 8/2/10 | | 9/6/10 | 160 |

☐ Satisfactory Arrangements for payment were made on __8/6/10__
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☒ Other (Specify)

__8/11/10__ Date | Signature of Court Reporter | __405 654-2891__ Telephone

Address of Court Reporter: _____
**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages _____ Actual Number of Volumes

_____ Date _____ Signature of Court Reporter

DKT-13 (5/96)