# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT



Court of Appeals Docket Number(s):_____10-40525_____

Short Title:___USA vs. Snarr/Garcia_____

District Court Docket Number(s):_____1:09CR15_____

## REQUEST FOR EXTENSION OF TIME TO FILE TRANSCRIPT

I ____Christina L. Bickham_____ request an extension of time to file the transcript in the above referenced case(s) until__10/19/2010

__(60 days)__. The extension is necessary because _of the voluminous_ _nature of the record from this capital murder case._ _(I am waiting to file the transcript until the reporter who covered_ _the entire trial completes the volumes preceding mine in order to_ _have the page numbers be consecutive.  She requested this same date_ _for extension, and it was granted.)_

The status (such as number of outstanding transcripts and page

backlog volume) of pending transcripts is/are_7,500-8,000_____ ____(approx. 30 volumes)_____

_____.

Signature:_____Christina Bickham_____8/27/10_____

Official Court Reporter Date

Signature:____Marci A. Crim_____

United States District Judge Date

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT



Court of Appeals Docket Number(s): __10-40525__

Short Title: __USA vs. Snarr/Garcia__

District Court Docket Number(s): __1:09CR15__

## REQUEST FOR WAIVER OF MANDATORY FEE REDUCTION

I ___Christina L. Bickham___ request a waiver of the mandatory fee reduction based upon:

_____ Illness or other incapacity. The required certification is attached.

_____ Planned vacation. The required certification is attached.

__X__ Lengthy or complex litigation or excessive pages ordered. The required certification is attached.

Signature ___Christina Bickham___ ___8/27/10___

Official Court Reporter Date

Signature ___Marcia A. Crone___ _____

United States District Judge Date

Attach proof of service on all counsel as appropriate.