*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 09, 2010

Ms. Christina L Bickham
US District Court
Eastern District of Texas
300 Willow Street
Suite 221
Beaumont, TX 77701-0000

        No. 10-40525,  USA v. Mark Snarr, et al
             USDC No. 1:09-CR-15-1

Dear Ms. Bickham:

Your request for an extension of time until 10/19/10, for filing the transcript has been granted.  This extends the Judicial Council's discount date accordingly.  Please note for future use, you can now find the following suggested forms, "Request for Extension of Time to File Transcript" and "Request for Waiver of Mandatory Fee Reduction", on our Website at www.ca5.uscourts.gov in the "Clerks Office" section.

                              Sincerely,
                              LYLE W. CAYCE, Clerk

                              By:   /s/Lyle W. Cayce
                              Lyle W. Cayce, Clerk

cc:
    Mr. Douglas Milton Barlow
    Mr. Joseph Robert Batte Jr.
    Mr. George Patrick Black
    Mr. Gerald E Bourque
    Ms. Traci Lynne Kenner
    Ms. Kerry M. Klintworth
    Mr. David Maland
    Mr. Robert A Morrow
    Mr. Mark Isaac Snarr

*Court reporter discount extension - CRD3*