# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 10-40525
_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

MARK ISAAC SNARR; EDGAR BALTAZAR GARCIA,

        Defendants - Appellants

_____

Appeals from the United States District Court for the
Eastern District of Texas, Beaumont

_____

Before KING, BENAVIDES, and ELROD, Circuit Judges., Circuit Judges.

PER CURIAM:

     IT IS ORDERED that the motion of attorneys to remand the case to the District Court for an evidentiary hearing to determine appointment of counsel is DENIED.

     IT IS FURTHER ORDERED that the motion of appellant, Mark Isaac Snarr, to relieve court appointed attorney, Douglas M. Barlow, and Federal Public Defender, George Patrick Black, is DENIED.  No specific conflict or basis for such conflict is alleged or shown.  Ineffective assistance claims are not developed to allow consideration on direct appeal.

IT IS FURTHER ORDERED that the motion of appellant, Marc Isaac Snarr, for appointment of new counsel is DENIED.