# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 24, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 10-40525   USA v. Mark Snarr, et al
                USDC No. 1:09-CR-15-1

Enclosed is an order entered in this case.


          Sincerely,

          LYLE W. CAYCE, Clerk

          *Claudia N. Farrington*

          By:_____
          Claudia N. Farrington, Deputy Clerk
          504-310-7706


Douglas Milton Barlow
Mr. Joseph Robert Batte Jr.
Mr. George Patrick Black
Mr. Gerald E Bourque
Ms. Traci Lynne Kenner
Ms. Kerry M. Klintworth
Mr. Robert A Morrow
Mr. Mark Isaac Snarr


*Motion Notice - MOT-2*