**NO. 10-40525**
**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **(Appellee)** | | |
| **VS.** | § | **District Court Number 1:09-CR-15** |
| **MARK ISAAC SNARR** | § | |
| **(Appellant)** | | |

**UNOPPOSED AMENDED MOTION TO OBTAIN AND COPY
SEALED PORTIONS OF RECORD**

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes now, appellant Mark Isaac Snarr, by and through his counsel of record, Douglas M. Barlow, and files this motion to obtain and copy the sealed portions of the record herein and would show:

**I.**

Certain proceedings in this cause are sealed in the record. All counsel herein, including co-counsel G. Patrick Black and attorneys in his office, Gerald Bourque and Robert Morrow, and attorneys assisting them, need to obtain and read the entire record in order to properly research the record and prepare the brief for appellant. There are 4 lawyers of record in this appeal, joined under the same cause number with co-defendant Edgar Garcia, to-wit: Douglas M. Barlow, G. Patrick Black, Gerald

Bourque, and Robert Morrow, and lawyers are assisting them. The lawyers are in different cities, including Beaumont, The Woodlands, and Tyler, Texas. It is necessary to be able to review and copy the sealed portions of the record so that each lawyer may be able to review and use the record simultaneously as the briefing schedule progresses. It would be a waste of judicial time to allow one lawyer to use the record during the briefing period only to have the next lawyer in line then obtain it for his review. The record contains matters that are necessarily information to which all counsel should have access because we each need the information to provide effective assistance of counsel on appeal. There could be no harm in allowing each counsel to obtain a copy of the sealed record because we were all actually present when all the matters of record occurred anyway. The Court could direct that the record not be disseminated further except for purposes of preparing the brief for appellant herein.

Wherefore, appellant Mark Isaac Snarr prays this court enter its order for the clerk of the Court to transmit the sealed portions of the record to counsel herein and that all counsel of record be allowed to copy the record for use by counsel only for purposes of appeal, and for such other further orders as this court deems appropriate.

Respectfully submitted,
/s/ Douglas M. Barlow
DOUGLAS M. BARLOW
Attorney for Appellant Mark Isaac Snarr

485 Milam
Beaumont, TX 77701
(409) 838-4259
TBL#01753700

## CERTIFICATE OF SERVICE

This is to certify that I have spoken with an AUSA in the Office of the U.S.

Attorney, and she stated that the government is not opposed to this motion.

/s/ Douglas M. Barlow
DOUGLAS M. BARLOW

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented

to electronic service are being served with a copy of this document via the Court's

CM/ECF system per Local Rule CV(a)(3) on this the 24th day of December, 2010.

Any other counsel of record will be served by facsimile transmission and first class

mail, on this this same date

.

/s/ Douglas M. Barlow
DOUGLAS M. BARLOW