# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 10-40525

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

MARK ISAAC SNARR; EDGAR BALTAZAR GARCIA,

Defendants - Appellants

Appeals from the United States District Court for the
Eastern District of Texas, Beaumont

ORDER:

IT IS ORDERED that the motion of appellant, Mark Isaac Snarr, to view sealed documents is GRANTED

IT IS FURTHER ORDERED that the motion of appellant, Mark Isaac Snarr, to allow all counsel of record to receive a copy of sealed documents is *Granted* .

FORTUNATO P. BENAVIDES
UNITED STATES CIRCUIT JUDGE