IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT


UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                          NO. 10-40525

EDGAR BALTAZAR GARCIA
Defendant-Appellant


UNOPPOSED MOTION TO ADD ADDITIONAL COUNSEL

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES, Robert Morrow and Gerald Bourque, the court appointed counsel for appellant, EDGAR BALTAZAR GARCIA, and request this Honorable Court to allow the addition of attorney Jani Maselli under the CJA Act to assist in the appeal of this case, and in support would respectfully show the Court as follows:

I.

Mr. Garcia was sentenced to death in the Eastern District of Texas after being convicted of murder in a federal penal institution.

II.

Undersigned counsel represented Mr. Garcia at trial and are also appointed on direct appeal.

III.

Mr. Garcia would respectfully request the assistance of a third lawyer, Ms. Jani Maselli to assist in the appeal.   Ms. Maselli is a member of the CJA panel and has

handled numerous capital cases. She handles only appeals and has substantial experience in capital cases and direct appeals before this Honorable Court. She has argued at least three capital habeas cases before this Court and this year was the course director and instructor for training for capital appellate attorneys in the State of Texas. She has been licensed since 1994 and spent two years as a staff attorney at the Texas Court of Criminal Appeals. She also has been an adjunct professor at the University of Houston Law Center since 1999.

IV.

The need for three attorneys is due to the length and complexity of the case and will not add to the presumptive maximum billing. Undersigned counsel and Ms. Maselli agree that the three lawyers will submit their hours separately, as required, but the total hours will not exceed the presumptive maximum.

V.

Three lawyers will make the briefing of this case much more efficient and expeditious when spread over three attorneys' dockets. Three lawyers will most likely save the Court funds and result in better representation for Appellant Garcia. There will be no billing for any meeting or strategy time between the attorneys.

WHEREFORE, PREMISES CONSIDERED, Mr. Garcia requests this court approve his Unopposed Motion to Add Additional Counsel and appoint Ms. Jani Maselli under the CJA Act to assist in the preparation of his direct appeal.

Respectfully submitted,


/s/     Gerald E. Bourque_____
Gerald E. Bourque
713-862-7766
Email: gerald@geraldebourque.com
Suite 660
24 Waterway Avenue
The Woodlands, TX 77380


/s/     Robert A. Morrow_____
Robert A. Morrow
281-379-6901
Email: ramorrow15@gmail.com
Suite 660
24 Waterway Avenue
The Woodlands, TX 77380

Attorneys for Appellant,
**EDGAR BALTAZAR GARCIA**


## CERTIFICATE OF CONFERENCE

I, Robert A. Morrow, certify that I have conferred with counsel and they do not oppose this motion.


/s/     Robert A. Morrow_____

## CERTIFICATE OF SERVICE

I, Robert Morrow, certify that a true and correct copy of the foregoing Unopposed Motion to Appoint Additional Counsel was served on the following attorney through the Court's ECF system on this 19th day of January, 2011:

Traci Lynne Kenner, Assistant U.S. Attorney
Email: traci.kenner@usdoj.gov
U.S. Attorney's Office
Eastern District of Texas
Suite 700
110 N. College Street
Tyler, TX 75702-0000

Joseph Robert Batte, Jr., Assistant U.S. Attorney
Email: joe.batte@usdoj.gov
U.S. Attorney's Office
Eastern District of Texas
Suite 150
350 Magnolia Avenue
Beaumont, TX 77701-0000

Kerry M. Klintworth, Assistant U.S. Attorney
Email: kerry.klintworth@usdoj.gov
U.S. Attorney's Office
Eastern District of Texas
Suite 150
350 Magnolia Avenue
Beaumont, TX 77701-0000

/s/      Robert A. Morrow