# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

————————————————

No. 10-40525

————————————————

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

v.

MARK ISAAC SNARR; EDGAR BALTAZAR GARCIA,

       Defendants - Appellants

————————————————————

Appeals from the United States District Court for the
Eastern District of Texas, Beaumont

————————————————————

O R D E R :

IT IS ORDERED that the motion of Robert Morrow and Gerald Bourque, court appointed counsel for appellant Edgar Garcia, to allow Jani Maselli as additional court appointed co-counsel in the appeal is GRANTED.


               /s/  Fortunato P. Benavides
               FORTUNATO P. BENAVIDES
            UNITED STATES CIRCUIT JUDGE