UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| (Appellee) | § |
| | § |
| vs. | § |
| | § |
| MARK ISAAC SNARR | § |
| EDGAR BALTHAZAR GARCIA | § |
| (Appellant) | § |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
AND PROPOSED BRIEFING SCHEDULE**

TO THE HONORABLE JUDGES OF THE U.S. COURT OF APPEALS FOR THE FIFTH

CIRCUIT:

Appellants, Mark Isaac Snarr and Edgar Balthazar Garcia seek an additional 180 days to file

each of their opening briefs. The undersigned counsel have consulted with counsel for the

government, and the government does not oppose this motion.

**I.
Procedural History of this Appeal**

Mark Isaac Snarr and Edgar Balthazar Garcia were sentenced to death on May 24, 2010.

Mark Isaac Snarr appealed his conviction and sentence on June 3, 2010. Edgar Balthazar Garcia

appealed his conviction and sentence on June 3, 2010. The trial court previously appointed Douglas

M. Barlow and the Federal Public Defender for the Eastern District of Texas, G. Patrick Black, to

serve as appellate counsel for Mark Isaac Snarr, and Gerald Bourque and Robert Morrow to serve as appellate counsel for Edgar Balthazar Garcia. On December 1, 2010, this Court issued a briefing notice directing that counsel for appellant's file their opening briefs on January 10, 2011. On January 7, 2011, this Court granted an oral extension for each appellant, and directed that the opening briefs be filed on February 9, 2011. Counsel for appellants now seek an additional 180-day extension.

## II.
### The Capital Nature of this Appeal, Counsels' Workloads, and the Procedural History of the Case Support the Proposed Extension and Schedule

This is a capital appeal, and the voluminous size of the record reflects its seriousness, and the need for the requested extension. The general voir dire comprises 2 volumes each. The individual voir dire comprises an additional 11 volumes each. The guilt or innocence portion of the trial comprises 5 volumes each. The eligibility phase of the trial comprises 3 volumes each. The selection phase, which ultimately culminated in death sentences for both appellant's, comprises 9 volumes each. The record is approximately 41 volumes each, for a total of 82 volumes, including pretrial and sentencing proceedings also. Exhibits comprise numerous other portions of the record. The appellants were tried as joint defendants in one trial, which trial lasted for approximately 7 weeks in the District Court. Approximately 100 witnesses testified, and the record contains hundreds of exhibits, including Bureau of Prison records, videotapes, photographs, documents, and other physical evidence.

Counsel have been diligent in utilizing the time to date, and has accomplished obtaining the entire record, together with sealed documents pursuant to the order of this Court, and has made the appropriate copies and bound volumes such that each counsel is able to work on the appeal. The accumulation of the record and the distribution to all counsel has been a daunting task because of

the inevitable problems of such of an extensive record, and the fact that counsel are located in different cities, to-wit: Beaumont, The Woodlands, and Tyler, Texas. Each counsel also has a full caseload of both trial and appeals. Counsel for Mark Isaac Snarr, Douglas M. Barlow, has additionally been working on other capital cases, including a State capital case, *State v. Wion*, set for trial on March 21, 2011, as well as a Federal capital murder case, *USA v. Flanagen*, and numerous appeals. Counsel for Mark Isaac Snarr, Federal Public Defender G. Patrick Black, in addition to working on this appeal, has been attending to the duties of supervising and administering all the offices of the Public Defender in the Eastern District of Texas. Counsel for Edgar Balthazar Garcia, Gerald Bourque has been working almost non-stop on four capital death penalty cases (one federal, three state) since April of 2010. *USA v. Snarr and Garcia* was tried in Federal Court in April and May of 2010 in Beaumont, Texas. *State of Texas v. Garland Harper* was tried in August, September and October of 2010 in Harris County, Texas. Mr. Bourque has just recently begun a capital death case in Galveston County, Texas, *State of Texas v. Travis Mullis,* which is anticipated to last through the end of March, 2011. Thereafter, Mr. Bourque has to immediately prepare for another state capital death case due to begin in May of 2011, *State of Texas v. Tedderick Batiste,* anticipated to last through June, 2011. From this date forward, in addition to trying the *Mullis* case and preparing for the *Batiste* case, Mr. Bourque will be working diligently on the appeal of this case, *USA v. Snarr and Garcia*. This 2010/2011 death penalty caseload has been extraordinarily heavy, in addition to handling a full caseload of retained criminal cases, and several state appellate cases. Counsel for Edgar Balthazar Garcia, Robert Morrow has been working on State capital cases *State v. Jansy Perdomo-Sarmiento* set for trial on February 7, 2011, *State v Theron Owens*, set for trial on February 14, 2011, *State v. Timothy Wion* set for trial on March.21, 2011, and *State v. William Delome* set for trial on April 18, 2011. In addition to these upcoming trial dates, Counsel Morrow continues to work

on pending capital cases in *State v. Tony Mayfield*, *State v. Anthony Brooks*, *State v. Lawanda Sue Lastrapes, State v. Mohammed Goher,* and *State v. Edric Carmichael Wilson, Jr*. Collectively, all counsel have numerous cases currently set on trial or appellate dockets in Texas.

