# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 09, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 10-40525   USA v. Mark Snarr, et al
               USDC No. 1:09-CR-15-1

Enclosed is an order entered in this case.

       Sincerely,

       LYLE W. CAYCE, Clerk

*Claudia N. Farrington*

By: _____
       Claudia N. Farrington, Deputy Clerk
       504-310-7706

Douglas Milton Barlow
Mr. Joseph Robert Batte Jr.
Mr. George Patrick Black
Mr. Gerald E Bourque
Ms. Traci Lynne Kenner
Ms. Kerry M. Klintworth
Ms. Jani Jo Maselli
Mr. Robert A Morrow III