# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT
_____

No. 10-40525
_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

v.

MARK ISAAC SNARR; EDGAR BALTAZAR GARCIA,

       Defendants - Appellants

_____

Appeals from the United States District Court for the
Eastern District of Texas, Beaumont
_____

O R D E R :

    IT IS ORDERED that the unopposed motion of appellants, Mark Isaac Snarr and Edgar Baltazar Garcia, for an extension of 180 days, or, to and including August 8, 2011 to file their brief is GRANTED. The Court advises counsel that future requests are to be viewed with disfavor as will the acceptance by counsel of additional obligations that interfere with the timely filing of briefs. The Court expects that the briefs will be filed in compliance with this lengthy extension.

                   /s/  Fortunato P. Benavides
                  FORTUNATO P. BENAVIDES
            UNITED STATES CIRCUIT JUDGE