UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA (Appellee) | § § § | |
| vs. | § § § | CRIMINAL ACTION NUMBER 1:09-CR-15 |
| MARK ISAAC SNARR and EDGAR BALTAZAR GARCIA (Appellees) | § § § § | |

**UNOPPOSED MOTION FOR LEAVE TO REQUEST AND TO FILE
AN OVERSIZED BRIEF and RECORD EXCERPTS FOR APPELLANTS**

COME NOW, Mark Isaac Snarr, and Edgar Baltazar Garcia, by and through

their counsel of record, Douglas M. Barlow, G. Patrick Black, Gerald E. Bourque, and

Robert A. Morrow, III, and move this Honorable Court to allow the appellants leave

to request and to file an oversized joint brief and record excerpts for appellants as

allowed by Federal Rules of Appellate Procedure and 5th Cir.R 32.4. In support of

this motion, movants would show:

I.

This is a brief following a capital murder trial in which the government sought

and obtained the death penalty as to two defendants in a joint trial. The record is

voluminous, comprising some 83 volumes. This request could not be made in advance of the filing date, because it required until the filing date to complete the brief. Therefore, a copy of the brief and record excerpts could not be attached to any such request in advance. It is necessary to file an oversized brief and record excerpts in order to properly address all the relevant issues. Allowing the brief to exceed 50 pages will assist the Court because the issues will be fully addressed without requiring the Court to research the record simply by record references to locate the pertinent portions. The completed brief that counsel requests to file is 236 pages, exclusive of the cover page, tables, and required statements. Counsel has carefully assured that the issues presented are meritorious and has omitted any issues deemed to be frivolous or unsupportable. Appellants have filed a joint brief since most the issues are identical following the joint trial in which both defendants were basically treated identically. The record excerpts contain only those matters required by this Court.

## II.

The submission of this joint brief is necessary in order to provide the effective assistance of counsel in this death penalty appeal. Omission of any portion of this brief will burden this Court with locating pertinent portions of the record and attempting to reconstruct the arguments presented by appellants, and additionally could preclude meaningful review of relevant issues raised in this appeal. The joint

brief will assist the Court and provide for judicial economy. This request is made in order that justice be done and that appellants be afforded a complete and meaningful address of the issues, with all pertinent facts before this Court.

The length of the brief is attributable to several factors. First, it presents several (19) issues— all of which are fairly complex, one of which is fairly novel—arising from a lengthy capital trial. In order to present those issues in a way that facilitates the Court's reading, counsel has been careful to provide full recitation of relevant facts, complete presentation and explanation of the applicable law, and signposts that signal the structure of counsel's arguments. Counsel has carefully assured that the issues presented are meritorious and has omitted any issues deemed to be frivolous or unsupportable. Appellants have filed a joint brief since most the issues are identical following the joint trial in which both defendants were basically treated identically. The record excerpts contain only those matters required by this Court.

III.

This Court has extended the limits of Rule 32 in capital appeals such as the Appellants:

*United States. Fields*, No. 04-50393: 39,643 words

*United States v. Davis*, No. 05-31111: 49,966 words

*United States v. Garza*, No. 93-7662: 53,877 words

*United States v. Jones*, Nos. 96-10113,and 96-10448: 53,808 words

*United States v. Webster*, No. 96-11224: 40,485 words and

*United States v. Ebron*, Nos. 09-40544 and 10-40108; 53, 0000 words.

IV.

The submission of this joint brief is necessary in order to provide the effective assistance of counsel in this death penalty appeal. Omission of any portion of this brief will burden this Court with locating pertinent portions of the record and attempting to reconstruct the arguments presented by appellants, and additionally could preclude meaningful review of relevant issues raised in this appeal. The joint brief will assist the Court and provide for judicial economy. This request is made in order that justice be done and that appellants be afforded a complete and meaningful address of the issues, with all pertinent facts before this Court.

V.

This is a death penalty appeal, which is the most important post-trial stage of a capital proceeding. *Barefoot v. Estelle*, 463 U.S. 880, 887 (1983). The capital appeal helps ensure that society's most serious punishment will not be imposed unless the defendant has had a fair and reliable trial and sentencing proceeding. In furtherance of these goals, the appellants respectfully requests that the Court grant leave to file a brief that exceeds the page/word number limit and oversized Record Excerpts.

VI.

Counsel for appellants have consulted with the counsel for the government, AUSA Traci Kenner, and the government is not opposed to this request.

WHEREFORE, for the reasons stated above, appellants, movants herein, request that the Court allow appellants to file an oversized brief and record excerpts and the oversized brief and record excerpts submitted herewith be filed and presented to the Court in its entirety.

Respectfully submitted,

| | |
|---|---|
| /s/Douglas M. Barlow | /s/ Gerald E. Bourque |
| DOUGLAS M. BARLOW | GERALD E. BOURQUE |
| Attorney at Law | Attorney at Law |
| 485 Milam | 24 Waterway Ave., Suite 6600 |
| Beaumont, TX 77701 | The Woodlands, TX 77380 |
| (409) 838-4259 | (281) 379-6901 |
| FAX: (409) 832-5611 | FAX: (832) 813-0321 |
| Texas Bar Card No. 01753700 | Texas Bar Card No. 02716500 |
| | |
| /s/ G. Patrick Black | /s/ Robert A. Morrow, III |
| G. PATRICK BLACK | ROBERT A. MORROW, III |
| Federal Public Defender | Attorney at Law |
| Eastern District of Texas | 24 Waterway Ave., Suite 660 |
| 110 N. College, Suite 1122 | The Woodlands, TX 77380 |
| Tyler, TX 75702 | Tel: (281) 379-6901 |
| Tel: (903) 531-9233 | Fax: (832) 813-0321 |
| Fax: (903) 531-9625 | Texas Bar Card No. 14542600 |
| Texas Bar Card No. 02371200 | |
| | |
| *Attorneys for Appellant Snarr* | *Attorneys for Appellant Garcia* |

# CERTIFICATE OF SERVICE

We certify that on the 8th day of August, 2011, we served electronically the foregoing motion, on the following individuals pursuant to Fed. R. App. P. Rule 25:

| | |
|---|---|
| Mr. Joseph Batte | Ms. Traci Kenner |
| Assistant U.S. Attorney | Assistant U.S. Attorney |
| US Attorney's Office | U.S. Attorney's Office |
| 350 Magnolia, Suite 150 | 110 North College, Suite 700 |
| Beaumont, TX 77701 | Tyler, TX 75702 |

/s/Douglas M. Barlow                         /s/ Gerald E. Bourque
DOUGLAS M. BARLOW                    GERALD E. BOURQUE

/s/G. Patrick Black                              /s/ Robert A. Morrow, III
G. PATRICK BLACK                           ROBERT A. MORROW, III
*Attorneys for Appellant Snarr*              *Attorneys for Appellant Garcia*