UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA (Appellee) | § § § | |
| | § | CRIMINAL ACTION NUMBER |
| vs. | § | 1:09-CR-15 |
| | § | |
| MARK ISAAC SNARR and | § | |
| EDGAR BALTAZAR GARCIA | § | |
| (Appellees) | § | |

**OPPOSED MOTION TO SEAL
AND PROHIBIT RELEASE TO GOVERNMENT
JOINT BRIEF AND JOINT RECORD EXCERPTS FOR APPELLANTS**

COME NOW, Mark Isaac Snarr, and Edgar Baltazar Garcia, by and through

their counsel of record, Douglas M. Barlow, G. Patrick Black, Gerald E. Bourque, and

Robert A. Morrow, III, and move this Honorable Court to seal and prohibit release

to the government the Joint Brief for Appellants and the Joint Record Excerpts for

Appellants.  In support of this motion, movants would show:

I.

This motion is filed simultaneously with the voluminous Joint Brief for

Appellants and Joint Record Excerpts for Appellants following a capital murder trial

in which the government sought and obtained the death penalty as to two defendants in a joint trial.

## I.

Certain proceedings and documents in this cause were ordered sealed by the trial court because of the attorney/client privileges, the 6th amendment right to counsel, *Ake v. Oklahoma*, 470 U.S. 68 (1985), the sensitive nature of the matters raised during the hearings, and for other reasons not articulated on the record by the trial court. The matters made the basis of the hearings are referenced and made a part of the Joint Brief for Appellants and the Joint Record Excerpts filed herein. Counsel therefore submits that the Joint Brief for Appellants and the Joint Record Excerpts for Appellants should also be sealed in order to comply with the directive of the trial court. Matters raised in the brief and record excerpts should not be released to the government because the issues were the subject of pretrial and trial issues regarding *ex parte* matters protected by the attorney/client privilege and the 6th Amendment right to counsel, some of which were ruled on by this Court.

## II.

Counsel for appellants have consulted with the counsel for the government, AUSA, Traci Kenner, and the government is opposed to this request.

WHEREFORE, appellants Mark Isaac Snarr, and Edgar Baltazar Garcia pray this Court enter its order sealing and prohibiting the release to the government the

Joint Brief for Appellants and the Joint Record Excerpts for Appellants, and for such other further orders as this Court deems appropriate to maintain the confidentiality and integrity of the information contained in these pleadings and the Court's record on appeal.

Respectfully submitted,

/s/Douglas M. Barlow
DOUGLAS M. BARLOW
Attorney at Law
485 Milam
Beaumont, TX 77701
(409) 838-4259
FAX: (409) 832-5611
Texas Bar Card No. 01753700


/s/ G. Patrick Black
G. PATRICK BLACK
Federal Public Defender
Eastern District of Texas
110 N. College, Suite 1122
Tyler, TX 75702
Tel:  (903) 531-9233
Fax: (903) 531-9625
Texas Bar Card No. 02371200

*Attorneys for Appellant Snarr*

/s/ Gerald E. Bourque
GERALD E. BOURQUE
Attorney at Law
24 Waterway Ave., Suite 6600
The Woodlands, TX 77380
(281) 379-6901
FAX: (832) 813-0321
Texas Bar Card No. 02716500


/s/ Robert A. Morrow, III
ROBERT A. MORROW, III
Attorney at Law
24 Waterway Ave., Suite 660
The Woodlands, TX 77380
Tel: (281) 379-6901
Fax: (832) 813-0321
Texas Bar Card No. 14542600

*Attorneys for Appellant Garcia*

# CERTIFICATE OF SERVICE

We certify that on the 8th day of August, 2011, we served electronically the foregoing motion, on the following individuals pursuant to Fed. R. App. P. Rule 25:

Mr. Joseph Batte
Assistant U.S. Attorney

Ms. Traci Kenner
Assistant U.S. Attorney

US Attorney's Office  
350 Magnolia, Suite 150  
Beaumont, TX 77701  

U.S. Attorney's Office  
110 North College, Suite 700  
Tyler, TX 75702  

/s/Douglas M. Barlow  
DOUGLAS M. BARLOW  

/s/ Gerald E. Bourque  
GERALD E. BOURQUE  

/s/G. Patrick Black  
G. PATRICK BLACK  
*Attorneys for Appellant Snarr*  

/s/ Robert A. Morrow, III  
ROBERT A. MORROW, III  
*Attorneys for Appellant Garcia*