# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**


August 10, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 10-40525   USA v. Mark Snarr, et al
                 USDC No. 1:09-CR-15-1


The court has taken the following action in this case:
GRANTED: appellants' motion to file joint brief.



                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  *Claudia N. Farrington*
        By:_____
                  Claudia N. Farrington, Deputy Clerk
                  504-310-7706

Mr. Douglas Milton Barlow
Mr. Joseph Robert Batte Jr.
Mr. George Patrick Black
Mr. Gerald E Bourque
Ms. Traci Lynne Kenner
Ms. Kerry M. Klintworth
Ms. Jani Jo Maselli
Mr. Robert A Morrow III