# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 23, 2011

Mr. Douglas Milton Barlow
Barlow Law Firm
485 Milam
Beaumont, TX 77701-0000

Mr. Joseph Robert Batte Jr.
U.S. Attorney's Office
Eastern District of Texas
350 Magnolia Avenue
Suite 150
Beaumont, TX 77701-0000

Mr. George Patrick Black
Federal Defender's Office
Eastern District of Texas
110 N. College Avenue
Suite 1122
Tyler, TX 75702-0000

Mr. Gerald E Bourque
24 Waterway Avenue
Suite 660
The Woodlands, TX 77380

Ms. Traci Lynne Kenner
U.S. Attorney's Office
Eastern District of Texas
110 N. College Street
Suite 700
Tyler, TX 75702-0000

Ms. Kerry M. Klintworth
U.S. Attorney's Office
Eastern District of Texas
350 Magnolia Avenue
Suite 150
Beaumont, TX 77701-0000

Ms. Jani Jo Maselli
808 Travis Street
24th Floor

Houston, TX 77002-0000

Mr. Robert A Morrow III
24 Waterway Avenue
Suite 660
The Woodlands, TX 77380

No. 10-40525, USA v. Mark Snarr, et al
USDC No. 1:09-CR-15-1

Dear Counsel of Record,

The Court has instructed our office to inform the parties as follows:

Appellants Snarr and Garcia have filed a joint unopposed motion to file a brief and record excerpts in excess of page limitations. That motion has been granted by the Court. A second motion by the same Appellants is problematic. The Opposed Motion to Seal and Prohibit Release to Government Joint Brief and Joint Record Excerpts for Appellants requires the Court to examine the brief to determine if any part of the briefs and record excerpts relate to the reasons advanced for placing the same under seal and if sealing is appropriate. In this latter motion, Appellants seek to preclude the United States from having any access to the Appellants' brief and record excerpts. The Appellants' motion has not explained which part of the brief and arguments relate to the alleged confidential material and which part, if any, does not. Clearly, if the Government cannot see the brief it cannot file an intelligent response or brief to the Appellants' brief. While the Court examines the brief submitted, counsel for all parties are ordered to consult with one another and to make suggestions as to how the briefs maybe prepared, organized, and arranged to allow the Government to make a proper response to the arguments presented by Appellants without divulging the specific confidential information which Appellants seek to have withheld. In any event, the present motion is too broad and conclusional and needs clarification. After consultation, the parties shall advise if they have reached an agreement and plan that would allow appropriate briefs to be filed and the specifics of their agreement with respect to the handling of confidential information. If no agreement is reached within twenty (20) days, each party shall prepare and file their separate plan with respect to the handling of the briefs and record excerpts and any objections to the requests made by Plaintiffs as officers of the Court. The Court expects counsel to make every good faith effort to reach an accord that is satisfactory to the ends of justice and the efficient and just disposition of this appeal. The Court also reserves the right to dispose of the motion in any manner it sees proper whether or not agreed to by the parties or advanced by the parties.

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
Peter A. Conners, Deputy Clerk
504-310-7685