# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 10-40525

UNITED STATES OF AMERICA,

     Plaintiff - Appellee

v.

MARK ISAAC SNARR; EDGAR BALTAZAR GARCIA,

     Defendants - Appellants

Appeals from the United States District Court for the
Eastern District of Texas, Beaumont

O R D E R :

     IT IS ORDERED that the joint motion of appellants to file brief
and record excerpts in excess of page limitation is GRANTED.

        /s/ Fortunato P. Benavides
        FORTUNATO P. BENAVIDES
        UNITED STATES CIRCUIT JUDGE