# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 23, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-40525    USA v. Mark Snarr, et al
                    USDC No. 1:09-CR-15-1

Enclosed is an order entered in this case.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By:_____
        Claudia N. Farrington, Deputy Clerk
        504-310-7706

Mr. Douglas Milton Barlow
Mr. Joseph Robert Batte Jr.
Mr. George Patrick Black
Mr. Gerald E Bourque
Ms. Traci Lynne Kenner
Ms. Kerry M. Klintworth
Ms. Jani Jo Maselli
Mr. Robert A Morrow III

P.S. to All Counsel: The appellee's briefing time will not start
    in this case until a ruling is made on the motion to place
    appellants' brief and record excerpts under seal. You
    have 20 days, or, to and including September 12, 2011 to
    file a response to the Court's directive issued this date
    under separate cover.