**No. 10-40525**

_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

**UNITED STATES OF AMERICA**,
Plaintiff-Appellee,

V.

**MARK SNARR, ET AL**,
Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Texas
Beaumont Division, Criminal No. 1:09CR15

_____

**JOINT PROPOSAL IN RESPONSE TO
THE COURT'S DIRECTIVE**

_____

In response to the directive from this Court dated August 23, 2011, the

parties have conferred and present this joint proposal for proceeding with this

appeal:

### I.  Procedural History

This is a direct appeal from a federal capital murder case.  Appellants Mark

Isaac Snarr and Edgar Baltazar Garcia were sentenced to death on May 24, 2010.

This appeal followed, and the Court entered its initial briefing schedule on

December 1, 2010, with Defendant-Appellants' brief due on January 10, 2011. On

January 7, 2011, Appellants obtained an extension of time to file their brief,

moving the due date to February 9, 2011. On February 7, 2011, Appellants filed

an unopposed motion seeking an additional 180-day extension. The Court granted

the motion, extending the due date to August 8, 2011.

On the due date, Appellants filed an unopposed motion to file brief in

excess of the page limitation and an opposed motion to seal their brief and record

excerpts. They also filed their brief and record excerpts. To date, the government

has seen neither.

On August 23, 2011, the Court issued a directive ordering the parties to

confer regarding a plan that would allow appropriate briefing for this case. The

parties have done so and advise the Court of the following:

## II.  Grounds of Disagreement

Because of the nature of the grounds for sealing, Appellants have not

disclosed the reasons for sealing to the government. They have, however,

disclosed that they believe much of the brief and the record can be unsealed.

Without knowing the reasons for sealing and being given the opportunity to

respond, the government generally opposes sealing Appellants' brief and record

excerpts. More particularly, the government opposes any plan that would require

it to submit less than a full response to Appellants' brief. The record on appeal in this case is voluminous, and Appellants' brief is lengthy. It took Appellants' attorneys approximately nine months to complete their brief. It will take months for the undersigned Assistant United States Attorney,[1] who did not participate in the trial and is unfamiliar with the case, to thoroughly read the record and research and write the government's brief. Moreover, because this case involves the death penalty, the issues involved are significant and the internal review process for the government's brief will be enhanced. The United States Attorneys' Offices are currently under a hiring freeze, and the Eastern District of Texas has lost several attorneys that have not been replaced. Given the current strain on resources, the government opposes any procedure under which it is required to devote months of work without being permitted to address *all* issues to be resolved.

### III. Proposed Procedures

First, within 14 days of approval of this plan, Appellants will file a notice with the Court identifying the issues and record excerpts that they believe should be sealed with a detailed explanation supporting their position. The government

---

[1] The Appellate Section for the Eastern District of Texas consists of the undersigned full-time Assistant United States Attorney and another who works on a reduced schedule. The undersigned serves as the Appellate Chief, supervising the appellate practice for the district and editing all briefs for the district's six offices in addition to carrying an individual appellate docket. While working on a death-penalty brief, the undersigned cannot write any other substantive briefs and must reassign other duties as much as possible.

does not oppose the filing of this notice under seal.

Second, if the Court determines that a response from the government would be helpful, the Court will permit the government to view Appellants' submission and respond within 14 days.

Third, if, after considering Appellants' filing and any response ordered, the Court determines that portions of Appellants' brief and record excerpts should remain sealed— in effect, holding that some issues on appeal must be decided ex parte— the Court will suspend further briefing and resolve the sealed issues before requiring the government to file a brief.  If the Court finds an ex parte issue warranting reversal, the government will not be required to file a brief.[2]

Or, if, after considering Appellants' filing and any response ordered, the Court determines that no portions of Appellants' brief and record excerpts should remain sealed, the Court will enter a briefing schedule for the government's brief.

### IV.  Conclusion

Although the parties cannot completely agree, they submit this procedure as a good-faith compromise, designed to give Appellants' the opportunity to present issues that they believe should be considered ex parte while respecting the limited

---

[2] The government reserves the right to seek further review of any decision to reverse the case on issues considered ex parte.

resources of the Court and the government.

Respectfully submitted,

Douglas Milton Barlow                         John M. Bales
Attorney for Mark Isaac Snarr                 United States Attorney

/s/ Douglas Milton Barlow                     /s/ Traci L. Kenner
Douglas Milton Barlow                         Traci L. Kenner
Barlow Law Firm                               Assistant United States Attorney
485 Milam                                     110 N. College, Suite 700
Beaumont, Texas 77701                         Tyler, Texas 75702
(409) 838-4259                                (903) 590-1400
(409) 832-5611 (fax)                          (903) 590-1439 (fax)
barlowlawfirm@gtbizclass.com                  Traci.Kenner@usdoj.gov

George Patrick Black
Federal Public Defender
Attorney for Mark Isaac Snarr

110 N. College, Suite 1122
Tyler, Texas 75702
(903) 531-9233
(903) 531-9625 (fax)
amy_blalock@fd.org

Gerald E. Bourque
Robert A Morrow, III
Attorneys for Edgar Baltazar Garcia

/s/ Robert A Morrow, III
24 Waterway Avenue, Suite 660
The Woodlands, Texas 77380
(713) 862-7766 (Bourque)
(281) 379-6901 (Morrow)
(832) 813-0321 (fax)
gerald@geraldbourque.com

ramorrow15@gmail.com

Jani Jo Maselli
Attorney for Edgar Baltazar Garcia
808 Travis Street, 24th Floor
Houston, Texas 77002
(713) 757-0684
(713) 650-1602 (fax)
jmaselli@aol.com

## CERTIFICATE RELATED TO FIFTH CIRCUIT RULE 25.2

I hereby certify in compliance with Fifth Circuit Rule 25.2 that:  (1) all

required privacy redactions have been made from this document; (2) this

electronically-submitted document is an exact copy of the paper document; and (3)

this document has been scanned for viruses with the most recent version of

commercially-available virus scanning software used by the United States

Attorney's Office for the Eastern District of Texas and is free of viruses.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney