# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 12, 2011

Mr. Douglas Milton Barlow
Barlow Law Firm
485 Milam
Beaumont, TX 77701-0000

Mr. Joseph Robert Batte Jr.
U.S. Attorney's Office
Eastern District of Texas
350 Magnolia Avenue
Suite 150
Beaumont, TX 77701-0000

Mr. George Patrick Black
Federal Defender's Office
Eastern District of Texas
110 N. College Avenue
Suite 1122
Tyler, TX 75702-0000

Mr. Gerald E Bourque
24 Waterway Avenue
Suite 660
The Woodlands, TX 77380

Ms. Traci Lynne Kenner
U.S. Attorney's Office
Eastern District of Texas
110 N. College Street
Suite 700
Tyler, TX 75702-0000

Ms. Kerry M. Klintworth
U.S. Attorney's Office
Eastern District of Texas
350 Magnolia Avenue
Suite 150
Beaumont, TX 77701-0000

Ms. Jani Jo Maselli
808 Travis Street
24th Floor
Houston, TX 77002-0000

Mr. Robert A Morrow III
24 Waterway Avenue
Suite 660
The Woodlands, TX 77380

No. 10-40525, USA v. Mark Snarr, et al
USDC No. 1:09-CR-15-1


Your electronically filed response to the Court's August 23, 2011 directive was filed as a "joint stipulation to establish a briefing notice", and should have been filed as a response or letter filed to the Court's directive of August 23, 2011. We have removed this incorrect entry from the docket, in light of a letter now being filed.



Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jann M. Wynne, Deputy Clerk
504-310-7688