# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 16, 2011

Mr. Douglas Milton Barlow
Barlow Law Firm
485 Milam
Beaumont, TX 77701-0000

Mr. George Patrick Black
Federal Defender's Office
Eastern District of Texas
110 N. College Avenue
Suite 1122
Tyler, TX 75702-0000

Mr. Gerald E Bourque
24 Waterway Avenue
Suite 660
The Woodlands, TX 77380

Ms. Traci Lynne Kenner
U.S. Attorney's Office
Eastern District of Texas
110 N. College Street
Suite 700
Tyler, TX 75702-0000

Ms. Kerry M. Klintworth
U.S. Attorney's Office
Eastern District of Texas
350 Magnolia Avenue
Suite 150
Beaumont, TX 77701-0000

Ms. Jani Jo Maselli
808 Travis Street
24th Floor
Houston, TX 77002-0000

Mr. Robert A Morrow III
24 Waterway Avenue
Suite 660
The Woodlands, TX 77380

No. 10-40525, USA v. Mark Snarr, et al
USDC No. 1:09-CR-15-1

Please be advised that the court has approved the "Joint Proposal" in response to the court's directive of August 23, 2011.

Pursuant to the "Joint Proposal", appellants' notice to the court is due within 14 days from the date of this letter, or, by September 30, 2011. Appellee will then have 14 days, from the date of appellants' notice, to respond. You will be notified of the Court's disposition of the pending motions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jann M. Wynne, Deputy Clerk
504-310-7688