UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA (Appellee) | § § § § § § § § § | CRIMINAL ACTION NUMBER 1:09-CR-15 |
| vs. | | |
| MARK ISAAC SNARR and EDGAR BALTAZAR GARCIA (Appellees) | | |

**JOINT RESPONSE CLARIFYING REQUEST TO FILE**
***EX PARTE* AND SEAL PORTION OF BRIEF**

COME NOW, Mark Isaac Snarr, and Edgar Baltazar Garcia, by and through their counsel of record, Douglas M. Barlow, G. Patrick Black, Gerald E. Bourque, and Robert A. Morrow, III, and clarify the prior request that this Honorable Court seal and prohibit release to the government a portion of the Joint Brief for Appellants. In support of this response, appellants would show:

I.

This response is filed pursuant to the letter of this Court dated August 23, 2011, directing the parties to consult and resolve the issues involving the sealing and *ex parte* nature of the brief and record excerpts, the response filed by all parties on

September 12, 2011, and the approval of the "Joint Proposal" by this Court on September 16, 2011.

## I.

Appellants Snarr and Garcia have reviewed the Brief and Record Excerpts and urge that the following matters may be unsealed and released to the government:

1. Appellants agree that the Record Excerpts do not contain or refer to any matters protected by the authorities or issues raised in the motion to seal the documents and therefore may be unsealed and released to the government.

2. Appellants agree that Issues One through Eighteen of the Joint Brief for Appellants do not contain or refer to any matters protected by the authorities or issues raised in the motion to seal the documents and therefore may be unsealed and released to the government.

## II.

Appellants Snarr and Garcia have reviewed the Brief and urge that the following matters should remain sealed and not released to the government, nor should the Court apprise the government of the substance of the information contained in its rulings:

1. Appellants urge that Issue Nineteen of the Joint Brief for Appellants does contain or refer to matters protected by the authorities or issues raised in the motion to seal the documents and therefore Issue Nineteen should remain sealed and

submitted *ex parte*.

Issue Nineteen deals exclusively with matters that were presented *ex parte* concerning funding and the hiring of certain experts in the proper defense of the case for trial. These matters are mandated by statute and case law, based on constitutional principles, to be filed and considered *ex parte*. The matters involved proceedings and documents in this cause that were ordered sealed by the trial court because of the attorney/client privileges, the 6th amendment right to counsel, *Ake v. Oklahoma*, 470 U.S. 68 (1985), the sensitive nature of the matters raised during the hearings, and for other reasons not articulated on the record by the trial court. Appellants have a right to assert these matters *ex parte*. 21 U.S.C. 848(q)(10)(B). The appellants are entitled to the same investigative tools as a non-indigent defendant. *Ake, id.*

Appellants urged and the trial court granted, that this expert assistance is necessary to provide the "basic tools of an adequate defense". *Britt v. North Carolina*, 404 U.S. 226, 92 S.Ct. 431, 30 L.Ed.2d 400 (1971). This Court entered *ex parte* orders concerning the matters. In the event that this Court reverses the convictions or sentences herein for any reason, release of this information to the government will render appellants' rights under the cited authorities a nullity and will deny appellants due process and a fair trial. Appellants further urge that it is not the right of the government to be advised of the consulting witnesses or the potential witnesses of the defense prior to any retrial of these cases. Even if this Court does not

reverse the convictions or sentences, other avenues of relief exist that could result in a new trial and the information should not be released to the government even if this Court finds no error, or affirms the convictions on any basis.

Counsel therefore submit that Issue No. Nineteen of the Joint Brief for Appellants should remain sealed and submitted *ex parte* for a ruling. Any ruling of this Court should not detail or release any of the protected information set out in the Joint Brief for Appellants, in order to comply with the cited authorities in the event of any retrial ordered by any court.

WHEREFORE, appellants Mark Isaac Snarr, and Edgar Baltazar Garcia pray this Court enter its order unsealing the Record Excerpts and Issues One through Eighteen of the Joint Brief for Appellants, and prohibiting the release to the government Issue Nineteen and any information related thereto in the Joint Brief for Appellants, including references to Issues No. Nineteen in the Table of Contents, Statement of the Issues, Summary of the Arguments, and Arguments and Authorities, and for such other further orders as this Court deems appropriate to maintain the confidentiality and integrity of the information contained in these pleadings and the Court's record on appeal.

Respectfully submitted,

/s/Douglas M. Barlow     /s/ Gerald E. Bourque
DOUGLAS M. BARLOW    GERALD E. BOURQUE
Attorney at Law       Attorney at Law

485 Milam
Beaumont, TX 77701
(409) 838-4259
FAX: (409) 832-5611
Texas Bar Card No. 01753700

/s/ G. Patrick Black
G. PATRICK BLACK
Federal Public Defender
Eastern District of Texas
110 N. College, Suite 1122
Tyler, TX 75702
Tel: (903) 531-9233
Fax: (903) 531-9625
Texas Bar Card No. 02371200

*Attorneys for Appellant Snarr*

24 Waterway Ave., Suite 6600
The Woodlands, TX 77380
(281) 379-6901
FAX: (832) 813-0321
Texas Bar Card No. 02716500

/s/ Robert A. Morrow, III
ROBERT A. MORROW, III
Attorney at Law
24 Waterway Ave., Suite 660
The Woodlands, TX 77380
Tel: (281) 379-6901
Fax: (832) 813-0321
Texas Bar Card No. 14542600

*Attorneys for Appellant Garcia*

# CERTIFICATE OF SERVICE

We certify that on the 29th day of September, 2011, we served electronically the

foregoing joint response, on the following individuals pursuant to Fed. R. App. P.

Rule 25:

Mr. Joseph Batte
Assistant U.S. Attorney
US Attorney's Office
350 Magnolia, Suite 150
Beaumont, TX 77701

Ms. Traci Kenner
Assistant U.S. Attorney
U.S. Attorney's Office
110 North College, Suite 700
Tyler, TX 75702

/s/Douglas M. Barlow
DOUGLAS M. BARLOW

/s/ Gerald E. Bourque
GERALD E. BOURQUE

/s/G. Patrick Black
G. PATRICK BLACK
*Attorneys for Appellant Snarr*

/s/ Robert A. Morrow, III
ROBERT A. MORROW, III
*Attorneys for Appellant Garcia*