# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT
_____

No. 10-40525
_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

v.

MARK ISAAC SNARR; EDGAR BALTAZAR GARCIA,

       Defendants - Appellants

_____

Appeals from the United States District Court for the
Eastern District of Texas, Beaumont
_____

O R D E R :


     IT IS ORDERED that the Appellants' opposed motion to place Issue 19 in Appellants' joint brief under seal is DENIED.


               /s/ Fortunato P. Benavides_____
               FORTUNATO P. BENAVIDES
               UNITED STATES CIRCUIT JUDGE