# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 20, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-40525   USA v. Mark Snarr, et al
         USDC No. 1:09-CR-15-1

Enclosed is an order entered in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

        By:_____
                Peter A. Conners, Deputy Clerk
                504-310-7685

Mr. Douglas Milton Barlow
Mr. Joseph Robert Batte Jr.
Mr. George Patrick Black
Mr. Gerald E Bourque
Ms. Traci Lynne Kenner
Ms. Kerry M. Klintworth
Ms. Jani Jo Maselli
Mr. Robert A Morrow III

P.S. to All Counsel: In light of this court's order, appellee's brief is now due for filing within thirty (30) days, or, by not later then November 21, 2011.