No. 10-40525

_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

**UNITED STATES OF AMERICA**,
                              Plaintiff-Appellee,

V.

**MARK SNARR, ET AL**,
                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Texas
Beaumont Division, Criminal No. 1:09CR15

_____

**GOVERNMENT'S UNOPPOSED FIRST MOTION TO
EXTEND TIME TO FILE APPELLEE'S BRIEF**

_____

For the following reasons, Plaintiff-Appellee United States of America

moves for a 90-day extension of time in which to file Appellee's brief:

**I. Procedural History**

This is a direct appeal from two federal capital murder convictions and

sentences. Appellants Mark Isaac Snarr and Edgar Baltazar Garcia were

sentenced to death on May 24, 2010. This appeal followed, and the Court entered

its initial briefing schedule on December 1, 2010, with Defendant-Appellants'

brief due on January 10, 2011.  On January 7, 2011, Appellants obtained an extension of time to file their brief, moving the due date to February 9, 2011.  On February 7, 2011, Appellants filed an unopposed motion seeking an additional 180-day extension.  The Court granted the motion, extending the due date to August 8, 2011.

On the due date, Appellants filed an unopposed motion to file a brief in excess of the page limitation and an opposed motion to seal their brief and record excerpts.  They also filed their brief and record excerpts.  On August 23, 2011, the Court issued a directive ordering the parties to confer regarding a plan that would allow appropriate briefing for this case.  The parties complied and filed a joint proposal recommending further explanation and response on the issue of sealing.

On September 16, 2011, the Court approved the joint proposal and gave Appellants 14 days to file a notice, as described above, identifying the issues and record excerpts that they believe should be sealed with a detailed explanation supporting their position.  The order gave the government 14 days from the date of Appellants' notice in which to respond.

On September 29, 2011, the Appellants filed a "Joint Response Clarifying Request to File ex Parte and Seal Portion of Brief."  In the response, Appellants agreed that their record excerpts and Issues One through Eighteen of their joint

brief may be unsealed.  Appellants urged the Court, however, to permit Issue

Nineteen to remain sealed.  The United States responded on October 13, 2011, and

on October 20, 2011, the Court denied Appellants' motion for Issue Nineteen to

remain sealed.  The briefing schedule resumed, with Appellee's brief now being

due on November 22, 2011.

## II.  Grounds for Extension

Appellants' brief is 232 pages long and contains 19 issues for review.

Given the nature of the case, the issues involved are significant and the internal

review process for the government's brief will be enhanced.  Moreover, the record

on appeal is voluminous, exceeding 55 volumes of pleadings and transcripts.

Another part of the record remains sealed.[1]  The undersigned Assistant United

States Attorney, who did not participate in the trial, is preparing the Appellee's

brief and needs additional time to obtain and adequately review the record and

respond to the Appellants' arguments.

The undersigned serves as the Appellate Chief for the district.  In addition

to supervising the appellate practice for the district, the undersigned carries an

individual appellate docket and edits all briefs for the district's six offices.  While

---

[1]  The United States is preparing a motion to view sealed portions of the record, which
Appellants oppose.

working on this brief, the undersigned assures the Court that she will not write any other substantive briefs. Nevertheless, she must perform her supervisory duties. Additionally, the undersigned was unexpectedly hospitalized from October 31until November 4 and was not able to return to work until today. She will only be able to work part time this week.

In order to adequately respond to the issues raised by Appellants, the United States respectfully moves the Court for a 90-day extension from the current filing deadline of November 22, 2011. Pursuant to Fed. R. App. P. 26(a)(3), a 90-day extension would move the due date to Tuesday, February 2l, 2012.

### III. Certificate of Conference

The undersigned Assistant United States Attorney has conferred with Douglas M. Barlow, who represented for both Appellants that they do not oppose the requested extension.

### IV. Conclusion

In light of the significance of the case, the length of the record, and the number of issues raised by Appellants, United States needs additional time to prepare its brief in this case. Therefore, the government respectfully urges the Court to extend the Plaintiff-Appellee's briefing deadline by 90 days, which would result in a due date of February 21, 2012, for the brief of the United States.

Respectfully submitted,

John M. Bales
United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
Texas Bar No. 11307070
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)

## CERTIFICATE RELATED TO FIFTH CIRCUIT RULE 25.2

I hereby certify in compliance with Fifth Circuit Rule 25.2 that: (1) all required privacy redactions have been made from this document; (2) this electronically-submitted document is an exact copy of the paper document; and (3) this document has been scanned for viruses with the most recent version of commercially-available virus scanning software used by the United States Attorney's Office for the Eastern District of Texas and is free of viruses.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served on the following by the

Court's ECF system on this the 14th day of November, 2011:

Douglas Milton Barlow
Barlow Law Firm
485 Milam
Beaumont, Texas 77701
(409) 838-4259
(409) 832-5611 (fax)
barlowlawfirm@gtbizclass.com

George Patrick Black
Federal Public Defender
110 N. College, Suite 1122
Tyler, Texas 75702
(903) 531-9233
(903) 531-9625 (fax)
amy_blalock@fd.org

Gerald E. Bourque
Robert A Morrow, III
24 Waterway Avenue, Suite 660
The Woodlands, Texas 77380
(713) 862-7766 (Bourque)
(281) 379-6901 (Morrow)
(832) 813-0321 (fax)
gerald@geraldbourque.com
ramorrow15@gmail.com

Jani Jo Maselli
808 Travis Street, 24th Floor
Houston, Texas 77002
(713) 757-0684
(713) 650-1602 (fax)

jmaselli@aol.com

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney