No. 10-40525

_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

**UNITED STATES OF AMERICA**,
Plaintiff-Appellee,

V.

**MARK SNARR, ET AL**,
Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Texas
Beaumont Division, Criminal No. 1:09CR15

_____

**GOVERNMENT'S OPPOSED MOTION TO VIEW
SEALED PORTIONS OF THE RECORD**

_____

Plaintiff-Appellee United States of America moves the Court for permission

to view the sealed portions of the record, without which it will be unable to

adequately address the issues raised by Appellants.

**I. Procedural History**

This is a direct appeal from two federal capital murder convictions and

sentences. Appellants Mark Isaac Snarr and Edgar Baltazar Garcia were

sentenced to death on May 24, 2010. This appeal followed, and the Court entered

its initial briefing schedule on December 1, 2010, with Defendant-Appellants' brief due on January 10, 2011. On December 24, 2010, Appellants filed a motion to view sealed portions of the record. The United States did not oppose the motion, and the Court granted it.

After two unopposed extensions of time, Appellants filed their joint brief and record excerpts on August 8, 2011. They also filed an unopposed motion to file a brief in excess of the page limitation and an opposed motion to seal their brief and record excerpts.

On August 23, 2011, the Court issued a directive ordering the parties to confer regarding a plan that would allow appropriate briefing for this case. The parties complied and filed a joint proposal recommending further explanation and response on the issue of sealing. The Court approved the joint proposal and gave Appellants 14 days to file a notice identifying the issues and record excerpts that they believed should be sealed with a detailed explanation supporting their position. The order gave the government 14 days from the date of Appellants' notice in which to respond.

On September 29, 2011, the Appellants filed a "Joint Response Clarifying Request to File Ex Parte and Seal Portion of Brief." In the response, Appellants agreed that their record excerpts and Issues One through Eighteen of their joint

brief could be unsealed.  Appellants urged the Court, however, to permit Issue

Nineteen to remain sealed.  The United States responded in opposition on October

13, 2011, and on October 20, 2011, the Court denied Appellants' motion for Issue

Nineteen to remain sealed.  The briefing schedule resumed, with Appellee's brief

now being due on November 22, 2011.

The United States has moved for an extension of time in which to file

Appellee's brief and now moves the Court for permission to view the sealed

portions of the record in order to adequately respond to Appellants' brief.

Appellants oppose this motion.

## II.  Grounds for Viewing

In its directive dated August 23, 2011, the Court pointed out that, "if the

Government cannot see the brief it cannot file an intelligent response or brief to

the Appellants' brief."  Similarly, review of the joint brief has prompted the

government to conclude that it cannot prepare an adequate and complete response

without access to the portions of the record used by Appellants in preparing their

brief.  Therefore, the government urges the Court to permit it to view all portions

of the record, including those under seal.

## III.  Conclusion

In light of the significance of the case and the nature of the issues raised by

Appellants, the United States urges the Court to permit it to view the portions of

the record on appeal currently under seal and to order the Clerk to transmit the

sealed portions of the record to the undersigned counsel for use in preparing the

brief of the United States.

<div style="margin-left: 45%;">

Respectfully submitted,

John M. Bales
United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
Texas Bar No. 11307070
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)

</div>

## CERTIFICATE RELATED TO FIFTH CIRCUIT RULE 25.2

I hereby certify in compliance with Fifth Circuit Rule 25.2 that: (1) all required privacy redactions have been made from this document; (2) this electronically-submitted document is an exact copy of the paper document; and (3) this document has been scanned for viruses with the most recent version of commercially-available virus scanning software used by the United States Attorney's Office for the Eastern District of Texas and is free of viruses.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served on the following by the Court's ECF system on this the 14th day of November, 2011:

Douglas Milton Barlow
Barlow Law Firm
485 Milam
Beaumont, Texas 77701
(409) 838-4259
(409) 832-5611 (fax)
barlowlawfirm@gtbizclass.com

George Patrick Black
Federal Public Defender
110 N. College, Suite 1122
Tyler, Texas 75702
(903) 531-9233

(903) 531-9625 (fax)
amy_blalock@fd.org

Gerald E. Bourque
Robert A Morrow, III
24 Waterway Avenue, Suite 660
The Woodlands, Texas 77380
(713) 862-7766 (Bourque)
(281) 379-6901 (Morrow)
(832) 813-0321 (fax)
gerald@geraldbourque.com
ramorrow15@gmail.com

Jani Jo Maselli
808 Travis Street, 24th Floor
Houston, Texas 77002
(713) 757-0684
(713) 650-1602 (fax)
jmaselli@aol.com

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney