# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT
_____

No. 10-40525
_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

v.

MARK ISAAC SNARR; EDGAR BALTAZAR GARCIA,

       Defendants - Appellants

_____

Appeals from the United States District Court for the
Eastern District of Texas, Beaumont
_____

O R D E R :

     IT IS ORDERED that appellee's unopposed motion for an extension of 90 days, or, to and including Wednesday, February 22, 2012 to file their brief is GRANTED.

     IT IS FURTHER ORDERED that appellee's opposed motion to view sealed portions of the record is GRANTED.

                  /s/ Fortunato P. Benavides
                  FORTUNATO P. BENAVIDES
              UNITED STATES CIRCUIT JUDGE