IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

**UNITED STATES OF AMERICA**,
                                                    Plaintiff-Appellee,

V.

**MARK SNARR, ET AL**,
                                                    Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Texas
Beaumont Division, Criminal No. 1:09CR15

_____

**GOVERNMENT'S UNOPPOSED SECOND MOTION TO
EXTEND TIME TO FILE APPELLEE'S BRIEF**

_____

For the following reasons, Plaintiff-Appellee United States of America

moves for a 120-day extension of time in which to file Appellee's brief:

## I.  Procedural History

This is a direct appeal from two federal capital murder convictions and

sentences.  Appellants Mark Isaac Snarr and Edgar Baltazar Garcia were

sentenced to death on May 24, 2010.  This appeal followed, and the Court entered

its initial briefing schedule on December 1, 2010, with Defendant-Appellants'

brief due on January 10, 2011.  On January 7, 2011, Appellants obtained an extension of time to file their brief, moving the due date to February 9, 2011.  On February 7, 2011, Appellants filed an unopposed motion seeking an additional 180-day extension.  The Court granted the motion, extending the due date to August 8, 2011.

On the due date, Appellants filed an unopposed motion to file a brief in excess of the page limitation and an opposed motion to seal their brief and record excerpts.  They also filed their brief and record excerpts.  On August 23, 2011, the Court issued a directive ordering the parties to confer regarding a plan that would allow appropriate briefing for this case.  The parties complied and filed a joint proposal recommending further explanation and response on the issue of sealing.

On September 16, 2011, the Court approved the joint proposal and gave Appellants 14 days to file a notice, as described above, identifying the issues and record excerpts that they believe should be sealed with a detailed explanation supporting their position.  On September 29, 2011, the Appellants filed a "Joint Response Clarifying Request to File ex Parte and Seal Portion of Brief."  In the response, Appellants agreed that their record excerpts and Issues One through Eighteen of their joint brief could be unsealed.  Appellants urged the Court, however, to permit Issue Nineteen to remain sealed.  The United States responded

on October 13, 2011, and on October 20, 2011, the Court denied Appellants'

motion for Issue Nineteen to remain sealed.  The briefing schedule resumed, with

a due date for Appellee's brief of November 22, 2011.

On November 14, 2011, the undersigned moved to extend the Plaintiff-

Appellee's briefing deadline by 90 days.  The Court granted the motion, which

resulted in a due date of February 22, 2012, for the brief of the United States.

## II.  Grounds for Extension

In order to adequately respond to the issues raised by Snarr and Garcia, the

United States respectfully moves the Court for a 120-day extension from the

current filing deadline of February 21, 2012.  Pursuant to Fed. R. App. P. 26(a)(3),

a 120-day extension would move the due date to Thursday, June 21, 2012.

Appellants' brief is 232 pages long and contains 19 issues for review.  The

record on appeal is voluminous, exceeding 55 volumes of pleadings and

transcripts in addition to the sealed portions of the record.  Some of the issues are

novel and complex, increasing the time expended on research.  Given the nature of

the case and the daunting task of locating and distilling the facts relevant to each

issue, the Appellee's brief is taking longer than expected to draft.  Moreover,

because this case involves the death penalty, the issues involved are significant

and the internal review process for the government's brief will be enhanced.  The

undersigned Assistant United States Attorney, who did not participate in the trial, is preparing the Appellee's brief and needs additional time to obtain and adequately review the record and respond to the Appellants' arguments. Counsel assures the Court that she is working diligently on the brief.

In addition to drafting briefs, the undersigned serves as the Appellate Chief for the Eastern District of Texas. While carrying an individual appellate docket, the undersigned supervises the appellate practice for the district and edits all briefs for the district's six offices. The undersigned assures the Court that she will not write any other substantive briefs while working on this brief. Nevertheless, she must perform her supervisory duties. Additionally, the undersigned drafted the brief in another death penalty case, *United States v. Ebron*, No. 09-40544, which has now been calendared for oral argument in the East Courtroom on March 6, 2012. Preparation for the *Ebron* argument will require a significant amount of time: combined, the briefs in that case consume more than 500 pages; the record on appeal contained approximately 6920 pages; and there are 18 issues for review, one with three sub-issues and another with nine. Moreover, another case in which the undersigned participated, *In re: Amy Unknown, consolidated with United States v. Paroline*, Nos. 09-41238 and 09-41254, has recently been scheduled to be heard en banc on May 3, 2012. While not taking the lead, the undersigned will

4

be required to assist, albeit minimally, in preparation of the supplemental briefing and for the argument in that case.

## III.  Certificate of Conference

The undersigned Assistant United States Attorney has conferred with Douglas M. Barlow, who represented for both Appellants that they do not oppose the requested extension.

## IV.  Conclusion

In light of the significance of the case, the length of the record, and the number and complexity of issues raised by Snarr and Garcia, United States needs additional time to prepare its brief in this case.  Therefore, the government respectfully urges the Court to extend the Plaintiff-Appellee's briefing deadline by 120 days, which would result in a due date of June 21, 2012, for the brief of the United States.

Respectfully submitted,

John M. Bales
United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
Texas Bar No. 11307070
110 N. College, Suite 700
Tyler, Texas 75702

(903) 590-1400
(903) 590-1439 (fax)

## <u>CERTIFICATE RELATED TO FIFTH CIRCUIT RULE 25.2</u>

I hereby certify in compliance with Fifth Circuit Rule 25.2 that: (1) all required privacy redactions have been made from this document; (2) this electronically-submitted document is an exact copy of the paper document; and (3) this document has been scanned for viruses with the most recent version of commercially-available virus scanning software used by the United States Attorney's Office for the Eastern District of Texas and is free of viruses.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document has been served on the following by the Court's ECF system on this the 2nd day of February, 2012:

Douglas Milton Barlow
Barlow Law Firm
485 Milam
Beaumont, Texas 77701
(409) 838-4259
(409) 832-5611 (fax)
barlowlawfirm@gtbizclass.com

George Patrick Black
Federal Public Defender

110 N. College, Suite 1122
Tyler, Texas 75702
(903) 531-9233
(903) 531-9625 (fax)
amy_blalock@fd.org

Gerald E. Bourque
Robert A Morrow, III
24 Waterway Avenue, Suite 660
The Woodlands, Texas 77380
(713) 862-7766 (Bourque)
(281) 379-6901 (Morrow)
(832) 813-0321 (fax)
gerald@geraldbourque.com
ramorrow15@gmail.com

Jani Jo Maselli
808 Travis Street, 24th Floor
Houston, Texas 77002
(713) 757-0684
(713) 650-1602 (fax)
jmaselli@aol.com

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

7