# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 10-40525
_____

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

MARK ISAAC SNARR; EDGAR BALTAZAR GARCIA,

      Defendants - Appellants

_____

Appeals from the United States District Court for the
Eastern District of Texas, Beaumont
_____

O R D E R :

    IT IS ORDERED that appellee's unopposed motion for an additional extension of 120 days, or, to and including June 21, 2012, to file their brief is GRANTED.

/s/ Jennifer Walker Elrod
_____
JENNIFER WALKER ELROD
UNITED STATES CIRCUIT JUDGE