# NOTICE TO APPOINTED COUNSEL

Appellate counsel appointed pursuant to the Criminal Justice Act should refer to the Fifth Circuit Internet Website's CJA Home Page (http://www.ce5.uscourts.gov/cja) for information on the circuit's *Plan Under the Criminal Justice Act for Representation on Appeal* and also for detailed instructions for filling out CJA vouchers and worksheets.

**A voucher will not be issued at this time.** A voucher form that can be completed online and printed, or printed for manual completion, is available under the "CJA forms" tab of that page. (http://www.ce5.uscourts.gov/cja/cjaForms/cjaFAQ.jsp) The information required in Box 13 will be provided, and that box completed, by the court, so the box should be left blank. Counsel can print or download all other forms needed to complete the voucher request for payment as well.

No payment will be issued until a complete voucher and necessary documentation has been received by the court. **The court must have a current Attorney Tax ID form on file prior to any payment in a case; counsel must submit a Tax ID form with the first voucher in the calendar year,** and must submit a new form if contact information changes during the year.

**In non−capital cases,** counsel should submit the appropriate voucher (use form CJA 20 for attorney fees and expenses and form CJA 21 for paralegals) with certification forms and necessary worksheets and receipts **at the end of the case in the court of appeals, including any requests for rehearing.**

**In capital cases,** counsel are allowed to submit vouchers (use form CJA 30 for attorney fees and expenses and form CJA 31 for paralegals) requesting interim payment of fees and expenses. Please be sure to mark the claim status for the voucher in Box 21.

If counsel is submitting a voucher requesting payment for any work on a Petition for Writ of Certiorari, **a copy of the Petition must be provided with the voucher** request for payment. If counsel has already submitted a voucher for appellate court work, the second voucher should be designated "supplemental" in Box 21. Use the fee and expense worksheet forms that are specifically designated for work on a Petition for Writ of Certiorari.

**Applicable hourly rates and maximum compensation limits** are specified in the voucher instructions on the Fifth Circuit Website. If counsel is requesting payment of a fee that **exceeds the presumptive case compensation maximum, counsel must submit a completed form CJA 27 with the voucher.**

A list of Frequently Asked Questions is available on the CJA Home Page.

For assistance with CJA vouchers please email the court at cja_request@ca5.uscourts.gov, or call 504−310−8506.

**ALL PAYMENTS MADE PURSUANT TO THE CRIMINAL JUSTICE ACT ARE SUBJECT TO POST−AUDIT. CONTEMPORANEOUS TIME AND EXPENSE RECORDS MUST BE MAINTAINED FOR THREE YEARS AFTER APPROVAL OF THE FINAL VOUCHER. ANY OVERPAYMENTS ARE SUBJECT TO COLLECTION, INCLUDING THROUGH DEDUCTIONS FROM FUTURE VOUCHERS.**