No. 10-40525

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**UNITED STATES OF AMERICA,**
Plaintiff-Appellee,

v.

**MARK ISAAC SNARR AND
EDGAR BALTAZAR GARCIA,**
Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION, NO. 1:09CR15

## GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE/WORD NUMBER LIMITS

The United States moves for leave to file a brief in excess of the page

and word lengths set forth in Fed. R. App. P. 32(a)(7)(B) and 5th Cir. R. 32.4.

**I.**

This is an appeal from two convictions and death sentences under 18

U.S.C. § 3591, et. seq. Mark Isaac Snarr and Edgar Baltazar Garcia were

sentenced to death on May 24, 2010, and filed timely notices of appeal.

Appellants' consolidated brief was filed on August 8, 2011. The brief is 232 pages long with 54,260 words. Appellants raise 19 issues.

Appellee's brief is due June 21, 2012. The brief is in the final stages, but still requires editing, proofreading, and cite-checking. Currently, the brief contains 40,484 words. This exceeds the word-length permitted by Fed. R. App. P. 32(a)(7)(B), which limits brief length to 14,000 words, unless this Court permits filing a longer brief. Counsel is confident that, when editing is complete, the brief will not exceed 45,000 words. The length of Appellee's brief is necessary to ensure that Appellee has responded fully to each issue raised by Appellants.

This Court commonly extends the limits of Rule 32 in capital appeals. For example, extensions were granted in the following cases: *United States v. Fields,* No. 04-50393; *United States v. Davis*, No. 05-31111; *United States v. Jackson,* No. 06-41680; *United States v. Ebron*, Nos. 09-40544 and 10-40108.

As required by the rule, Appellee is forwarding a copy of a current draft of the brief for attachment to this motion. However, the brief is still a work-in-progress; in the next 10 days, changes will be made to it. For this reason, it is work product, and counsel does not wish to provide that work product to the Appellants. Therefore, in compliance with instructions from the Court, counsel

has forwarded a copy of the draft to the Court with the understanding that it will not be made public or disclosed to any other counsel in this case. The draft will be for the private use of the Court in ruling on this motion.

## II.

Counsel has conferred with the attorneys for both Appellants. They do not oppose this motion. Nor do they oppose keeping the draft under seal as private work product.

## CONCLUSION

Appellee respectfully urges the Court to grant leave to file a brief not to exceed 45,000 words.

Respectfully submitted,

John M. Bales
United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorneys
110 N. College Ave., Suite 700
Tyler, Texas 75702
(903) 590-1400

## CERTIFICATE RELATED TO FIFTH CIRCUIT RULE 25.2

I hereby certify in compliance with Fifth Circuit Rule 25.2 that: (1) all required privacy redactions have been made from this document; (2) this electronically-submitted document is an exact copy of the paper document; and (3) this document has been scanned for viruses with the most recent version of commercially-available virus scanning software used by the United States Attorney's Office for the Eastern District of Texas and is free of viruses.

/s/ Traci L. Kenner

Traci L. Kenner
Assistant United States Attorney

4

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of June, 2012, a true and correct copy of the foregoing Unopposed Motion for Leave to File Brief in Excess of Page/Word Number Limits has been filed using the CM/ECF system, which will send notification of such filing to the following via electronic mail:

Counsel for Snarr:

Douglas Milton Barlow
Barlow Law Firm
485 Milam
Beaumont, Texas 77701
(409) 838-4259
(409) 832-5611 (fax)
barlowlawfirm@gtbizclass.com

George Patrick Black
Federal Public Defender
110 N. College, Suite 1122
Tyler, Texas 75702
(903) 531-9233
(903) 531-9625 (fax)
amy_blalock@fd.org

Counsel for Garcia:

Gerald E. Bourque
Robert A Morrow, III
24 Waterway Avenue, Suite 660
The Woodlands, Texas 77380
(713) 862-7766 (Bourque)
(281) 379-6901 (Morrow)
(832) 813-0321 (fax)
gerald@geraldbourque.com
ramorrow15@gmail.com

Jani Jo Maselli
Attorney at Law
808 Travis Street, 24th Floor
Houston, Texas 77002
(713) 757-0684
(713) 650-1602 (fax)
jmaselli@aol.com

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

5