LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 22, 2012

Ms. Traci Lynne Kenner
U.S. Attorney's Office
Eastern District of Texas
110 N. College Street
Suite 700
Tyler, TX 75702-0000

No. 10-40525, USA v. Mark Snarr, et al
USDC No. 1:09-CR-15-1

The following pertains to your appellee brief electronically filed on 6/21/12.

You must submit the seven paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
James deMontluzin, Deputy Clerk
504-310-7679

P.S. to Ms. Kenner: Please return the record on appeal to the clerk's office within 10 days of this notice.

cc:  Mr. Douglas Milton Barlow
     Mr. Joseph Robert Batte Jr.
     Mr. George Patrick Black
     Ms. Kerry M. Klintworth
     Ms. Jani Jo Maselli
     Mr. Robert A Morrow III