UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>(Appellee)<br><br>vs.<br><br>MARK ISAAC SNARR and<br>EDGAR BALTAZAR GARCIA<br>(Appellees) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL ACTION NUMBER<br>1:09-CR-15 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE REPLY BRIEF FOR APPELLANTS

COME NOW, Mark Isaac Snarr, and Edgar Baltazar Garcia (Snarr and Garcia herein), by and through their counsel of record, Douglas M. Barlow, G. Patrick Black, Gerald E. Bourque, and Robert A. Morrow, III, and move this Honorable Court to extend the time to file a reply brief pursuant to Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rules 27 and 31.4. Snarr and Garcia request that the time for filing the reply brief be extended for 75 days, or September 22, 2012. In support of this motion, Snarr and Garcia would show the Court as follows:

**I**

Snarr and Garcia were convicted by a jury of capital murder and sentenced to death. They perfecteed direct appeal to this Court. Snarr and Garcia filed their

opening brief on August 8 2011. The Government filed its response on June 21, 2012. This Court set the due date for the reply brief to be July 9, 2012.

**II**

The reply brief is due on July 9, 2012. Given the length of both parties' opening briefs, and the complexity of the issues they raise, counsel request that the time for filing the reply brief be extended for 75 days, until September 22, 2012.

**III**

This extension is necessary and is not for purposes of delay. The issues raised in this appeal are complex, ranging from the denial of funding requests and the overruling by this Court of funding approved by the trial court, to the excusal of jurors regarding death penalty issues and excusal of jurors because of physical disabilities, to the denial of a severance herein, to the insufficiency of the evidence regarding aggravating factors to support the death penalty, to the exclusion of relevant evidence concerning prior bad acts committed by the deceased victim, to the refusal of the trial court to instruct the jury regarding a lesser included offense that would have spared appellants' lives, to the exclusion of evidence that might have impacted the decision of the jurors in assessing death. The length of the parties' briefs reflect the complexity of the case: Snarr and Garcia's opening brief was more than 230 pages long; the Government's brief is over 170 pages.

Although the response brief may narrow and isolate the issues for purposes of

reply, counsel for Snarr and Garcia must read the brief, examine the portions of the lengthy record to which it refers, and study the authorities to which the government cites. Determining how the issues have been narrowed, and what must be answered, is a time-consuming task in itself. Preparing the reply, of course, is an additional, weighty task.

**IV**

Counsel herein are actively engaged in other important capital cases as well as this one. Douglas M. Barlow is counsel of record in a federal writ of habeas corpus death penalty case in preparation of a petition for writ of certiorari before the United States Supreme Court in *Roberts v. Thaler*, #11-70032, in which this Court issued its opinion on May 15, 2012; Both counsel Douglas M. Barlow and Robert Morrow are counsel of record in a state capital murder case in trial preparation in *State v. Colone*, #10-10213, 252nd District Court, Jefferson County, Texas; Both counsel Barlow and Morrow recently reached a resolution in a capital case from the 356th District Court in Hardin County styled *State vs. Timothy Wion*, trial court Cause No. 18948. Counsel Morrow has also been preparing for trial in a federal capital case from the Southern District of Texas, Houston Division in Case 4:11-CR-00544 styled *The United States of America vs. Samuel Dejesus Argueta*. Counsel Morrow is also preparing appellate briefs in two capital death cases in No. AP-76,580, *Albert James Turner v. The State of Texas*; from the 268th District Court of Fort Bend County, Texas, trial court Cause

No. 54233 and No. AP-76,703; *Jaime Piero Cole v. The State of Texas*; from the 230th District Court of Harris County, Texas, trial court Cause No. 1250754. Counsel Morrow is also preparing for trial for the following capital cases: *The State of Texas vs. Justin Parker*; Cause No. 1330599; in the 174th Judicial District of Harris County, Texas; *The State of Texas vs. Edric Carmichael Wilson*; Cause No. 1093625; in the 228th District Court of Harris County, Texas; and *The State of Texas vs. Jose Martin Rocha*; Cause No. 1189075; in the 183rd Judicial District of Harris County, Texas; Counsel G. Patrick Black through the Office of the Federal Public Defender, Texas Eastern, is currently preparing for upcoming oral arguments in the cases of *Hartfield v. Director*, No. 11-40572, scheduled for August 6, 2012, and *United States v. Blank*, No. 11-41211, scheduled for August 7, 2012. The Hartfield case involves extensive research and preparation due to the nature and age of the case. Mr. Hartfield went to trial in 1977 and received a sentence of death. The Texas Court of Criminal Appeals thereafter overturned hi sconviction and sentence. His case is now before this Court as a pre-trial habeas corpus writ filed pursuant to 28 U.S.C. §2241. The record from Mr. Hartfield's original trial and the subsequent appellant filings are lengthy and complex. Mr. Blank was convicted of violating federal laws regarding child pornography after a jury trial. Mr. Blank's appeal involves fact-intensive issues regarding a speedy trial claim, sufficiency of the evidence, and various sentencing enhancements; other upcoming appellate deadlines for counsel Black's Office of the

