# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 05, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 10-40525   USA v. Mark Snarr, et al
USDC No. 1:09-CR-15-1

The court has granted an extension of time to and including
September 24, 2012 for filing a reply brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
Peter A. Conners, Deputy Clerk
504-310-7685

Mr. Douglas Milton Barlow
Mr. Joseph Robert Batte Jr.
Mr. George Patrick Black
Mr. Gerald E Bourque
Ms. Traci Lynne Kenner
Ms. Kerry M. Klintworth
Ms. Jani Jo Maselli
Mr. Robert A Morrow III