UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>(Appellee)<br><br>vs.<br><br>MARK ISAAC SNARR and<br>EDGAR BALTAZAR GARCIA<br>(Appellees) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL ACTION NUMBER<br>1:09-CR-15 |

## UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME TO FILE REPLY BRIEF FOR APPELLANTS

COME NOW, Mark Isaac Snarr, and Edgar Baltazar Garcia (Snarr and Garcia herein), by and through their counsel of record, Douglas M. Barlow, G. Patrick Black, Gerald E. Bourque, and Robert A. Morrow, III, and move this Honorable Court to extend the time to file a reply brief pursuant to Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rules 27 and 31.4. Snarr and Garcia request that the time for filing the reply brief be extended for 14 additional days, or October 8, 2012. In support of this motion, Snarr and Garcia would show the Court as follows:

**I**

Snarr and Garcia were convicted by a jury of capital murder and sentenced to death. They perfected direct appeal to this Court. Snarr and Garcia filed their

opening brief on August 8, 2011. The Government filed its response on June 21, 2012. This Court set the original due date for the reply brief to be July 9, 2012. Upon appellants motion, the Court extended the due date for 75 days, until September 24, 2012.

## II

The reply brief is due today, September 24, 2012. The reply brief for appellants in this case have been the work of four lawyers in separate towns. The reply brief has been drafted, but the final product is being assembled and reviewed by each lawyer, since each lawyer is a signatory as an author of the brief. The logistics of this task has made it extraordinarily complicated, given the length of both parties' opening briefs, and the complexity of the issues they raised. Since this is a death penalty case, it requires special attention to detail. Counsel requests 14 additional days from this date, until October 8, 2021, to complete the final approved reply brief for both appellants, to be filed as a joint reply brief. Counsel does not anticipate any further request for extension.

## III

This extension is necessary and is not for purposes of delay. The issues raised in this appeal are complex, as set out in the prior motion for extension of time. The length of the parties' briefs reflect the complexity of the case: Snarr and Garcia's opening brief was more than 230 pages long; the Government's brief is over 170

pages.

**IV**

Counsel previously set out that counsel herein are actively engaged in other important capital cases as well as this one. Douglas M. Barlow is counsel of record in a federal writ of habeas corpus death penalty case seeking a stay of execution during the pendency of a petition for writ of certiorari before the United States Supreme Court in *Roberts v. Thaler*, #11-70032. Both counsel Douglas M. Barlow and Robert Morrow are counsel of record in state capital murder cases in trial preparation in *State v. Colone*, #10-10213, 252nd District Court, Jefferson County, Texas, *State v. Chinchilla*, #12-14435, 252nd District Court, Jefferson County, Texas, and *State v. Kendrick*, #11-12567, Criminal District Court, Jefferson County, Texas. Additionally, counsel Black is still serving as the Acting Federal Defender for the Western District of Texas, which duties are in addition to his duties as Federal Defender for the Eastern District of Texas, and which require extensive travel throughout the WDTX; counsel Black is currently in El paso, Texas, on this date attending to those duties. Counsel collectively have numerous other cases pending for trial as well as in the appellate process.

**V**

The oral argument date has already been moved to a later docket in December by this Court, and counsel believes that this request does not affect the processing of

the appeal before argument, based on the request for only 10 additional days.  With the requested additional 14 days, the overall time period of extension still comports with extensions granted by this Court in similar cases.  *See, e.g.,  United States v. Ebron,* No. 09-40544 (reply filed approximately 92 days after response);  *United States v. Hall,* No. 96-10178 (reply filed approximately six weeks after response); *United States v. Bernard,* No. 96-31171 (reply filed nearly 90 days after response); *United States v. Fields*, No. 04-50393 (reply filed more than 60 days after response); *United States v. Davis*, No. 05-31111 (Davis II) (reply filed more then 60 days after response).  The request is reasonable in light of the parties' extensive briefing and will ensure that counsel have fully reviewed all of the matters contained in the reply brief.  As pointed out earlier, since these are consolidated appeals of two death sentences with appointed counsel in different cities across the State of Texas, it requires an inordinate amount of time to coordinate all the lawyers' input and finalize the final document.

## VI

Counsel for appellants have conferred with counsel for Plaintiff-Appellee, the United States of America, Traci Kenner, who stated that the government has no opposition to this motion.

WHEREFORE, for the reasons stated above, appellants Snarr and Garcia, movants herein,  request that the Court extend the time for filing a reply brief herein

up to and including October 8, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/Douglas M. Barlow | /s/ Gerald E. Bourque |
| DOUGLAS M. BARLOW | GERALD E. BOURQUE |
| Attorney at Law | Attorney at Law |
| 485 Milam | 24 Waterway Ave., Suite 6600 |
| Beaumont, TX 77701 | The Woodlands, TX 77380 |
| (409) 838-4259 | (281) 379-6901 |
| FAX: (409) 832-5611 | FAX: (832) 813-0321 |
| Texas Bar Card No. 01753700 | Texas Bar Card No. 02716500 |
| | |
| /s/ G. Patrick Black | /s/ Robert A. Morrow, III |
| G. PATRICK BLACK | ROBERT A. MORROW, III |
| Federal Public Defender | Attorney at Law |
| Eastern District of Texas | 24 Waterway Ave., Suite 660 |
| 110 N. College, Suite 1122 | The Woodlands, TX 77380 |
| Tyler, TX 75702 | Tel: (281) 379-6901 |
| Tel: (903) 531-9233 | Fax: (832) 813-0321 |
| Fax: (903) 531-9625 | Texas Bar Card No. 14542600 |
| Texas Bar Card No. 02371200 | |
| | |
| *Attorneys for Appellant Snarr* | *Attorneys for Appellant Garcia* |

# CERTIFICATE OF SERVICE

We certify that on the 24th day of September, 2012, we served electronically the foregoing motion, on the following individuals pursuant to Fed. R. App. P. Rule 25:

| | |
|---|---|
| Mr. Joseph Batte | Ms. Traci Kenner |
| Assistant U.S. Attorney | Assistant U.S. Attorney |
| US Attorney's Office | U.S. Attorney's Office |
| 350 Magnolia, Suite 150 | 110 North College, Suite 700 |
| Beaumont, TX 77701 | Tyler, TX 75702 |

/s/Douglas M. Barlow
DOUGLAS M. BARLOW

/s/G. Patrick Black
G. PATRICK BLACK
*Attorneys for Appellant Snarr*

/s/ Gerald E. Bourque
GERALD E. BOURQUE

/s/ Robert A. Morrow, III
ROBERT A. MORROW, III
*Attorneys for Appellant Garcia*