# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 24, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-40525    USA v. Mark Snarr, et al
        USDC No. 1:09-CR-15-1

The court has granted an extension of time to and including October 9, 2012 for filing a reply brief in this case.
NO FURTHER EXTENSIONS WILL BE GRANTED.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Jann M. Wynne, Deputy Clerk
                    504-310-7688

Mr. Douglas Milton Barlow
Mr. Joseph Robert Batte Jr.
Mr. George Patrick Black
Mr. Gerald E Bourque
Ms. Traci Lynne Kenner
Ms. Kerry M. Klintworth
Ms. Jani Jo Maselli
Mr. Robert A Morrow III