# NO. 10-40525

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>(Appellee) | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CRIMINAL ACTION NUMBER<br>1:09-CR-15 |
| vs. | | |
| MARK ISAAC SNARR and<br>EDGAR BALTAZAR GARCIA<br>(Appellees) | | |

## UNOPPOSED MOTION FOR LEAVE TO REQUEST AND TO FILE AN OVERSIZED REPLY BRIEF FOR APPELLANTS

COME NOW, Mark Isaac Snarr, and Edgar Baltazar Garcia, by and through their counsel of record, Douglas M. Barlow, G. Patrick Black, Gerald E. Bourque, Robert A. Morrow, III, and Jani J. Maselli, and move this Honorable Court to allow the appellants leave to request and to file an oversized joint reply brief for appellants as allowed by Federal Rules of Appellate Procedure and 5th Cir.R 32.4. In support of this motion, movants would show:

### I.

This is a reply brief following a capital murder trial in which the government sought and obtained the death penalty as to two defendants in a joint trial. The record

is voluminous, comprising some 83 volumes. This request could not be made in advance of the filing date, because it required until the filing date to complete the reply brief. Therefore, a copy of the reply brief could not be attached to any such request in advance. It is necessary to file an oversized reply brief in order to properly address all the relevant issues following the Brief for the United States. Allowing the brief to exceed 15 pages will assist the Court because the reply to the Government's responses to the issues will be fully addressed without requiring the Court to research the record simply by record references to locate the pertinent portions. Counsel has carefully assured that the replies in the reply brief are meritorious. Appellants have filed a joint reply brief since most the replies are identical following the joint trial in which both defendants were basically treated identically

## II.

The submission of this joint reply brief is necessary in order to provide the effective assistance of counsel in this death penalty appeal. Omission of any portion of this brief will burden this Court with locating pertinent portions of the record and attempting to reconstruct the arguments presented by appellants, and additionally could preclude meaningful review of relevant issues raised in this appeal. The joint reply brief will assist the Court and provide for judicial economy. This request is made in order that justice be done and that appellants be afforded a complete and meaningful address of the issues, with all pertinent facts before this Court.

The length of the reply brief is attributable to several factors. First, it presents the appellants' joint response to several (8) issues— all of which are fairly complex, one of which is fairly novel—arising from a lengthy capital trial. Counsel have carefully assured that the reply regarding these issues presented are meritorious and have omitted any issues deemed to be unsupportable.

## III.

This is a death penalty appeal, which is the most important post-trial stage of a capital proceeding. *Barefoot v. Estelle*, 463 U.S. 880, 887 (1983). The capital appeal helps ensure that society's most serious punishment will not be imposed unless the defendant has had a fair and reliable trial and sentencing proceeding. In furtherance of these goals, the appellants respectfully requests that the Court grant leave to file a joint reply brief that exceeds the page/word number limit. Counsel for appellants will not be filing any additional Record Excerpts.

## IV.

Counsel for appellants have consulted with the counsel for the government, AUSA Traci Kenner, and the government is not opposed to this request.

WHEREFORE, for the reasons stated above, appellants, movants herein, request that the Court allow appellants to file an oversized reply brief and the oversized brief submitted herewith be filed and presented to the Court in its entirety.

Respectfully submitted,

/s/Douglas M. Barlow
DOUGLAS M. BARLOW
Attorney at Law
485 Milam
Beaumont, TX 77701
(409) 838-4259
FAX: (409) 832-5611
TBL #01753700

/s/ G. Patrick Black
G. PATRICK BLACK
Federal Public Defender
Eastern District of Texas
110 N. College, Suite 1122
Tyler, TX 75702
Tel:  (903) 531-9233
Fax: (903) 531-9625
TBL #02371200

*Attorneys for Appellant Snarr*

/s/ Gerald E. Bourque
GERALD E. BOURQUE
Attorney at Law
24 Waterway Ave., Suite 6600
The Woodlands, TX 77380
(281) 379-6901
FAX: (832) 813-0321
TBL #02716500

/s/ Robert A. Morrow, III
ROBERT A. MORROW, III
Attorney at Law
24 Waterway Ave., Suite 660
The Woodlands, TX 77380
Tel: (281) 379-6901
Fax: (832) 813-0321
TBL #14542600

/s/ Jani J. Maselli
Attorney at Law
808 Travis St., 24th Floor
Houston, TX 77002
Tel: (713) 256-7726
TBL #00791195

*Attorneys for Appellant Garcia*

# CERTIFICATE OF SERVICE

We certify that on the 8th day of October, 2012, we served electronically the foregoing motion, on the following individuals  pursuant to Fed. R. App. P. Rule 25:

Mr. Joseph Batte
Assistant U.S. Attorney
US Attorney's Office
350 Magnolia, Suite 150

Ms. Traci Kenner
Assistant U.S. Attorney
U.S. Attorney's Office
110 North College, Suite 700

Beaumont, TX 77701                     Tyler, TX 75702


/s/Douglas M. Barlow                   /s/ Gerald E. Bourque
DOUGLAS M. BARLOW                      GERALD E. BOURQUE

/s/G. Patrick Black                    /s/ Robert A. Morrow, III
G. PATRICK BLACK                       ROBERT A. MORROW, III
*Attorneys for Appellant Snarr*        *Attorneys for Appellant Garcia*