# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 10-40525

_____

UNITED STATES OF AMERICA,

     Plaintiff - Appellee

v.

MARK ISAAC SNARR; EDGAR BALTAZAR GARCIA,

     Defendants - Appellants

_____

Appeals from the United States District Court for the
Eastern District of Texas, Beaumont

_____

O R D E R :

IT IS ORDERED that the unopposed joint motion of appellants for leave to file a single reply brief in excess of the word and page limitations is GRANTED.

/s/ CAROLYN DINEEN KING

_____
      CAROLYN DINEEN KING
    UNITED STATES CIRCUIT JUDGE