# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 10, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-40525   USA v. Mark Snarr, et al
               USDC No. 1:09-CR-15-1

Enclosed is an order entered in this case.

               Sincerely,

               LYLE W. CAYCE, Clerk

               By:_____
               James deMontluzin, Deputy Clerk
               504-310-7679

Mr. Douglas Milton Barlow
Mr. Joseph Robert Batte Jr.
Mr. George Patrick Black
Ms. Traci Lynne Kenner
Ms. Kerry M. Klintworth
Ms. Jani Jo Maselli
Mr. Robert A Morrow III