# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 10, 2012

Mr. Douglas Milton Barlow
Barlow Law Firm
485 Milam
Beaumont, TX 77701-0000

    No. 10-40525, USA v. Mark Snarr, et al
       USDC No. 1:09-CR-15-1

The following pertains to the appellants' reply brief electronically filed on 10/10/12.

You must submit the seven paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By:_____
        James deMontluzin, Deputy Clerk
        504-310-7679

cc:  Mr. Joseph Robert Batte Jr.
     Mr. George Patrick Black
     Ms. Traci Lynne Kenner
     Ms. Kerry M. Klintworth
     Ms. Jani Jo Maselli
     Mr. Robert A Morrow III