

**U. S. Department of Justice**
*United States Attorney*

*Eastern District of Texas*
*110 N. College, Suite 700*          *Phone (903) 590-1400*

---

*Tyler, Texas 75702-7237*          *Fax    (903) 590-1436*

November 28, 2012

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 Maestri Place
New Orleans, LA  70130

Re:    *United States v. Snarr, et al,* No. 10-40525

Dear Mr. Cayce:

Under Fed. R. App. P. 28(j), the government submits the following additional information relevant to the nineteenth issue on appeal.

In their reply brief, Appellants cite *In re Marcum, L.L.P.*, 670 F.3d 636 (5th Cir. 2012), a case the undersigned failed to discover during briefing.  Appellants' Reply Br. at 54-55.  In *Marcum*, this Court determined that it did not have jurisdiction to consider the merits of an order issued by the Chief Judge under the authority of the Criminal Justice Act, 18 U.S.C. § 3006A(e)(3).  *Marcum,* 670 F.3d at 638.  Section 3006A(e)(3) is the predecessor provision to 18 U.S.C. § 3599(g)(2), which is at issue in this case.

Appellants also note another subsection of Section 3599 that provides the following:

> No ex parte proceeding, communication, or request may be considered pursuant to this section unless a proper showing is made concerning the need for confidentiality.  Any such proceeding, communication, or request shall be transcribed and made a part of the record available for appellate review.

18 U.S.C. § 3599(f)

Section 3006A(e)(1), the parallel provision to Section 3599(f), does not mention appellate review. *Marcum,* 670 F.3d at 638. The quoted language was added by the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. 104-132, § 108, during Section 3599's codification as 21 U.S.C. § 848(q).[1] It appears that the language was added, at least in part, to address Congressional concerns regarding the ex parte nature of indigent defendants' requests for funding in habeas proceedings. *E.g.,* 132 CONG. REC. S15,028-29 (daily ed. June 7, 1995) (statement of Sen. Orrin Hatch). The statute does not address whether the reference to appellate review in Section 3599(f) applies to funding determinations made by a chief judge under Section 3599(g)(2).

Respectfully submitted,

John M. Bales
United States Attorney
Eastern District of Texas

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400

---

[1] The Supreme Court explained the history of Section 3599 and its three codifications in *Martel v. Clair,* ___, U.S. ___, 132 S.Ct . 1276, 1283-85 (2012). In *Clair,* the Court applied the standard for substitution of counsel found in Section 3006A— but omitted in Section 3599— because doing so comported with Section 3599's aim "to improve the quality of representation afforded to capital petitioners and defendants alike." *Clair,* 132 S.Ct. at 1285.

## <u>CERTIFICATE RELATED TO FIFTH CIRCUIT RULE 25.2</u>

I hereby certify in compliance with Fifth Circuit Rule 25.2 that: (1) all required privacy redactions have been made from this document; (2) this electronically-submitted document is an exact copy of the paper document; and (3) this document has been scanned for viruses with the most recent version of commercially-available virus scanning software used by the United States Attorney's Office for the Eastern District of Texas and is free of viruses.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this letter has been served on the following by the Court's ECF system on November 28, 2012:

Counsel for Snarr:

Douglas Milton Barlow
Barlow Law Firm
485 Milam
Beaumont, Texas 77701
(409) 838-4259
(409) 832-5611 (fax)
barlowlawfirm@gtbizclass.com

George Patrick Black
Federal Public Defender
110 N. College, Suite 1122
Tyler, Texas 75702
(903) 531-9233
(903) 531-9625 (fax)
amy_blalock@fd.org

Mr. Cayce
Page 4

Counsel for Garcia:

Gerald E. Bourque
Robert A Morrow, III
24 Waterway Avenue, Suite 660
The Woodlands, Texas 77380
(713) 862-7766 (Bourque)
(281) 379-6901 (Morrow)
(832) 813-0321 (fax)
gerald@geraldbourque.com
ramorrow15@gmail.com

Jani Jo Maselli
Attorney at Law
808 Travis Street, 24th Floor
Houston, Texas 77002
(713) 757-0684
(713) 650-1602 (fax)
jmaselli@aol.com


/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney