# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 8, 2013

Lyle W. Cayce
Clerk

—————————————

No. 10-40525

—————————————

D.C. Docket No. 1:09-CR-15-1

UNITED STATES OF AMERICA,

>        Plaintiff - Appellee

v.

MARK ISAAC SNARR

>        Defendant - Appellant

> Appeal from the United States District Court for the
> Eastern District of Texas, Beaumont

Before STEWART, Chief Judge, and KING and OWEN, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the sentence and conviction of the District Court are affirmed.

ISSUED AS MANDATE:

**A True Copy**
        **Attest**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

**By:** _____
                **Deputy**

**New Orleans, Louisiana**