United States Court of Appeals
Fifth Circuit

**F I L E D**

January 8, 2013

Lyle W. Cayce
Clerk

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 10-40525
_____

D.C. Docket No. 1:09-CR-15-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

EDGAR BALTAZAR GARCIA,

Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Texas, Beaumont

Before STEWART, Chief Judge, and KING and OWEN, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the sentence and conviction of the District Court are affirmed.

ISSUED AS MANDATE:

**A True Copy
Attest**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

**By:** _____
                    **Deputy**

**New Orleans, Louisiana**