NO. 10-40525
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| (Appellee) | § | |
| | § | CRIMINAL ACTION NUMBER |
| vs. | § | 1:09-CR-15 |
| | § | |
| MARK ISAAC SNARR and | § | |
| EDGAR BALTAZAR GARCIA | § | |
| (Appellees) | § | |

UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO FILE PETITION FOR REHEARING

COME NOW, Mark Isaac Snarr, and Edgar Baltazar Garcia, by and through their

counsel of record, Douglas M. Barlow, G. Patrick Black, Gerald E. Bourque, Robert A.

Morrow, III, and Jani J. Maselli, and move this Honorable Court to allow the appellants

an additional thirty days extension to file the petition for rehearing by Federal Rules of

Appellate Procedure 26.2(b) and 40. In support of this motion, movants would show:

i.

On January 8, 2013, a 52 page published opinion affirming the convictions of

both Mr. Snarr and Mr. Garcia was issued by this Court. The trial, record, and opinion

reflect the complexity and seriousness of this case.

II.

The motion for rehearing is due January 22, 2013. Undersigned counsel would

ask this Court for a thirty day extension, to February 21, 2013. At the minimum, counsel

would request 14 days.  The importance of the opinion in this case and the severity of the punishment both men face requires careful and thorough preparation of the petition for rehearing.  Each attorney in this case has a heavy docket and work in not only different offices, but different cities.

III.

Counsel for appellants have consulted with the counsel for the government, AUSA Traci Kenner,  and the government is not opposed to this request.

WHEREFORE, for the reasons stated above, appellants, movants herein, request that the Court allow appellants an additional thirty days beyond the current deadline in order to work together to prepare the petition for rehearing.

Respectfully submitted,

/s/Douglas M. Barlow

_____
DOUGLAS M. BARLOW
Attorney at Law
485 Milam
Beaumont, TX 77701
(409) 838-4259
FAX: (409) 832-5611
TBL #01753700

/s/ G. Patrick Black

_____
G. PATRICK BLACK
Federal Public Defender
Eastern District of Texas
110 N. College, Suite 1122
Tyler, TX 75702

/s/ Gerald E. Bourque

_____
GERALD E. BOURQUE
Attorney at Law
24 Waterway Ave., Suite 6600
The Woodlands, TX 77380
(281) 379-6901
FAX: (832) 813-0321
TBL #02716500

/s/Robert A. Morrow, III

_____
ROBERT A. MORROW, III
Attorney at Law
24 Waterway Ave., Suite 660
The Woodlands, TX 77380
Tel: (281) 379-6901

Tel:  (903) 531-9233
Fax: (903) 531-9625
TBL #02371200

Attorneys for Appellant Snarr

Fax: (832) 813-0321
TBL #14542600

/s/ Jani J. Maselli

_____

JANI J. MASELLI
Attorney at Law
1201 Franklin St., 13th Floor
Houston, TX 77002
Tel: (713) 256-7726
TBL #00791195

Attorneys for Appellant Garcia

CERTIFICATE OF SERVICE

We certify that on the 11th day of January 2013, we served electronically the foregoing motion, on the following individuals  pursuant to Fed. R. App. P. Rule 25:

Mr. Joseph Batte
Assistant U.S. Attorney
US Attorney's Office
350 Magnolia, Suite 150
Beaumont, TX 77701

Ms. Traci Kenner
Assistant U.S. Attorney
U.S. Attorney's Office
110 North College, Suite 700
Tyler, TX 75702

/s/Douglas M. Barlow
_____

DOUGLAS M. BARLOW

/s/Gerald E. Bourque
_____

GERALD E. BOURQUE

/s/G. Patrick Black
_____

G. PATRICK BLACK

/s/Robert A. Morrow, III
_____

ROBERT A. MORROW, III

Attorneys for Appellant Snarr

Attorneys for Appellant Garcia