# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 10-40525

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

MARK ISAAC SNARR; EDGAR BALTAZAR GARCIA,

Defendants - Appellants

Appeals from the United States District Court for the
Eastern District of Texas, Beaumont

O R D E R :

IT IS ORDERED that Appellants' motion for an extension of 30 days,
or to and including February 21, 2013, to file its petition for
rehearing/petition for rehearing en banc is GRANTED

/s/ Carolyn Dineen King
CAROLYN DINEEN KING
UNITED STATES CIRCUIT JUDGE