# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 18, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-40525   USA v. Mark Snarr, et al
         USDC No. 1:09-CR-15-1

Enclosed is an order entered in this case.

         Sincerely,

         LYLE W. CAYCE, Clerk

         By:_____
         Peter A. Conners, Deputy Clerk
         504-310-7685

Mr. Douglas Milton Barlow
Mr. Joseph Robert Batte Jr.
Mr. George Patrick Black
Mr. Gerald E Bourque
Ms. Traci Lynne Kenner
Ms. Kerry M. Klintworth
Ms. Jani Jo Maselli
Mr. Robert A. Morrow III