# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 21, 2013

Mr. Douglas Milton Barlow
Barlow Law Firm
485 Milam
Beaumont, TX 77701-0000

No. 10-40525,   USA v. Mark Snarr, et al
USDC No. 1:09-CR-15-1

Dear Counsel:

We have filed your petition for rehearing en banc, however, it has the following deficiencies:

The petition exceeds the page limitations (Your motion has been received and will be submitted to the court)

You have not attached a copy of the court's opinion as required.

Unless the deficiency is corrected within 10 days from this date, we will forward the document to the court to be stricken.

**Please DO NOT electronically refile your corrected document.**
Once you have added the court's opinion to your electronic image, you must email the corrected pdf image to me at:
james_demontluzin@ca5.uscourts.gov

Once we have determined that your image is compliant, you will be electronically notified, and a deadline will be set at that time for your paper copies.

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
James deMontluzin, Deputy Clerk
504-310-7679

cc:  Mr. Joseph Robert Batte Jr.
Mr. George Patrick Black
Mr. Gerald Ellis Bourque
Ms. Traci Lynne Kenner
Ms. Kerry M. Klintworth
Ms. Jani Jo Maselli
Mr. Robert A. Morrow III