UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| (Appellee) | § | |
| | § | CRIMINAL ACTION NUMBER |
| vs. | § | 1:09-CR-15 |
| | § | |
| MARK ISAAC SNARR and | § | |
| EDGAR BALTAZAR GARCIA | § | |
| (Appellees) | § | |

## JOINT MOTION TO FILE
## AN OVERSIZED PETITION FOR REHEARING

COME NOW, Mark Isaac Snarr, and Edgar Baltazar Garcia, by and through

their counsel of record, Douglas M. Barlow, G. Patrick Black, Gerald E. Bourque,

Robert A. Morrow, III, and Jani J. Maselli, and move this Honorable Court to allow

the appellants to file an oversized petition for rehearing for appellants.  In support of

this motion, movants would show:

I.

This is a petition following a  capital murder trial in which the government

sought and obtained the death penalty as to two defendants in a joint trial.  The record

is voluminous, comprising some 83 volumes.  This request could not be made in

advance of the filing date, because it required until the filing date to complete the petition. It is necessary to file an oversized petition in order to properly address all the relevant issues relating to the request for rehearing. Allowing the petition to exceed the maximum page limitation will assist the Court because the issues regarding rehearing will be fully addressed without requiring the Court to research the record simply by record references to locate the pertinent portions. The completed petition that counsel requests to file is 31 pages, exclusive of the cover page, tables, and required statements. Counsel has carefully assured that the issues regarding rehearing presented are meritorious and have omitted any issues not related to the request for rehearing. Appellants have filed a joint petition since most the issues are identical or related following the joint trial in which both defendants were basically treated identically. The record excerpts contain only those matters required by this Court.

## II.

The submission of this joint petition is necessary in order to provide the effective assistance of counsel in this death penalty appeal. Omission of any portion of this petition will burden this Court with locating pertinent portions of the record and attempting to reconstruct the arguments presented by appellants, and additionally could preclude meaningful review of relevant issues raised in this request for rehearing. The joint petition will assist the Court and provide for judicial economy.

This request is made in order that justice be done and that appellants be afforded a complete and meaningful address of the issues regarding the request for rehearing, with all pertinent facts before this Court.

## III.

This is a death penalty direct appeal, which is the most important post-trial stage of a capital proceeding. *Barefoot v. Estelle*, 463 U.S. 880, 887 (1983). The capital appeal helps ensure that society's most serious punishment will not be imposed unless the defendant has had a fair and reliable trial and sentencing proceeding. In furtherance of these goals, the appellants respectfully requests that the Court grant leave to file a petition for rehearing that exceeds the page/word number limit.

## IV.

Counsel for appellants have consulted with the counsel for the government, AUSA Traci Kenner, concerning the merits of the petition for rehearing, to which the government is opposed; however, counsel anticipates that the government will not oppose the request concerning the filing of an oversized petition.

WHEREFORE, for the reasons stated above, appellants, movants herein, request that the Court allow appellants to file an oversized petition for rehearing and the oversized petition submitted herewith be filed and presented to the Court in its entirety.

Respectfully submitted,

/s/Douglas M. Barlow
DOUGLAS M. BARLOW
Attorney at Law
485 Milam
Beaumont, TX 77701
(409) 838-4259
FAX: (409) 832-5611
Texas Bar Card No. 01753700

/s/ G. Patrick Black
G. PATRICK BLACK
Federal Public Defender
Eastern District of Texas
110 N. College, Suite 1122
Tyler, TX 75702
Tel:  (903) 531-9233
Fax: (903) 531-9625
Texas Bar Card No. 02371200

*Attorneys for Appellant Snarr*

/s/ Gerald E. Bourque
GERALD E. BOURQUE
Attorney at Law
24 Waterway Ave., Suite 6600
The Woodlands, TX 77380
(281) 379-6901
FAX: (832) 813-0321
Texas Bar Card No. 02716500

/s/ Robert A. Morrow, III
ROBERT A. MORROW, III
Attorney at Law
24 Waterway Ave., Suite 660
The Woodlands, TX 77380
Tel: (281) 379-6901
Fax: (832) 813-0321
Texas Bar Card No. 14542600

*Attorneys for Appellant Garcia*

# CERTIFICATE OF SERVICE

We certify that on the 20th day of February, 2013, we served electronically the foregoing motion, on the following individuals  pursuant to Fed. R. App. P. Rule 25:

Mr. Joseph Batte
Assistant U.S. Attorney
US Attorney's Office
350 Magnolia, Suite 150
Beaumont, TX 77701

Ms. Traci Kenner
Assistant U.S. Attorney
U.S. Attorney's Office
110 North College, Suite 700
Tyler, TX 75702

/s/Douglas M. Barlow
DOUGLAS M. BARLOW

/s/ Gerald E. Bourque
GERALD E. BOURQUE

<u>/s/G. Patrick Black</u>  
G. PATRICK BLACK  
*Attorneys for Appellant Snarr*

<u>/s/ Robert A. Morrow, III</u>  
ROBERT A. MORROW, III  
*Attorneys for Appellant Garcia*