# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 21, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-40525   USA v. Mark Snarr, et al
        USDC No. 1:09-CR-15-1

The court has taken the following action in this case:
Appellants' motion for leave to file petition for rehearing en
banc in excess pages is GRANTED.  (Document is 31 pages)

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By:_____
                    Jann M. Wynne, Deputy Clerk
                    504-310-7688

Mr. Douglas Milton Barlow
Mr. Joseph Robert Batte Jr.
Mr. George Patrick Black
Mr. Gerald Ellis Bourque
Ms. Traci Lynne Kenner
Ms. Kerry M. Klintworth
Ms. Jani Jo Maselli
Mr. Robert A. Morrow III