# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 28, 2013


Mr. Douglas Milton Barlow
Barlow Law Firm
485 Milam
Beaumont, TX 77701-0000


   No. 10-40525, USA v. Mark Snarr, et al
       USDC No. 1:09-CR-15-1


Your electronically filed Petition for Rehearing En Banc has been reviewed and is now sufficient.

The image you provided of the court's opinion has now been added to your original image of the En Banc Petition.

You must submit the 20 paper copies of your rehearing en banc required by 5th Cir. R. 35.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.
Please make sure that the opinion is included in each bound copy of your rehearing petition, for submission to the court.


       Sincerely,

       LYLE W. CAYCE, Clerk

       By:_____
       James deMontluzin, Deputy Clerk
       504-310-7679


cc:  Mr. Joseph Robert Batte Jr.
     Mr. George Patrick Black
     Mr. Gerald Ellis Bourque
     Ms. Traci Lynne Kenner
     Ms. Kerry M. Klintworth
     Ms. Jani Jo Maselli
     Mr. Robert A. Morrow III