# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**


March 15, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-40525    USA v. Mark Snarr, et al
                    USDC No. 1:09-CR-15-1


Enclosed is an order entered in this case.


                    Sincerely,

                    LYLE W. CAYCE, Clerk


                    By:_____
                    James deMontluzin, Deputy Clerk
                    504-310-7679


Mr. Douglas Milton Barlow
Mr. Joseph Robert Batte Jr.
Mr. George Patrick Black
Mr. Gerald Ellis Bourque
Ms. Traci Lynne Kenner
Ms. Kerry M. Klintworth
Ms. Jani Jo Maselli
Mr. Robert A. Morrow III