*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 25, 2013

Mr. David Maland
Eastern District of Texas, Beaumont
United States District Court
300 Willow Street
Room 104
Beaumont, TX 77701-0000

        No. 10-40525,  USA v. Mark Snarr, et al
                USDC No. 1:09-CR-15-1

Enclosed, for the district court only, is a copy of the judgment
issued as the mandate and a copy of the court's opinion.

Record/original papers/exhibits to be returned.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By:_____
                        James deMontluzin, Deputy Clerk
                        504-310-7679

cc: (letter only)
        Honorable Marcia A. Crone
        Mr. Douglas Milton Barlow
        Mr. Joseph Robert Batte Jr.
        Mr. George Patrick Black
        Mr. Gerald Ellis Bourque
        Ms. Traci Lynne Kenner
        Ms. Kerry M. Klintworth
        Ms. Jani Jo Maselli
        Mr. Robert A. Morrow III

P.S. to Judge Crone:  A copy of the opinion was sent to your
office via email the day it was filed.