# No. 10-40525

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

UNITED STATES OF AMERICA,
*Appellee*,

v.

EDGAR BALTAZAR GARCIA,
*Appellant*.

---

Appeal from the United States District Court
for the Eastern District of Texas, Beaumont Division

---

## APPELLANT'S UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

---

Appellant EDGAR BALTAZAR GARCIA, pursuant to 18 USCA § 3599 (1) (B) and (e), respectfully requests that this Court permit his current attorneys (Robert A. Morrow, III; Gerald E. Bourque; and Jani J. Maselli) to withdraw and that the Court substitute Robert C. Owen of the University of Texas School of Law as counsel for Mr. Garcia for the purposes of preparing and filing a petition for writ of certiorari in the United States Supreme Court, seeking review of this Court's judgment affirming his conviction and death sentence. Mr. Owen seeks to serve *pro bono* and will not submit

any voucher to this Court or seek payment from this Court for his work on Mr. Garcia's behalf at this stage of the proceedings. The Government is unopposed. In support of which request, we would show the Court as follows.

Mr. Garcia was convicted and sentenced to death in the Eastern District of Texas in 2010. He appealed to this Court. On January 8, 2013, a panel of this Court affirmed the judgment against Mr. Garcia in all respects. *United States v. Snarr*, 704 F.3d 368 (5th Cir. 2013). Mr. Garcia sought rehearing *en banc*, which was denied on March 15, 2013.

Now that proceedings in this Court have concluded, Mr. Garcia wants to file a petition for writ of *certiorari* in the United States Supreme Court seeking review of this Court's judgment affirming his conviction and death sentence. That petition must be filed on or before June 13, 2013.

18 USCA § 3599 (e) provides that "[u]nless replaced by similarly qualified counsel upon the attorney's own motion or upon motion of the defendant," appointed defense counsel "shall represent the defendant throughout every subsequent stage of available judicial proceedings, including … applications for writ of *certiorari* to the Supreme Court of the United States…." Thus, absent action by this Court, undersigned counsel remain obligated to represent Mr. Garcia in the United States Supreme Court.

Pursuant to 18 USCA § 3599, undersigned counsel respectfully request that the

Court allow them to withdraw and substitute counsel Robert C. Owen of the University of Texas School of Law as Mr. Garcia's counsel for the purpose of preparing and filing Mr. Garcia's petition for writ of certiorari to the U.S. Supreme Court. In undersigned counsel's view, Mr. Garcia will be better served at the *certiorari* stage of the proceedings by having the assistance of Mr. Owen and the clinical law students under his supervision.

Mr. Owen is fully qualified to assume responsibility for Mr. Garcia's case at the *certiorari* stage. He is a member of the bar of this Court and of the Supreme Court. *See* Attachment A. He has worked on capital cases since 1989, and has served as counsel in numerous capital cases in this Court, including three federal death penalty prosecutions. *Id*. He has briefed and argued capital cases at the United States Supreme Court on three occasions. *Id*. He regularly serves as a faculty member at training programs focused on capital defense. *Id*. For all these reasons, undersigned counsel are confident that Mr. Owen will provide appropriately skillful and zealous representation to Mr. Garcia in his petition for writ of *certiorari* to the U.S. Supreme Court.

Finally, undersigned counsel note that Mr. Owen has offered to represent Mr. Garcia *pro bono* in his petition for writ of *certiorari*, and pledges not to seek any compensation from this Court for his work at the *certiorari* stage of Mr. Garcia's case.

## CONCLUSION

For the foregoing reasons, undersigned counsel respectfully request that the Court grant this unopposed motion to permit them to withdraw and to substitute Robert C. Owen as *pro bono* counsel for Mr. Garcia for purposes of preparing and filing a petition for writ of *certiorari* to the United States Supreme Court seeking review of this Court's judgment in Mr. Garcia's case.

Respectfully submitted,

/s/s Gerald Bourque
GERALD E. BOURQUE
State Bar No. 02716500
24 Waterway Ave., Suite 660
The Woodlands, TX 77380
Telephone: (281) 379-6901
Fax: 832-813-0321

/s/s Robert A. Morrow
ROBERT A. MORROW
State Bar No.14542600
24 Waterway Ave., Suite 660
The Woodlands, TX 77380
Telephone: (281) 379-6901
Fax: 832-813-0321

/s/s Jani Maselli
JANI MASELLI
State Bar. No. 00791195
1201 Franklin St. 13th Floor
Houston, TX 77002-1929
Telephone: 713-274-6721

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 21, 2013 I conferred with counsel for the Government, who stated that he is unopposed.

/s/s Gerald Bourque

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV(a)(3) on this the 26th day of April, 2013. Any other counsel of record will be served by facsimile transmission and first class mail, on this the same date.

s/s Gerald Bourque
GERALD E. BOURQUE