# No. 10-40525

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

UNITED STATES OF AMERICA,
*Appellee*,

v.

EDGAR BALTAZAR GARCIA,
*Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Texas, Beaumont Division

_____

**DECLARATION OF ROBERT C. OWEN IN SUPPORT OF
APPELLANT'S MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL
AND STATEMENT OF WILLINGNESS TO SERVE AS COUNSEL**

_____

Robert C. Owen declares under penalty of perjury under the laws of the United States that the following is true.

1.  I am an attorney in good standing admitted to practice in the State of Texas (bar number 15371950), in this Court, and in the Supreme Court of the United States.

2.  I am a Clinical Professor of Law at the University of Texas at Austin, where I co-direct the Capital Punishment Clinic and teach courses on the law of the death penalty.

3.  I am willing to represent Mr. Edgar Baltazar Garcia for the purposes of preparing and litigating a petition for writ of *certiorari* to the Supreme Court of the United States, seeking review of the judgment of the United States Court of

Appeals for the Fifth Circuit in his case (*United States v. Snarr*, 704 F.3d 368 (5th Cir. 2013)).

4.     I am willing to undertake this representation of Mr. Garcia *pro bono*.  I will not seek payment from the United States Court of Appeals for the Fifth Circuit for any of my work on Mr. Garcia's behalf at the *certiorari* stage, or for any costs associated with representing him at the *certiorari* stage.

5.     I have extensive experience in the defense of capital cases.  Since becoming a lawyer in1989, I have devoted my practice primarily to handling such cases.  I have served as counsel in more than twenty capital case appeals in this Court.  I have served as counsel on direct appeal and at the *certiorari* stage in the Supreme Court of the United States in two federal death penalty prosecutions (*Bernard v. United States*, No. 02-8492 (U.S. Sup. Ct.), and *Fields v. United States*, No. 07-6395 (U.S. Sup. Ct.)), and in a post-conviction appeal and on certiorari in a third federal capital case (*Hall v. United States*, No. 06-8178 (U.S. Sup. Ct.)).  I have been a principal author of the briefs, and presented oral argument, in four capital cases reviewed on the merits at the Supreme Court of the United States (*Tennard v. Dretke*, No. 02-10038; *Abdul-Kabir v. Quarterman*, No. 05-11284; *Brewer v. Quarterman*, No. 05-11287; and *Skinner v. Switzer*, No. 09-9000).  I regularly serve as a faculty member at state, regional, and national trainings for defense lawyers in death penalty cases.

6.     If I am permitted to substitute as counsel for Mr. Garcia, I will represent him zealously and ethically, to the best of my ability, in preparing and litigating his petition for writ of *certiorari*.

Signed _____
        Robert C. Owen

Executed <u>April 22, 2013 at Austin, Texas</u>.