# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 10-40525

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

MARK ISAAC SNARR; EDGAR BALTAZAR GARCIA,

Defendants - Appellants

Appeals from the United States District Court for the
Eastern District of Texas, Beaumont

ORDER:

IT IS ORDERED that the motion of Gerald E. Bourque, Robert A. Morrow, and Jani Maselli to withdraw as court-appointed counsel for appellant Edgar B. Garcia is *granted*;

IT IS FURTHER ORDERED that the motion of Gerald E. Bourque, Robert A. Morrow, and Jani Maselli to substitute Mr. Robert C. Owen as pro bono counsel for appellant Edgar B. Garcia is *granted*.

_____
CAROLYN DINEEN KING
UNITED STATES CIRCUIT JUDGE