# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**


May 06, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 10-40525,   USA v. Mark Snarr, et al
                USDC No. 1:09-CR-15-1


Enclosed is an order entered in this case.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By:_____
                    James deMontluzin, Deputy Clerk
                    504-310-7679

Mr. Douglas Milton Barlow
Mr. Joseph Robert Batte Jr.
Mr. George Patrick Black
Ms. Traci Lynne Kenner
Ms. Kerry M. Klintworth
Mr. David Maland
Mr. Robert C Owen