# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 18, 2013

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130


Re:  Edgar Baltazar Garcia
v. United States
No. 12-10821
(Your No. 10-40525)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 13, 2013 and placed on the docket June 18, 2013 as No. 12-10821.



Sincerely,

**William K. Suter**, Clerk

by

Jeffrey Atkins
Supervisor-Case Analyst Division