# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

August 7, 2013

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

      Re:  Mark Isaac Snarr
           v. United States
           No. 13-5675
           (Your No. 10-40525)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on June 13, 2013 and placed on the docket August 7, 2013 as No. 13-5675.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst