# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 24, 2014

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

　　　　Re:　Mark Isaac Snarr
　　　　　　v. United States
　　　　　　No. 13-5675
　　　　　　(Your No. 10-40525)

Dear Clerk:

　　　　The Court today entered the following order in the above-entitled case:

　　　　The petition for a writ of certiorari is denied.

　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　**Scott S. Harris**, Clerk