# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 26, 2014

Mr. David Maland
Eastern District of Texas, Beaumont
United States District Court
300 Willow Street
Room 104
Beaumont, TX 77701-0000

No. 10-40525   USA v. Mark Snarr, et al
                USDC No. 1:09-CR-15-1

Dear Mr. Maland,

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

*Charlene A. Vogelaar*

By: _____
Charlene A. Vogelaar, Deputy Clerk
504-310-7648