# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 16, 2018

Mr. Richard John Bourke
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113

    No. 10-40525    USA v. Mark Snarr, et al
                    USDC No. 1:09-CR-15-1

Dear Mr. Bourke,

**Your motion does not contain a certificate of compliance, pursuant to Fed. R. App. P. 32(g)(1) and 27(d)(2)(A).** You must email your sufficient motion to: angel_tardie@ca5.uscourts.gov for review within 5 days of this date. If the motion is in compliance, you will receive a notice of docket activity advising you that the sufficient motion has been filed.

             Sincerely,

             LYLE W. CAYCE, Clerk

             By: _____
             Angelique B. Tardie, Deputy Clerk
             504-310-7715

cc:
    Mr. Douglas Milton Barlow
    Mr. George Patrick Black
    Ms. Traci Lynne Kenner
    Mr. Robert Charles Owen