# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 18, 2018

Mr. Robert Edward Lee
Virginia Capital Representation Resource Center
2421 Ivy Road
Suite 301
Charlottesville, VA 22903

    No. 10-40525   USA v. Mark Snarr, et al
                 USDC No. 1:09-CR-15-1

Dear Mr. Lee,

We received your motion to recall mandate. We are removing the original motion filed as a corrected motion was filed before the original motion was processed.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

cc:
    Mr. Joseph Robert Batte Jr.
    Mr. Richard John Bourke
    Ms. Traci Lynne Kenner