# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 25, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-40525   USA v. Mark Snarr, et al
               USDC No. 1:09-CR-15-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

Mr. Joseph Robert Batte Jr.
Mr. Richard John Bourke
Ms. Traci Lynne Kenner
Mr. Robert Edward Lee
Mr. Robert Charles Owen