# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 16, 2018

Clerk
United States Court of Appeals for the Fifth
Circuit
600 S. Maestri Place
New Orleans, LA 70130


  Re: Mark Isaac Snarr
    v. United States
    Application No. 18A393
    (Your No. 10-40525)


Dear Clerk:

  The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Alito, who on October 16, 2018, extended the time to and including December 22, 2018.

  This letter has been sent to those designated on the attached notification list.


        Sincerely,

        Scott S. Harris, Clerk

        by

        Michael Duggan
        Case Analyst



U.S. COURT OF APPEALS
RECEIVED
OCT 22 2018
FIFTH CIRCUIT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mrs. Kathryn Neal Nester
Office of Federal Public Defender
46 West Broadway
Suite 110
Salt Lake City, UT  84101


Mr. Noel J. Francisco
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001


Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130