# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 17, 2018

Clerk
United States Court of Appeals for the Fifth
Circuit
600 S. Maestri Place
New Orleans, LA  70130

       Re:  Edgar Baltazar Garcia
            v. United States
            Application No. 18A402
            (Your No. 10-40525)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Alito, who on October 17, 2018, extended the time to and including December 21, 2018.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst



RECEIVED
OCT 24 2018
FIFTH CIRCUIT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Richard John Bourke
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113


Mr. Noel J. Francisco
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130