# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 22, 2019

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

      Re:  Edgar Baltazar Garcia
            v. United States
            No. 18-7482
            (Your No. 10-40525)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 21, 2018 and placed on the docket January 22, 2019 as No. 18-7482.

Sincerely,

**Scott S. Harris**, Clerk

by

Jeffrey Atkins
Deputy Clerk