# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 08, 2019

Mr. David O'Toole
Eastern District of Texas, Beaumont
United States District Court
300 Willow Street
Room 104
Beaumont, TX 77701-0000

    No. 10-40525   USA v. Mark Snarr, et al
                USDC No. 1:09-CR-15-1

Dear Mr. O'Toole,

Enclosed is a copy of the Supreme Court order denying certiorari.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Stacy M. Carpenter, Deputy Clerk