In reviewing the record, counsel have identified a number of legal issues, some of which are novel and complex, each of which must be considered and researched in detail. Because each appellant faces the death penalty, appellate counsel owe an extra duty of care to present all "arguably meritorious" issues "under the standards applicable to high quality capital defense representation," and to "present issues in a manner that will preserve them for subsequent review." A.B.A. Guideline for the Appointment and Performance of Counsel in Death Penalty Cases, Guideline 10.15.1(C)(Rev. February 2003). Therefore, each of these issues must be carefully considered and the merits weighed, and any question about whether they should be raised should be resolved in favor of doing so. Assuring that all arguably meritorious issues are identified and throughly briefed, especially given the length of the record, necessarily requires a longer briefing schedule than that afforded the ordinary criminal appeal. Additionally, this task must be accomplished in keeping with the rules of this Court for brevity, which presents a difficult task given the size of the record. Because of the size of the record, the workloads of appellate counsel, the complexity of the prosecution and the serious nature of federal capital appeals, all counsel require significant time to prepare the opening briefs in this case. Counsels' good faith assessment is that an additional 180 days are required to analyze the issues, conduct the necessary research, and prepare the briefs. All counsel must ensure that all issues have been considered, and all necessary research, drafting, and finalization of the briefs have been properly conducted before the filing of the briefs.

**III.**
**Substantial Periods of Time Have Been Afforded**
**for Briefing in Other Federal Capital Appeals in This Circuit**

Counsel have obtained data on the amount of time afforded to appellate counsel to prepare and file opening briefs in other recent federal capital appeals in this circuit. This data further supports the reasonableness of this request for 180 days to prepare and file appellant's opening briefs. The requested date of August 8, 2011, would represent a total of 250 days between the date the record was completed and the briefing notice issued, and the filing of appellant's opening briefs. This court has granted similar, or longer, extensions in other capital cases. See, e.g., *United States v. Jackson*, No. 06-41680 (brief filed 151 days from briefing order); *United States v. Davis*, No. 05-31111 (brief filed 865 days from briefing order); *United States v. Agofsky*, No. 04-41219 (brief filed 223 days from briefing order); *United States v. Fields*, No. 04-50393 (brief filed 311 days from briefing order).

When considering the time needed and granted in other capital appeals, the request of appellant's herein does not request extraordinary relief.

## IV.
### The United States Does Not Oppose This Request

The undersigned counsel have conferred with counsel for the United States of America, Ms. Traci Kenner, and she has no objection to the request for an additional 180 days. Based on the complexity of the case, counsel for appellants herein recognize that the government will have the same task in responding to the briefs herein, and counsel will not oppose the government's requests for extensions in its briefing schedule.

For these reasons, all counsel for Mark Isaac Snarr and Edgar Balthazar Garcia request that this Court grant an extension of time for the due date of the opening briefs and adopt a proposed briefing schedule directing that the opening briefs for appellants be filed with this court on or before August 8, 2011.

Respectfully submitted,

/s/Douglas M. Barlow
Douglas M. Barlow
485 Milam St
Beaumont, TX 77701-3518
Bar No. 01753700
409-838-4259


/s/G. Patrick Black
G. Patrick Black
350 Magnolia Street Ste. 117
Beaumont, TX 77701
Bar No. 02371200
409-839-2608
409-839-2610 (fax)

/s/Gerald E. Bourque
Gerald E. Bourque
24 Waterway Ave., Suite 660
The Woodlands, TX 77380
Bar No. 02716500
713-862-7766
832-813-0321 (fax)


/s/Robert A. Morrow
Robert A. Morrow
24 Waterway Ave., Suite 660
The Woodlands, TX 77380
Bar No. 02716500
281-379-6901
832-813-0321 (fax)


## CERTIFICATE OF CONFERENCE

Counsel herein have conferred with counsel for the government and  the government has

indicated that it is not opposed to this request.

Respectfully submitted,

/s/Douglas M. Barlow
Douglas M. Barlow
485 Milam St
Beaumont, TX 77701-3518
Bar No. 01753700
409-838-4259


/s/G. Patrick Black
G. Patrick Black
350 Magnolia Street Ste. 117
Beaumont, TX 77701
Bar No. 02371200
409-839-2608
409-839-2610 (fax)

/s/Gerald E. Bourque
Gerald E. Bourque
24 Waterway Ave., Suite 660
The Woodlands, TX 77380
Bar No. 02716500
713-862-7766
832-813-0321 (fax)


/s/Robert A. Morrow
Robert A. Morrow
24 Waterway Ave., Suite 660
The Woodlands, TX 77380
Bar No. 02716500
281-379-6901
832-813-0321 (fax)


**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic

service are being served with a copy of this document via the Court's CM/ECF system per Local

Rule CV(a)(3) on this the 7th day of February, 2011.

Respectfully submitted,

/s/Douglas M. Barlow
Douglas M. Barlow
485 Milam St
Beaumont, TX 77701-3518
Bar No. 01753700
409-838-4259


/s/G. Patrick Black
G. Patrick Black
350 Magnolia Street Ste. 117
Beaumont, TX 77701
Bar No. 02371200
409-839-2608
409-839-2610 (fax)

/s/Gerald E. Bourque
Gerald E. Bourque
24 Waterway Ave., Suite 660
The Woodlands, TX 77380
Bar No. 02716500
713-862-7766
832-813-0321 (fax)


/s/Robert A. Morrow
Robert A. Morrow
24 Waterway Ave., Suite 660
The Woodlands, TX 77380
Bar No. 02716500
281-379-6901
832-813-0321 (fax)