Federal Public Defender, Texas Eastern, include: *United States v. Galdino Garcia*, No.12-40423, appellant's Brief due July 23, 2012 and *United States v. Martrice Smith*, No. 12-40291, appellant's brief due July 25, 2012; additionally, counsel Black is currently serving as the Acting Federal Defender for the Western District of Texas, which duties are in addition to his duties as Federal Defender for the Eastern District of Texas, and which require extensive travel throughout the WDTX; additionally counsel Gerald Bourque is in trial preparation in certain capital cases, including State of Texas v. Lopez-Torres, #1273853, in the 338th District Court of Harris County, Texas, set August 27, 2012, State of Texas v. Anthony Pierce, #267685, in the 208th District Court of Harris County, Texas, set September 10, 2012, and State of Texas v. Charles Smith, #1275390, in the 263rd District Court of Harris County, Texas, set November 12, 2012. Counsel collectively have numerous other cases pending for trial as well as in the appellate process.

## V

The requested extension comports with extensions granted by this Court in similar cases. *See, e.g., United States v. Ebron,* No. 09-40544 (reply filed approximately 92 days after response); *United States v. Hall,* No. 96-10178 (reply filed approximately six weeks after response); *United States v. Bernard,* No. 96-31171 (reply filed nearly 90 days after response); *United States v. Fields*, No. 04-50393 (reply filed more than 60 days after response); *United States v. Davis*, No. 05-

31111 (Davis II) (reply filed more then 60 days after response). The request is reasonable in light of the parties' extensive briefing and will ensure that counsel have sufficient time to fully review the Government's response brief, confer with Snarr and Garcia, and address the issues that must be addressed. Additionally, since these are consolidated appeals of two death sentences with appointed counsel in different cities across the State of Texas, it requires an inordinate amount of time to coordinate all the lawyers' input, research and drafting skills to produce a final document.

## VI

Counsel for appellants have conferred with counsel for Plaintiff-Appellee, the United States of America, by and through Barbara Skeen on behalf of Traci Kenner, who has indicated that she personally spoke with Traci Kenner and there is no opposition to this motion.

WHEREFORE, for the reasons stated above, appellants Snarr and Garcia, movants herein, request that the Court extend the time for filing a reply brief herein up to and including September 22, 2012.

Respectfully submitted,

/s/Douglas M. Barlow
DOUGLAS M. BARLOW
Attorney at Law
485 Milam
Beaumont, TX 77701

/s/ Gerald E. Bourque
GERALD E. BOURQUE
Attorney at Law
24 Waterway Ave., Suite 6600
The Woodlands, TX 77380

(409) 838-4259
FAX: (409) 832-5611
Texas Bar Card No. 01753700

/s/ G. Patrick Black
G. PATRICK BLACK
Federal Public Defender
Eastern District of Texas
110 N. College, Suite 1122
Tyler, TX 75702
Tel: (903) 531-9233
Fax: (903) 531-9625
Texas Bar Card No. 02371200

*Attorneys for Appellant Snarr*

(281) 379-6901
FAX: (832) 813-0321
Texas Bar Card No. 02716500

/s/ Robert A. Morrow, III
ROBERT A. MORROW, III
Attorney at Law
24 Waterway Ave., Suite 660
The Woodlands, TX 77380
Tel: (281) 379-6901
Fax: (832) 813-0321
Texas Bar Card No. 14542600

*Attorneys for Appellant Garcia*

# CERTIFICATE OF SERVICE

We certify that on the 5th day of July, 2012, we served electronically the foregoing motion, on the following individuals pursuant to Fed. R. App. P. Rule 25:

Mr. Joseph Batte
Assistant U.S. Attorney
US Attorney's Office
350 Magnolia, Suite 150
Beaumont, TX 77701

Ms. Traci Kenner
Assistant U.S. Attorney
U.S. Attorney's Office
110 North College, Suite 700
Tyler, TX 75702

/s/Douglas M. Barlow
DOUGLAS M. BARLOW

/s/G. Patrick Black
G. PATRICK BLACK
*Attorneys for Appellant Snarr*

/s/ Gerald E. Bourque
GERALD E. BOURQUE

/s/ Robert A. Morrow, III
ROBERT A. MORROW, III
*Attorneys for Appellant Garcia*